| | |
|---|---|
| **From:** | Eric <nelsontelco@gmail.com> |
| **Sent:** | Friday, May 29, 2026 5:48 AM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | FEDERAL CONSTITUTIONAL RIGHTS FEDERAL LITIGATION FOR FILING |
| **Attachments:** | COMPLAINT FOR DECULATORY & INJUNCTIVE RELIEF.pdf; EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND EXPEDITED PRESERVATION RELIEF PURSUANT TO FED. R. CIV. P. 65.pdf |
| **Categories:** | Awaiting More Information, Being Worked on CH |

**CAUTION - EXTERNAL:**

Clerks:

Please see the attached herewith for filing, please advise when filed so payment can be arranged.

Sincerely,

Michael Eric Nelson

--
Michael Nelson
702-WEB-3434

Please consider the environment before printing this email

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1