Michael Eric Nelson
Plaintiff,
v.                                                  Case No.: 1:26−cv−00352−MRD−AEM

Town of South Kingstown, et al.
Defendant.

## **ORDER OF COURT**

Plaintiff is directed to pay the civil case filing fee in the amount of $405.00 or to file a motion to Proceed in Forma Pauperis on or before June 29, 2026. Failure to do so will result in the dismissal of the complaint for lack of prosecution.

It is so ordered.

May 29, 2026                                        By the Court:

                                                   /s/ Melissa R. DuBose
                                                   United States District Judge