# <u>INDEX Exhibits:</u>

Exhibit A - March 23, 2026 unsigned letter on South Kingstown Letterhead

Exhibit B - April 6, 2026 unsigned letter on joint letterhead Town of South Kingstown and South Kingstown Municipal Court (headed by Adam Sholes)

Exhibit C - April 7, 2026 unsigned letter on UTR Letterhead

Exhibit D - 25 June 2026 unsigned letter on South Kingstown Letterhead



FILED

JUN 29 2026

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND