JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

**Case No.**   1:26-cv-00352

### I. (a) PLAINTIFFS

MICHAEL ERIC NELSON Plaintiff, Pro Se

FILED

JUN 29 2026

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

### DEFENDANTS

TOWN OF SOUTH KINGSTOWN; URSILLO, TEITZ & RITCH, LTD.; MICHAEL A. URSILLO; ANDREW M. TEITZ; SCOTT A. RITCH; ADAM J. SHOLES; and JANE AND JOHN DOES 1-27

**(b) County of Residence of First Listed Plaintiff:**
Washington County, Rhode Island

(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant:**
Washington County, Rhode Island

(IN U.S. PLAINTIFF CASES ONLY)

**(c) Attorneys (Firm Name, Address, and Telephone Number)**

Plaintiff proceeding pro se. Address, telephone, and email as stated in the Complaint / Amended Complaint.

**Attorneys (If Known)**

None known for newly named Defendants at time of submission.

### II. BASIS OF JURISDICTION      (Place an X in One Box Only)

| | | |
|---|---|---|
| ☐ 1  U.S. Government Plaintiff | ☐ 2  U.S. Government Defendant | ☒ 3  Federal Question (U.S. Government Not a Party) | ☐ 4  Diversity |

### III. CITIZENSHIP OF PRINCIPAL PARTIES      (For Diversity Cases Only)

Not applicable - federal question jurisdiction selected.

### IV. NATURE OF SUIT      (Place an X in One Box Only)

☒ **440      Civil Rights - Other**

Primary federal civil rights action under 42 U.S.C. § 1983, asserting constitutional claims and related declaratory and injunctive relief.

### V. ORIGIN      (Place an X in One Box Only)

☒ 1  Original Proceeding   ☐ 2  Removed from State Court   ☐ 3  Remanded from Appellate Court   ☐ 4  Reinstated or Reopened   ☐ 5  Transferred from Another District   ☐ 6  Multidistrict Litigation   ☐ 8  Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION

42 U.S.C. § 1983; 28 U.S.C. §§ 1331, 1343, 2201, 2202

**Brief description of cause:**   Federal civil rights action alleging constitutional violations, municipal liability under Monell, declaratory and injunctive relief, and related civil-rights claims.

### VII. REQUESTED IN COMPLAINT:   ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**   See Complaint

**JURY DEMAND:**   ☒ Yes   ☐ No

### VIII. RELATED CASE(S) IF ANY      (See instructions):

**JUDGE**   None known

**DOCKET NUMBER**   None known

**DATE**   June 27, 2026

**SIGNATURE OF ATTORNEY OF RECORD**   /s/ Michael Eric Nelson, Pro Se

### FOR OFFICE USE ONLY

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE