| | |
|---|---|
| **From:** | Eric <nelsontelco@gmail.com> |
| **Sent:** | Monday, June 29, 2026 10:15 PM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Service of Process in Case: 1:26-cv-00352-MRD-AEM |
| **Attachments:** | AO440_Official_Filled_James_M_Manni_CaseNo.pdf; AO440 _Official_Filled_Adam_Jacob_Sholes_CaseNo.pdf; AO440 _Official_Filled_Andrew_Mark_Teitz_CaseNo.pdf; AO440_Official_Filled_Michael_A_Ursillo_CaseNo.pdf; AO440_Official_Filled_Scott_Ritch.pdf |
| | |
| **Categories:** | Being Worked on CH |

**CAUTION - EXTERNAL:**

To the Clerk of Court:

Please review the enclosed summonses for compliance, execute them as appropriate, and cause them to be issued and docketed for service of process upon the defendants in the above-captioned matter, **Case No. 1:26-cv-00352-MRD-AEM**.

Upon issuance and docketing of the summonses, I respectfully request notification so that the retained process servers may retrieve the executed summonses from the Court's docket and promptly effect service of process in accordance with the Federal Rules of Civil Procedure and all other applicable law.

Thank you for your attention to this matter.

Respectfully submitted,

Michael Eric Nelson
Plaintiff, Pro Se

--
Michael Nelson
702-WEB-3434

Please consider the environment before printing this email

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that

1

disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.