**From:**          Eric <nelsontelco@gmail.com>
**Sent:**          Wednesday, July 1, 2026 9:41 AM
**To:**            RID_ECF_INTAKE
**Subject:**       Summons revised for Case No. 1:26-cv-00352-MRD-AEM
**Attachments:**   FINAL MANNI PROCESS AO440.pdf


<mark>CAUTION - EXTERNAL:</mark>


To Whom It May Concern:

Pursuant to the Court's instructions, please find attached the revised AO 440 Summons for Defendant Town of South Kingstown.

The summons has been revised to direct service upon the Town's Chief Executive Officer, namely the Town Manager, and includes the residential address provided for the Town Manager, who resides within my own neighborhood of the Snug Harbor/East Matunuck.

Thank you in advance for your time, diligence, and continued assistance in processing these filings. Your efforts are sincerely appreciated as this matter proceeds through the judicial process and presents issues concerning the vindication of constitutional rights, including the guarantees of equal protection under the law and the freedoms secured by the First Amendment to the United States Constitution.

Respectfully,

Michael Eric Nelson

--
Michael Nelson
702-WEB-3434

Please consider the environment before printing this email

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.