**From:** Eric <nelsontelco@gmail.com>
**Sent:** Friday, July 3, 2026 5:28 PM
**To:** RID_ECF_INTAKE
**Subject:** Service of Process for Civil Action No. 1:26-cv-00352-MRD-AEM
**Attachments:** AO440_Official_Filled_UTR_Agent_Michael_Ursillo_CaseNo.pdf

**CAUTION - EXTERNAL:**

Dear Clerk of the Court:

Please find attached hereto, for the Court's review, execution, docketing, and issuance, the completed Civil Summons, Form AO 440, directed to Defendant **URSILLO, TEITZ & RITCH, LTD.**, to be served by and through its registered agent for service of process, **Michael A. Ursillo, Esq.**

Respectfully, I request that the Clerk review the enclosed summons for conformity with the requirements governing issuance of process and, upon approval and signature, cause the summons to be duly docketed in the above-captioned matter so that it may thereafter be retrieved from the docket and transmitted to appropriate process servers for the prompt and lawful effectuation of service upon the named Defendant.

Please kindly advise once the summons has been signed, entered upon the docket, and made available for download, so that service of process may proceed without unnecessary delay in this significant federal constitutional litigation seeking declaratory relief, prospective equitable relief, and related remedies arising from matters of substantial public concern.

Thank you for your attention to this filing and for your continued assistance in the administration of this matter.

Respectfully submitted,

Michael Nelson

--
Michael Nelson
702-WEB-3434

Please consider the environment before printing this email

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.