# INDEX of Exhibits

**<u>EXHIBIT A:</u>   Service of Process Proof of Service upon DEFENDANT Scott A. Ritch**