# EXHIBIT

# A

## Affidavit of Service of Process
## upon **DEFENDANT:**
## **Scott A. Ritch**

*EXHIBIT A to Follow: 7 pages*

# UNITED STATES DISTRICT COURT

for the
District of Rhode Island

**Michael Eric Nelson**

*Plaintiff*

v.

**Town of South Kingstown; Ursillo, Teitz & Ritch, Ltd.; Michael A. Ursillo; Scott A. Ritch; Adam J. Sholes; John and Jane Does 1-27; Andrew M. Teitz**

*Defendant*

Civil Action No. 1:26-cv-00352-MRD-AEM

## AFFIDAVIT OF SERVICE

I, Steve Ceppi, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Scott A. Ritch in Norfolk County, MA on July 11, 2026 at 3:04 pm at 40 Boyden Rd, Wrentham, MA 02093-1886 by personal service by handing the following documents to an individual identified as Scott A. Ritch. Proof Colorado, LLC mailed a copy of the documents via Certified Mail to 40 Boyden Rd, Wrentham, MA 02093-1886 on July 11, 2026 with tracking number 9214890260895000779121 (See ExhibitsM1a, M1b).

SUMMONS IN A CIVIL ACTION
FIRST AMENDED COMPLAINT
Race: White, Sex: Male, Est. Age: 55-64, Hair: Black, Glasses: Y, Est. Weight: 200 lbs to 220 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=42.0230726508,-71.4126888111
Photograph: See Exhibit 1

Total Cost: $199.10

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Worcester County                    ,

  MA    on    7/15/2026         .

/s/ *Steve Ceppi*

Signature
Steve Ceppi
+1 (617) 930-5369



# Mailing 1 - Service Evidence

## Exhibit M1a - Proof of Service

**Document Type:** Proof of Service

**Document Name:** mailing-proof-of-service-240247

*This document is attached as part of this exhibit and forms part of this affidavit.*

## Exhibit M1b - Certificate of Acceptance

**Document Type:** Certificate of Acceptance

**Document Name:** mailing-proof-of-acceptance-240247

*This document is attached as part of this exhibit and forms part of this affidavit.*

ATTORNEY OR PARTY OF CASE SERVING THESE DOCUMENTS:

Michael Nelson
Proof Tech
Telephone: (401) 999-1127
Email:

| FOR COURT USE ONLY |
|---|

## PROOF OF SERVICE BY FIRST-CLASS MAIL

1. I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:

Edex Information Systems
795 S State Highway 49
Jackson, CA 95642

CASE NUMBER/S:

1876856

3. On (date)  07/13/2026   the following documents were served from (city & state):   Jackson, California

   1. AAA-Service-Ritch-MA.pdf
   2. AAA-1st Amended Complaint-merged.pdf
   3. AAA-1st Amended Complaint-merged.pdf

   ☐  Continued on the Attachment of Served Documents (form EDEXISPOS_D)

4. The documents listed above were enclosed in a sealed envelope or package addressed to the persons listed in 5 (below). The sealed envelope or package was then placed for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The names and addresses of each person to whom I mailed the documents:

   1. SCOTT A. RITCH [Certified Mail Return Receipt Elect]
      40 BOYDEN RD WRENTHAM, MA 02093

   ☐  Continued on the Attachment of Served Parties (form EDEXISPOS_P)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature Date:  07/13/2026

Charles Bowen

▶

| (Name of person completing this form) | (Signature of person completing this form) |
|---|---|

This page left intentionally blank

# CERTIFIED MAIL ACCEPTANCE RECEIPT

The United States Postal Service accepted this mailing at the postal facility and on the date indicated below. EDEXIS receives and securely retains all USPS-provided tracking data associated with this mailing. This Certificate of Acceptance was generated based upon USPS "In-Process" scan data as received directly from the United States Postal Service.

**USPS ACCEPTANCE CERTIFICATION**

**ACCEPTED**
07/13/2026
Jackson, CA 95642

EDEX MAILING

**USPS TRACKING#**  9214 8902 6089 5000 7791 21

**Sender** (from):

Proof Tech

,

EDEXIS OrderID:  20260711120729_A00103458

USPS Acceptance Date: 07/13/2026
"In-Process" movement scans received.
USPS Post Office: **Jackson/West Sac**
Return Receipt (Electronic): YES
USPS Service:  First Class Letter

**Recipient** (mailed to):

SCOTT A. RITCH
40 BOYDEN RD
WRENTHAM, MA 02093

**USPS Acceptance/Movement Scan Data**

07/13/2026 X00: Received by US Postal Service for delive - Jackson, CA 95642

07/13/2026 MA : Manifest Accepted - Jackson, CA 95642

07/13/2026 03 : Carrier Accept or Pickup - Jackson, CA 95642

07/13/2026 TM : SHIPMENT RECEIVED ACCEPTANCE PENDING - Jackson, CA 95642

**View All Tracking**



# Certificate Compliance Statement

EDEXIS is a neutral, third-party document printing and mailing service for the legal and medical industries in the United States. We are not a party to any matter of action related to the sender or recipient of this mailing. This mail piece was processed in compliance with our normal business practices and delivered to the US Postal Service by EDEXIS employees. This certificate was generated after receiving "In-Process" tracking data from the US Postal Service. Scan the QR code above to view all tracking data for this mailing.

**Edex Information Systems, Inc.**
795 California 49
Jackson, CA 95642 USA
(866) 438-3339 - (209) 223-3461
support@edexis.com
edexis.com