UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **MICHAEL ERIC NELSON,**<br><br>Plaintiff,<br><br>v.<br><br>**TOWN OF SOUTH KINGSTOWN; URSILLO, TEITZ & RITCH, LTD.; MICHAEL A. URSILLO; SCOTT A. RITCH; ADAM J. SHOLES; ANDREW M. TEITZ; and JOHN AND JANE DOES 1-27,**<br><br>Defendants. | **Civil Action No. 1:26-cv-00352-MRD-AEM** |

**NOTICE OF FILING PROOF OF SERVICE UPON DEFENDANT SCOTT A. RITCH AND MOTION TO ENTER SERVICE AS EXECUTED**

Plaintiff Michael Eric Nelson, appearing pro se, respectfully provides notice of the filing of proof of service upon Defendant Scott A. Ritch and moves, pursuant to Federal Rules of Civil Procedure 4(c)(2), 4(e)(2)(A), and 4(l)(1), and Local Rule Cv 5.1(a), for entry upon the docket that service of process upon Defendant Scott A. Ritch was completed on July 11, 2026, see Exhibit A.

1. On July 11, 2026, at approximately 3:04 p.m., professional process server Steve Ceppi personally served Defendant Scott A. Ritch at 40 Boyden Road, Wrentham, Massachusetts 02093, in Norfolk County, by hand-delivering to the individual identified as Scott A. Ritch a Summons in a Civil Action and Plaintiff's First Amended Complaint, See Exhibit A

2. The process server states that he was at least eighteen years of age, was not a party to this action, and personally delivered the summons and operative complaint directly to Defendant Ritch. Personal delivery to the individual defendant is authorized by Federal Rule of Civil Procedure 4(e)(2)(A), and service by a nonparty who is at least eighteen years old is authorized by Rule 4(c)(2).

3. On July 15, 2026, Steve Ceppi executed an Affidavit of Service under penalty of perjury in Worcester County, Massachusetts. The affidavit identifies the date, time, manner, person, and address of service, thereby satisfying Federal Rule of Civil Procedure 4(l)(1) and Local Rule Cv 5.1(a).

4. The Affidavit of Service further reports that a duplicate set of the service papers was transmitted by Certified Mail to Defendant Ritch at the same Wrentham address under USPS Tracking No. 9214 8902 6089 5000 7791 21. The attached EDEXIS mailing proof and USPS Certificate of Acceptance reflect processing and USPS acceptance on July 13, 2026; see Exhibit A. Plaintiff submits the certified-mail materials as supplemental corroboration and notice; Plaintiff relies upon the completed personal service of July 11, 2026 as the operative service event, see Exhibit A.

5. Attached as Exhibit A is the seven-page Affidavit of Service and its supporting exhibits, including the process server's declaration, service-location photograph, proof of mailing, and USPS Certified Mail acceptance documentation.

**WHEREFORE,** Plaintiff respectfully requests that the Court: (a) accept Exhibit A as proof of service upon Defendant Scott A. Ritch; (b) direct the Clerk to reflect on the docket that Defendant Ritch was personally served on July 11, 2026; and (c) grant such other and further relief as the Court deems just and proper.

**REQUEST FOR HEARING:** No oral argument or evidentiary hearing is requested.

Respectfully submitted,

/s/

**MICHAEL ERIC NELSON**
Plaintiff, Pro Se

_________________________________

Michael Eric Nelson
33 Harford Ave South Kingstown RI 02879 Telephone: (702) 932-3434

Dated: July 15, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2026, a true and correct copy of the foregoing Notice of Filing Proof of Service Upon Defendant Scott A. Ritch and Motion to Enter Service as Executed, together with Exhibit A, was served upon all counsel of record and all self-represented parties entitled to service by ECF notice, having filed the foregoing with the clerk of the US District of Rhode Island Federal Court

/s/

Michael Eric Nelson, PLAINTIFF

Pro Se

33 Harford Ave South Kingstown RI 02879 Telephone: (702) 932-3434