AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-00352-MRD-AEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     **URSILLO, TEITZ & RITCH LTD**

was received by me on *(date)*     **07/13/2026**     .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*     **Michelle Peterson**     , who is

designated by law to accept service of process on behalf of *(name of organization)*

**URSILLO, TEITZ & RITCH LTD**     on *(date)*     **07/14/2026**     ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $     **79.00**     for travel and $ _____ for services, for a total of $     **79.00**     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

**James Lynch, Private Process Server**
*Printed name and title*

**1 Kings Forest Lane West Warwick, RI 02893**
*Server's address*

Additional information regarding attempted service, etc:

**On Tue 07/14/2026 at 11:55 AM, at 2 Williams St, Providence, RI 02903-2918,**

**I delivered the documents to Michelle Peterson - Administrative Assistant - Authorized To Accept Service By S. A. R., who identified themselves as the person authorized to accept, with their identity confirmed by the subject stating their name. The individual accepted service by direct delivery. The individual appeared to be a gray-haired white female, 45-55 years of age, 5'4"-5'6" tall, and weighing 160-180 lbs., with glasses.**

