# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND

**MICHAEL ERIC NELSON,**
 Plaintiff,

v. C.A. No. **1:26-cv-00352-MRD-AEM**

**TOWN OF SOUTH KINGSTOWN, et al.,**
 Defendants.

---

## NOTICE OF FILING PROOF OF SERVICE UPON DEFENDANT URSILLO, TEITZ & RITCH, LTD. AND MOTION TO ENTER SERVICE AS EXECUTED

Plaintiff **Michael Eric Nelson**, proceeding pro se, respectfully provides notice of the filing of the executed Proof of Service upon Defendant **Ursillo, Teitz & Ritch, Ltd.**, and moves for entry upon the docket that service of process upon that Defendant was executed on July 14, 2026. In support thereof, Plaintiff states as follows:

1. A summons was issued in this action and directed to Defendant **Ursillo, Teitz & Ritch, Ltd.**

2. On July 14, 2026, at approximately 11:55 a.m., private process server **James Lynch**, a person over eighteen years of age who is not a party to this action, delivered the summons and operative complaint at **2 Williams Street, Providence, Rhode Island 02903-2918**, annexed hereto and incorporated herein document proving service.

3. The summons and complaint were delivered directly to **Michelle Peterson**, identified as an administrative assistant authorized to accept service of process on behalf of Defendant Ursillo, Teitz & Ritch, Ltd.

4. The process server's executed and signed Proof of Service is attached hereto as and incorporated herein by reference.

5. Federal Rule of Civil Procedure 4(h)(1)(B) permits service upon a domestic corporation, partnership, or association by delivering the summons and complaint to an officer, managing or general agent, or another agent authorized by appointment or law to receive service of process.

6. The attached return establishes that the summons and complaint were delivered to an individual who represented that she was authorized to accept service on behalf of Defendant Ursillo, Teitz & Ritch, Ltd.
7. Plaintiff submits the attached Proof of Service pursuant to Federal Rule of Civil Procedure 4(l) and requests that the Clerk enter service upon Defendant Ursillo, Teitz & Ritch, Ltd. as executed effective July 14, 2026.

## WHEREFORE

Plaintiff respectfully requests that this Court:

A. Accept and docket the attached Proof of Service;

B. Enter upon the docket that service of the summons and complaint upon Defendant **Ursillo, Teitz & Ritch, Ltd.** was executed on **July 14, 2026**;

C. Recognize the attached return as Plaintiff's proof of service pursuant to Federal Rule of Civil Procedure 4(l); and

D. Grant such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

/s/

**MICHAEL ERIC NELSON**
 Plaintiff, Pro Se

33 hartfordave southkingstown ri 02879
 Email: nelsontelco@gmail.com
702-932-3434

Dated: July 21, 2026