| | |
|---|---|
| **From:** | Eric <nelsontelco@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 9:50 AM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Notice of Service filing to docket for C.A. No. 1:26-cv-00352-MRD-AEM |
| **Attachments:** | Service to UTR.pdf |

<mark>CAUTION - EXTERNAL:</mark>

**Notice of Filing Proof of Service Upon Ursillo, Teitz & Ritch, Ltd.**

Clerk of the Court:

Attached herewith for filing and docketing in the above-captioned proceeding, please find the **Notice of Filing Proof of Service Upon Defendant Ursillo, Teitz & Ritch, Ltd., and Motion to Enter Service as Executed**.

The Plaintiff respectfully requests that the enclosed Notice and accompanying proof of service be entered upon the docket as further documentation of his continuing, diligent, and good-faith efforts to identify, locate, and effectuate lawful service of process upon each remaining Defendant in accordance with the Federal Rules of Civil Procedure.

1

The Plaintiff further respectfully advises the Court that substantial and recurring impediments have arisen in connection with the service of certain governmental, quasi-governmental, and government-affiliated Defendants. The circumstances encountered to date create a reasonable concern that one or more such Defendants may be deliberately frustrating, obstructing, or evading the orderly completion of service, notwithstanding their apparent actual knowledge of the pendency and substance of this federal civil-rights litigation.

Should these impediments persist, the Plaintiff may be compelled to seek appropriate relief on an **instanter** basis, including protective, declaratory, or other equitable relief necessary to preserve his constitutional rights to petition for redress, engage in public advocacy, establish informational websites, solicit lawful public assistance, and raise funds in support of this litigation. Any such activities would be undertaken for the legitimate purpose of promoting governmental accountability and addressing the alleged absence of transparency,

including the issuance of unsigned or unattributed governmental determinations, the obstruction of access to public records, and other conduct alleged to undermine the principles of open and accountable government.

The circumstances have become increasingly concerning. In addition to the apparent impediments to service, the Plaintiff has repeatedly been addressed through governmental correspondence by an incorrect gendered salutation, despite his identification as male and his prior objections to that treatment. Concurrently, governmental personnel—including Attorney Amy H. Goins—have expressly referenced the existence of this federal litigation. Such references establish, at minimum, actual institutional awareness of the lawsuit notwithstanding the subsequent difficulties encountered in accomplishing formal service upon the Defendants.

The Plaintiff notes that service has been undertaken solely with respect to the operative First Amended Complaint. Nevertheless, the apparent pre-service knowledge of the litigation by attorneys and

governmental personnel materially undermines any suggestion that the relevant parties were unaware of these proceedings while the Plaintiff continued expending substantial time and resources attempting to locate and serve the individual attorneys, municipal actors, and affiliated entities named as Defendants.

Accordingly, the Plaintiff respectfully requests that the Clerk accept and docket the enclosed filing and reflect upon the record the Plaintiff's continuing diligence in effectuating service.

Respectfully submitted,

**Michael Eric Nelson**
Plaintiff, Pro Se


--
Michael Nelson
702-WEB-3434

Please consider the environment before printing this email

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.