AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00352-MRD-AEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    URSILLO, TEITZ & RITCH LTD

was received by me on *(date)*    07/13/2026    .

   ❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

   ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

   ☑ I served the summons on *(name of individual)* Michelle Peterson - Administrative Assistant , who is

designated by law to accept service of process on behalf of *(name of organization)* URSILLO, TEITZ & RITCH LTD

Authorized To Accept Service By S. A. R    on *(date)* 07/14/2026 ; or

   ❏ I returned the summons unexecuted because _____ ; or

   ❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   07/14/2026

_____
*Server's signature*

James Lynch - RI Constable 6049
*Printed name and title*

C/O DBR - 1511 Pontiac Ave, Cranston, RI 02920

_____
*Server's address*

Additional information regarding attempted service, etc:

