AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00352-MRD-AEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     URSILLO, TEITZ & RITCH LTD

was received by me on *(date)*     07/13/2026    .

    ☐ I personally served the summons on the individual at *(place)*

    on *(date)*       ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)*

    , a person of suitable age and discretion who resides there,

on *(date)*       , and mailed a copy to the individual's last known address; or

    ☑ I served the summons on *(name of individual)*   Michelle Peterson - Administrative Assistant     , who is

designated by law to accept service of process on behalf of *(name of organization)*   URSILLO, TEITZ & RITCH LTD

Authorized To Accept Service By S. A. R     on *(date)*    07/14/2026    ; or

    ☐ I returned the summons unexecuted because       ; or

    ☐ Other *(specify):*

My fees are $      for travel and $      for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    07/14/2026

                *Server's signature*

            James Lynch - RI Constable 6049
                 *Printed name and title*

        C/O DBR - 1511 Pontiac Ave, Cranston, RI 02920

                 *Server's address*

Additional information regarding attempted service, etc:


