| | |
|---|---|
| **From:** | Eric <nelsontelco@gmail.com> |
| **Sent:** | Wednesday, July 22, 2026 12:12 PM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Filing for Docketing – Corrected Proof of Service and Motion to Substitute Nunc Pro Tunc – C.A. No. 1:26-cv-00352-MRD-AEM |
| **Attachments:** | nuncprotunc merged official record.pdf; Updated with signature Service upon UTR.pdf |

**CAUTION - EXTERNAL:**

Dear Clerk of Court:

Attached herewith for filing and docketing in **Michael Eric Nelson v. Town of South Kingstown, et al., C.A. No. 1:26-cv-00352-MRD-AEM**, please find the following:

1. **Plaintiff's Notice of Filing Corrected Proof of Service and Motion to Substitute Corrected Proof of Service Nunc Pro Tunc for Docket Entry No. 13**;
2. **Corrected and Executed Proof of Service upon Defendant Ursillo, Teitz & Ritch, Ltd.**; and

The corrected proof of service reflects that Defendant Ursillo, Teitz & Ritch, Ltd. was served on July 14, 2026, and is submitted to replace the incomplete return previously filed at Docket Entry No. 13.

Please docket the attached materials in the above-captioned proceeding. Kindly advise should any additional documentation or corrective submission be required.

Respectfully,

M. Eric Nelson - Pro Se


--

Michael Nelson
702-WEB-3434

Please consider the environment before printing this email

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.