# EXHIBIT C

## EEOC Form 164 — State and Local Government Information Report (EEO-4)

Sample Report and Instruction Booklet

OMB Control No. 3046-0008; ICR Reference No. 202412-3046-005

### OFFICIAL SOURCE MATERIAL

U.S. Equal Employment Opportunity Commission information-collection package approved by the Office of Information and Regulatory Affairs on January 7, 2025.

OMB approval expiration: January 31, 2028. The attached materials include the eight-page EEO-4 Sample Report followed by the full Instruction Booklet.

### CLERICAL NOTE

*The approved source documents use placeholders for the reporting year, collection dates, links, and expiration date to be inserted by the EEOC for a specific collection cycle. The sample report is not a completed submission by any political jurisdiction.*

Prepared as an exhibit cover sheet; the following pages reproduce the source material without substantive alteration.

## NOTICE: SAMPLE EEO-4 REPORT

As discussed in the 30-day Notice published in the Federal Register on December 6, 2024, the EEOC created the Office of Enterprise Data and Analytics (OEDA) in May 2018 with the goal of creating a modern data and analytics organization at the agency. Since its creation, OEDA, which administers the agency's EEO data collections, including the EEO-4, has worked to modernize the collections and improve the quality of data collected. OEDA has also streamlined functions, such as providing additional self-service options, resource materials, and an online support message center.

As part of its ongoing modernization efforts and in response to feedback from filers in prior collections, OEDA has redesigned the format of the certified report generated by the *EEO-4 Online Filing System (OFS)*. The report, which filers will be able to download and save as a PDF, contain several enhancements to how information provided by filers is displayed. For example, the updated report now has delineated sections and headers that clearly identify the information being displayed and filers' answers to reporting questions such as eligibility.

Please Note: This is a "sample" EEO-4 report generated by the EEOC's *EEO-4 Online Filing System (OFS)*. Filers are not permitted to submit EEO-4 workforce demographic data using this sample. The EEOC requires electronic submission of EEO-4 reports through the *OFS*, the agency's web-based data collection application (i.e., portal). The OFS is accessible at [LINK WILL BE INSERTED BY EEOC FOR EACH DATA COLLECTION YEAR].

The EEOC will only accept EEO-4 reports submitted and certified through the *OFS*. The EEOC will not accept reports submitted via paper or through other non-OFS electronic means (e.g., email, CD-ROM). The EEOC will consider filers submitting reports outside of the OFS to be non-compliant for purposes of their mandatory EEO-4 filing obligation.

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>**20YY STATE AND LOCAL GOVERNMENT INFORMATION REPORT (EEO-4)** | EEOC Form 164<br>Revised: MM/20YY<br>OMB Control Number:  3046-0008<br>Expiration: MM/DD/20YY |
|---|---|

### SECTION A: STATE AND LOCAL GOVERNMENT IDENTIFICATION

| REGISTRATION ID<br>[REG_ID] | NAME OF POLITICAL JURISDICTION<br>[Name of Political Jurisdiction] | | |
|---|---|---|---|
| STREET ADDRESS<br>[Address 1]<br>[Address 2] | CITY<br>[City] | STATE<br>[State] | ZIP CODE<br>[ZIP] |

### SECTION B: TYPE OF GOVERNMENT (Check one box only)

☐ State    ☐ County    ☐ City    ☐ Township    ☐ Special District    ☐ Other (specify): [TYPE_OTH]

### SECTION C: ELIGIBILITY

☐ YES (Eligible to File)    ☐ No (Total Staff)    ☐ No (Consolidated)    ☐ No (Closed)    ☐ No (Other-Specify): [REASON_OTH]

### SECTION D: FUNCTIONS

| | |
|---|---|
| ☐ 1. **FINANCIAL ADMINISTRATION:** Tax billing and collection, budgeting, purchasing, central accounting and similar financial administration carried on by a treasurer's, auditor's, or comptroller's office. – AND – **GENERAL CONTROL:** Duties usually performed by boards of supervisors or commissioners, central administration offices and agencies, central personnel or planning agencies, all judicial offices and employees (judges, magistrates, bailiffs, et al.) | ☐ 7. **HOSPITALS:** Operation and maintenance of institutions for inpatient medical care. |
| | ☐ 8. **HEALTH:** Provision of public health services, outpatient clinics, visiting nurses, food and sanitary inspections, mental health, alcohol rehabilitation service, etc. |
| | ☐ 9. **HOUSING:** Code enforcement, low rent public housing, fair housing ordinance enforcement, housing for elderly, housing rehabilitation, rent control. |
| ☐ 2. **STREETS AND HIGHWAYS:** Maintenance, repair, construction and administration of streets, alleys, sidewalks, roads, highways, and bridges. | ☐ 10. **COMMUNITY DEVELOPMENT:** Planning, zoning, land development, open space, beautification, preservation. |
| ☐ 3. **PUBLIC WELFARE:** Maintenance of homes and other institutions for the needy; administration of public assistance. (Hospitals should be reported under Function 7.) | ☐ 11. **CORRECTIONS:** Jails, reformatories, detention homes, halfway houses, prisons, parole and probation activities. |
| ☐ 4. **POLICE PROTECTION:** Duties of a police Department, sheriff's, constable's, coroner's office, etc. Including technical and clerical employees engaged in police activities. | ☐ 12. **UTILITIES AND TRANSPORTATION:** Includes water supply, electric power, transit, gas, airports, water transportation and terminals. |
| ☐ 5. **FIRE PROTECTION:** Duties of the uniformed fire force and clerical employees. (Note: Forest fire protection activities should be reported under Function 6.) | ☐ 13. **SANITATION AND SEWAGE:** Street cleaning, garbage and refuse collection and disposal. Provision, maintenance and operation of sanitary and storm sewer systems and sewage disposal plants. |
| ☐ 6. **NATURAL RESOURCES:** Agriculture, forestry, forest fire protection, irrigation drainage, flood control, etc. – AND – **PARKS AND RECREATION:** Provision, maintenance and operation of parks, playgrounds, swimming pools, auditoriums, museums, marinas, zoos, etc. | ☐ 14. **EMPLOYMENT SECURITY:** State governments only. |
| | ☐ 15. **OTHER** (Specify): _____ |

### SECTION E:  OFFICIAL CERTIFICATION OF SUBMISSION

**CERTIFICATION COMMENTS**
(optional)

[CERT_COMM]

**CERTIFICATION STATEMENT**
I certify that the information, including any workforce demographic data, provided in this report is correct and true to the best of my knowledge and was prepared in conformity with the directions set forth in the form and accompanying instructions.
**Knowingly and willfully false statements on this report are punishable by law, US Code, Title 18, Section 1001**

**DATE OF CERTIFICATION**

[CERT_DATE]

**GOVERNMENT CERTIFYING OFFICIAL**

| NAME<br>[CERT_OFF_NAME] | TITLE<br>[CERT_OFF_TITLE] |
|---|---|
| EMAIL<br>[CERT_OFF_EMAIL] | TELEPHONE NUMBER<br>[CERT_OFF_TEL] |

**PRIMARY POINT OF CONTACT (POC) FOR EEO-4 REPORTING**

| NAME<br>[POC_NAME] | TITLE<br>[POC_TITLE] |
|---|---|
| EMAIL<br>[POC_EMAIL] | TELEPHONE NUMBER<br>[POC_TEL] |

SAMPLE - DO NOT FILE

| SECTION F: EMPLOYMENT DATA | Consolidated Report |
|---|---|

REGISTRATION ID
[REG_ID]

NAME OF POLITICAL JURISDICTION
[Name of Political Jurisdiction]

| JOB CATEGORY | ANNUAL SALARY | Hispanic or Latino | | Not Hispanic or Latino | | | | | | | | | | | | Row Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Male | | | | | | Female | | | | | | |
| | | Male | Female | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | |
| **FULL-TIME STAFF (PAY PERIOD THAT INCLUDES JUNE 30, 20YY)** | | | | | | | | | | | | | | | | |
| OFFICIAL – ADMINISTRATORS | 1. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 3. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 4. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 5. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 6. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 7. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 8. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 9. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 10. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 11. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 12. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PROFESSIONALS | 13. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 14. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 15. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 16. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 17. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 18. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 19. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 20. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 21. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 22. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 23. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 24. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TECHNICIANS | 25. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 26. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 27. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 28. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 29. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 30. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 31. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 32. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 33. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 34. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 35. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 36. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PROTECTIVE SERVICE | 37. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 38. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 39. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 40. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 41. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 42. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 43. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 44. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 45. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 46. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 47. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 48. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

SAMPLE - DO NOT FILL

| SECTION F: EMPLOYMENT DATA | | Consolidated Report | |
|---|---|---|---|

REGISTRATION ID
[REG_ID]

NAME OF POLITICAL JURISDICTION
[Name of Political Jurisdiction]

SAMPLE - DO NOT FILL

| JOB CATEGORY | ANNUAL SALARY | Hispanic or Latino | | Not Hispanic or Latino | | | | | | | | | | | | Row Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Male | | | | | | Female | | | | | | |
| | | Male | Female | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | |
| **FULL-TIME STAFF (PAY PERIOD THAT INCLUDES JUNE 30, 20YY)** | | | | | | | | | | | | | | | | |
| PARAPROFESSIONALS | 49. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 50. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 51. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 52. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 53. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 54. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 55. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 56. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 57. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 58. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 59. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 60. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ADMINISTRATIVE SUPPORT | 61. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 62. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 63. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 64. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 65. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 66. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 67. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 68. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 69. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 70. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 71. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 72. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SKILLED CRAFT | 73. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 74. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 75. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 76. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 77. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 78. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 79. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 80. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 81. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 82. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 83. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 84. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SERVICE - MAINTENANCE | 85. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 86. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 87. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 88. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 89. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 90. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 91. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 92. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 93. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 94. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 95. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 96. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL FULL TIME (LINES 1 – 96)** | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| SECTION F: EMPLOYMENT DATA | Consolidated Report |
|---|---|

| REGISTRATION ID [REG_ID] | NAME OF POLITICAL JURISDICTION [Name of Political Jurisdiction] |
|---|---|

| JOB CATEGORY | ANNUAL SALARY | Hispanic or Latino | | Not Hispanic or Latino | | | | | | | | | | | | Row Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Male | | | | | | Female | | | | | | |
| | | Male | Female | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | |
| **OTHER THAN FULL-TIME STAFF (PAY PERIOD THAT INCLUDES JUNE 30, 20YY)** | | | | | | | | | | | | | | | | |
| 97.   OFFICIALS – ADMINISTRATORS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| 98.   PROFESSIONALS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| 99.   TECHNICIANS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| 100.  PROTECTIVE SERVICE | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| 101.  PARAPROFESSIONALS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| 102.  ADMINISTRATIVE SUPPORT | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| 103.  SKILLED CRAFT | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| 104.  SERVICE – MAINTENANCE | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **TOTAL OTHER THAN FT (LINES 97 – 104)** | | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **FULL-TIME NEW HIRES (JULY 1, 20YY – JUNE 30, 20YY)** | | | | | | | | | | | | | | | | |
| 105.  OFFICIALS – ADMINISTRATORS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| 106.  PROFESSIONALS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| 107.  TECHNICIANS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| 108.  PROTECTIVE SERVICE | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| 109.  PARAPROFESSIONALS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| 110.  ADMINISTRATIVE SUPPORT | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| 111.  SKILLED CRAFT | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| 112.  SERVICE – MAINTENANCE | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** |
| **TOTAL NEW HIRES (LINES 105 – 112)** | | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |

**DEPARTMENTS/AGENCIES INCLUDED IN THIS FUNCTION REPORT**

Not applicable (Consolidated Report)

**DEPARTMENTS/AGENCIES NOT INCLUDED IN THIS FUNCTION REPORT**

Not applicable (Consolidated Report)

**REMARKS ABOUT THIS FUNCTION REPORT**

Not applicable (Consolidated Report)

SAMPLE - DO NOT FILL

| SECTION F: EMPLOYMENT DATA | | Function # – [Name of Function] |
|---|---|---|

REGISTRATION ID
[REG_ID]

NAME OF POLITICAL JURISDICTION
[Name of Political Jurisdiction]

SAMPLE - DO NOT FILL

| JOB CATEGORY | ANNUAL SALARY | Hispanic or Latino | | Not Hispanic or Latino — Male | | | | | | Not Hispanic or Latino — Female | | | | | | Row Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Male | Female | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | |
| | **FULL-TIME STAFF (PAY PERIOD THAT INCLUDES JUNE 30, 20YY)** | | | | | | | | | | | | | | | |
| OFFICIAL – ADMINISTRATORS | 1. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 3. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 4. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 5. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 6. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 7. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 8. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 9. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 10. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 11. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 12. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PROFESSIONALS | 13. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 14. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 15. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 16. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 17. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 18. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 19. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 20. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 21. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 22. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 23. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 24. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TECHNICIANS | 25. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 26. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 27. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 28. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 29. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 30. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 31. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 32. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 33. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 34. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 35. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 36. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PROTECTIVE SERVICE | 37. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 38. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 39. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 40. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 41. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 42. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 43. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 44. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 45. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 46. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 47. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 48. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| SECTION F: EMPLOYMENT DATA | | Function # – [Name of Function] |
|---|---|---|

| REGISTRATION ID [REG_ID] | NAME OF POLITICAL JURISDICTION [Name of Political Jurisdiction] |
|---|---|

| JOB CATEGORY | ANNUAL SALARY | Hispanic or Latino | | Not Hispanic or Latino | | | | | | | | | | | | Row Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Male | | | | | | Female | | | | | | |
| | | Male | Female | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | |
| **FULL-TIME STAFF (PAY PERIOD THAT INCLUDES JUNE 30, 20YY)** | | | | | | | | | | | | | | | | |
| PARAPROFESSIONALS | 49. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 50. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 51. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 52. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 53. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 54. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 55. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 56. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 57. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 58. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 59. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 60. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ADMINISTRATIVE SUPPORT | 61. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 62. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 63. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 64. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 65. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 66. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 67. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 68. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 69. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 70. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 71. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 72. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SKILLED CRAFT | 73. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 74. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 75. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 76. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 77. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 78. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 79. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 80. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 81. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 82. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 83. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 84. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SERVICE - MAINTENANCE | 85. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 86. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 87. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 88. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 89. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 90. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 91. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 92. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 93. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 94. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 95. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 96. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL FULL TIME (LINES 1 – 96)** | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

SAMPLE - DO NOT FILL

| SECTION F: EMPLOYMENT DATA | Function # – [Name of Function] |
|---|---|

| REGISTRATION ID [REG_ID] | NAME OF POLITICAL JURISDICTION [Name of Political Jurisdiction] |
|---|---|

| JOB CATEGORY | ANNUAL SALARY | Hispanic or Latino | | Not Hispanic or Latino | | | | | | | | | | | | Row Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Male | | | | | | Female | | | | | | |
| | | Male | Female | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | |
| **OTHER THAN FULL-TIME STAFF (PAY PERIOD THAT INCLUDES JUNE 30, 20YY)** | | | | | | | | | | | | | | | | |
| 97.  OFFICIALS – ADMINISTRATORS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 98.  PROFESSIONALS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99.  TECHNICIANS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 100.  PROTECTIVE SERVICE | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 101.  PARAPROFESSIONALS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 102.  ADMINISTRATIVE SUPPORT | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 103.  SKILLED CRAFT | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 104.  SERVICE – MAINTENANCE | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL OTHER THAN FT (LINES 97 – 104)** | | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **FULL-TIME NEW HIRES (JULY 1, 20YY – JUNE 30, 20YY)** | | | | | | | | | | | | | | | | |
| 105.  OFFICIALS – ADMINISTRATORS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 106.  PROFESSIONALS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 107.  TECHNICIANS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 108.  PROTECTIVE SERVICE | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 109.  PARAPROFESSIONALS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 110.  ADMINISTRATIVE SUPPORT | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 111.  SKILLED CRAFT | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 112.  SERVICE – MAINTENANCE | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL NEW HIRES (LINES 105 – 112)** | | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |

**DEPARTMENTS/AGENCIES INCLUDED IN THIS FUNCTION REPORT**

[REMARKS]

**DEPARTMENTS/AGENCIES NOT INCLUDED IN THIS FUNCTION REPORT**

[REMARKS]

**REMARKS ABOUT THIS FUNCTION REPORT**

[REMARKS]

SAMPLE - DO NOT FILL



**U.S. Equal Employment Opportunity Commission**

# [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Data Collection Instruction Booklet

EEOC Headquarters

131 M Street, NE

Washington, DC 20507



EEO-4

**Data Collection**

OMB Control Number: 3046-0008

Expiration Date: [TO BE INSERTED BY EEOC UPON ISSUANCE BY OMB]

REVIEW AND PUBLIC COMMENT ONLY

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 DATA COLLECTION

## State and Local Government Information Report
## EEOC FORM 164
## EEO-4 Report

## INSTRUCTION BOOKLET

### NOTICE

As discussed in the 30-day Notice published in the Federal Register on December 6, 2024, the EEOC has undertaken several efforts to modernize the agency's data collections and improve the quality of the data collected. Since the creation of the EEOC's Office of Enterprise Data and Analytics (OEDA) in 2018, which administers the agency's EEO data collections, including the EEO-4, OEDA has streamlined functions, such as providing additional self-service options, resource materials, and an online support message center.

As part of its ongoing modernization efforts and in response to feedback from filers in prior collections, OEDA has redesigned the *EEO-4 Instruction Booklet* to better meet the needs of filers. The Instruction Booklet consolidates existing filer-support materials, including frequently asked questions (FAQs) and fact sheets, into a single resource for filers and provides additional information to clarify reporting requirements. Like the dedicated EEO-4 website launched by the EEOC in 2021, the updated Instruction Booklet will serve as a "one-stop-shop" containing important information for new and returning filers.

[SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Data Collection          OMB Control Number: 3046-0008
Instruction Booklet                                              Expiration Date: [TO BE INSERTED BY EEOC UPON ISSUANCE BY OMB]

# Table of Contents

Overview of the EEO-4 Report ........................................................................................... 5

Instructions ....................................................................................................................... 6

   1.    LEGAL BASIS ..................................................................................................... 6

   2.    WHO MUST FILE .............................................................................................. 6

   3.    WHEN TO FILE ................................................................................................. 7

   4.    HOW TO FILE .................................................................................................. 8

      4.1    OVERVIEW ................................................................................................. 8

      *4.2*    ACCESSING THE *OFS* ............................................................................... 10

      4.3    ADDING AN EXISTING OR NEW STATE OR LOCAL GOVERNMENT TO AN ACCOUNT ...... 11

      4.4    ADDING OR CHANGING A STATE OR LOCAL GOVERNMENT'S CONTACT(S) OR ASSOCIATED ACCOUNT(S) ........................................................................ 12

      4.5    CORRECTING A STATE OR LOCAL GOVERNMENT'S INFORMATION IN THE *OFS* ............ 13

      4.6    REPORTING EMPLOYEE DEMOGRAPHIC WORKFORCE DATA .................................. 13

      4.7    REVIEW OF THE EEO-4 REPORT ................................................................ 19

      4.8    OFFICIAL CERTIFICATION OF SUBMISSION .................................................... 19

      4.9    SAVING/PRINTING A COPY OF SUBMITTED/CERTIFIED EEO-4 REPORT ................ 20

   5.    *OFS* REQUIRED FILING INFORMATION ............................................................. 21

      5.1    SECTION A: STATE AND LOCAL GOVERNMENT IDENTIFICATION .................................. 21

      5.2    SECTION B: TYPE OF GOVERNMENT ............................................................ 21

      5.3    SECTION C: ELIGIBILITY ............................................................................ 22

      5.4    SECTION D: FUNCTIONS ............................................................................ 22

      5.5    SECTION E: OFFICIAL CERTIFICATION OF SUBMISSION ...................................... 22

      5.6    SECTION F: EMPLOYMENT DATA ................................................................ 24

   6.    FAILURE TO FILE ............................................................................................. 27

   7.    APPLICATION FOR UNDUE HARDSHIP EXEMPTION ............................................... 28

   8.    CONFIDENTIALITY ........................................................................................... 29

   9.    BURDEN ESTIMATE ........................................................................................ 29

   APPENDIX A: RACE AND ETHNICITY CATEGORIES ................................................... 31

      A.1    DEFINITIONS OF RACE AND ETHNICITY CATEGORIES ...................................... 31

      A.2    INSTRUCTIONS FOR ASSIGNING EMPLOYEES INTO THE RACE/ETHNICITY CATEGORIES 32

   APPENDIX B: DEFINITIONS ................................................................................... 33

APPENDIX C: JOB CATEGORIES ........................................................................................... 38

APPENDIX D: SALARY BANDS .............................................................................................. 40

APPENDIX E: EEO-4 FUNCTIONS ......................................................................................... 41

APPENDIX F: SAMPLE EEO-4 REPORT ................................................................................. 43

FOR OMB REVIEW AND PUBLIC COMMENT ONLY

[SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Data Collection Instruction Booklet

OMB Control Number: 3046-0008
Expiration Date: [TO BE INSERTED BY EEOC UPON ISSUANCE BY OMB]

FOR OMB REVIEW AND PUBLIC COMMENT ONLY

# OVERVIEW OF THE EEO-4 REPORT

Since 1973, the EEOC has required EEO-4 filers to submit workforce demographic data. All state and local governments that are covered by Title VII of the Civil Rights Act of 1964, as amended (Title VII)[1] and that have 100 or more employees are required to file their workforce demographic data.

Section 709(c) of Title VII requires employers to make and keep records relevant to the determination of whether unlawful employment practices have been or are being committed, to preserve such records, and to produce reports as the Commission prescribes by regulation or order.[2] Pursuant to this statutory authority, the EEOC issued regulations prescribing the reporting and related record retention requirements for state and local governments.[3] The regulations require state and local governments to make or keep all records necessary for completion of an EEO-4 submission and retain those records for three years, and also require EEO-4 filers to retain a copy of each filed EEO-4 report for three years. These recordkeeping requirements are part of standard administrative practices, and as a result, the EEOC believes that any impact on burden would be negligible and nearly impossible to quantify. Additionally, the regulations require state and local governments to file executed copies of the EEO-4 in conformity with the directions set forth in the form and accompanying instructions. Under this authority, state and local governments with 100 or more employees are required to report biennially[4] the number of individuals they employ by job category and by sex, salary band,[5] and race or ethnicity.

The EEOC currently collects EEO-4 data electronically through a web-based data collection application (i.e., portal) referred to as the *EEO-4 Online Filing System* (*OFS*).[6] Filers must submit their data electronically through the web-based portal by either manual entry or by uploading a data file. The individual EEO-4 reports are confidential.[7] The EEOC

---

[1] 42 U.S.C. 2000e, *et seq.*

[2] 42 U.S.C. 2000e-8(c).

[3] The EEOC's EEO-4 regulation is at 29 CFR Part 1602 Subparts I and J. The EEOC's EEO-4 regulation at 29 CFR Part 1602 Subpart J. § 1602.32 requires eligible state and local governments to file "...in conformity with the directions set forth in the form and accompanying instructions."

[4] Beginning in 1993, the EEO-4 report has been collected biennially in odd-numbered years. Prior to 1993, the EEO-4 report was collected annually.

[5] Data by salary band is only required of Full-Time Staff.

[6] EEO-4 filers may access the OFS through the EEOC's dedicated EEO-4 website at [LINK WILL BE INSERTED BY EEOC FOR EACH DATA COLLECTION YEAR]

[7] All reports and any information from individual reports are subject to the confidentiality provisions of Section 709(e) of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-8(e), as amended (Title VII), and may not be made public by the EEOC prior to the institution of any proceeding under Title VII involving the EEO-4 data. Any EEOC employee who violates this prohibition may be found guilty of a criminal misdemeanor and could be fined or imprisoned. The confidentiality requirements allow the EEOC to publish only aggregated data, and only in a manner that does not identify any particular filer or reveal any individual employee's personal information. With respect to other federal agencies with a legitimate law enforcement purpose, the EEOC gives access to information collected under Title VII only if the agencies agree in writing to comply with the confidentiality provisions of Title VII. In addition, section 709(d) of Title VII (42 U.S.C. 2000e-8(d)) provides that the EEOC shall furnish upon request and without cost to state or local civil rights agencies information about employers in their jurisdiction on the condition that they not make it public prior to starting a proceeding under

uses EEO-4 data to investigate charges of employment discrimination against state and local governments and to publish periodic reports on workforce demographics.[8]

# INSTRUCTIONS

## 1. LEGAL BASIS

All state and local governments meeting the eligibility requirements detailed below have a mandatory legal obligation to submit and certify the biennial EEO-4 report containing required workforce demographic data to the EEOC.[9] The instructions for submitting and certifying such reports, including the types of data requested and relevant deadlines, are provided here in the [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] *EEO-4 Instruction Booklet (Instruction Booklet)*.[10]

## 2. WHO MUST FILE[11]

Pursuant to Section 709(c) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e-8(c), 29 CFR 1602.30 and .32-.37, all state and local governments[12] subject to Title VII and with 100 or more employees have a mandatory legal obligation to submit and certify the biennial EEO-4 report containing required workforce demographic data to the

---

state or local law involving such information. The EEOC shares EEO-4 data with Fair Employment Practices Agencies (FEPAs) pursuant to Worksharing Agreements that impose obligations on the contracted FEPA with respect to confidentiality, privacy, and data security. On a case-by-case basis, the EEOC may share EEO-4 data with a FEPA that does not have a Worksharing Agreement, but only if that FEPA agrees to comply with confidentiality, privacy, and data security obligations similar to those imposed on FEPAs with Worksharing Agreements.

[8] Any reports the EEOC publishes based on EEO-4 data include only aggregated data that protect the confidentiality of each employer's information, as well as the privacy of each employee's personal information.

[9] The authorities under which EEO-4 data are collected, along with associated recordkeeping requirements, include Section 709(c) of Title VII and Sections 1602.30 and 1602.32-1602.37, Chapter XIV, Title 29 of the Code of Federal Regulations (CFR).

[10] To further assist filers, the EEOC provides supplementary resource materials (e.g., user's guide; frequently asked questions (FAQs); fact sheet) at the opening of each data collection. Access by registered *EEO-4 Online Filing System (OFS)* account holders choosing to use these supplementary resource materials is available through the dedicated EEO-4 data collection website at [LINK WILL BE INSERTED BY EEOC FOR EACH DATA COLLECTION YEAR].

[11] A state or local government that receives an EEO-4 filing notice from the EEOC but believes it is not required to file must access the *EEO-4 Online Filing System (OFS)* to complete the embedded eligibility screener. If the screener confirms eligibility, the state or local government must follow the prompts to submit and certify the required workforce demographic data. If the eligibility screener indicates the state or local government is ineligible to file, the state or local government must certify that it is ineligible in the *OFS*. Failure to certify ineligibility through the *OFS* will result in future EEO-4 filing notices being sent to the state or local government by the EEOC. Additionally, a state or local government that receives an EEO-4 filing notice from the EEOC but has ceased operations must also access the *EEO-4 Online Filing System (OFS)* to complete the eligibility screener. If the eligibility screener indicates the state or local government is ineligible to file, the state or local government must certify that is ineligible and has ceased operations in the *OFS*. Similarly, failure to certify ineligibility through the *OFS* will result in future EEO-4 filing notices being sent to the state or local government by the EEOC.

[12] The fact that a branch or agency of a government has separately elected officials or is autonomous or semi-autonomous in its operations does not affect the legal status of the jurisdiction, nor the requirement that the EEO-4 covers the entire jurisdiction. To the extent feasible, the report should cover all branches of the government. Where interstate, intercounty, boards, agencies, commissions, or other types of special district governments exist, one report should be submitted by the headquarters of the special district for each function performed.

[SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Data Collection
Instruction Booklet

OMB Control Number: 3046-0008
Expiration Date: [TO BE INSERTED BY EEOC UPON ISSUANCE BY OMB]

EEOC.[13] State and local governments located within the 50 United States and the District of Columbia are eligible to file the EEO-4 report.[14]

Please note the EEOC does not collect workforce demographic data from *private employers, local unions, or public elementary and secondary school systems and districts* through the EEO-4 data collection. Workforce demographic data for these entities are collected through other EEO data collections administered by the EEOC.[15] These data collections include the EEO-1 Component 1 Employer Information Report, EEO-3 Local Union Report, and the EEO-5 Elementary-Secondary Staff Information Report.

## 3. WHEN TO FILE

The [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 data collection is scheduled to open on [SPECIFIC DATE FOR EACH COLLECTION CYCLE WILL BE INSERTED BY EEOC]. **The deadline to file the [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 report is [SPECIFIC DATE FOR EACH COLLECTION CYCLE WILL BE INSERTED BY EEOC]**. The final opening and deadline dates will be posted on the EEOC's dedicated website for its EEO-4 data collection at [LINK WILL BE INSERTED BY EEOC FOR EACH DATA COLLECTION YEAR] and on the EEOC's public website at www.eeoc.gov/data/eeo-data-collections. Filers are strongly advised to visit [LINK WILL BE INSERTED BY EEOC FOR EACH DATA COLLECTION YEAR] for the latest updates regarding the [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 data collection, including any updates regarding the deadline to submit and certify reports.

Once data collection closes for a particular reporting cycle, state and local governments are not able to correct and/or update any workforce demographic data reported during that data collection. Further, a state or local government that fails to submit a required EEO-4 report during any reporting cycle(s) is not permitted to submit any such reports during subsequent reporting cycle(s). For example, an eligible state or local government that failed to submit a [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 report is not permitted to submit that report during the [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 data collection.

---

[13] The Census of Governments identifies the scope and nature of the nation's state and local government sector and classifies local government organizations, powers, and activities.

[14] The fact that a branch or agency of a government has separately elected officials or is autonomous or semi-autonomous in its operations does not affect its legal status, nor the requirement that the EEO-4 covers the entire state or local government. To the extent feasible, the EEO-4 report should cover all branches of the state or local government.

[15] If you are one of these entities but have received an EEO-4 filing notice from the EEOC, please contact the EEO-4 Filer Support Team via the online *Message Center* at [LINK WILL BE INSERTED BY EEOC FOR EACH DATA COLLECTION YEAR].

## 4.  HOW TO FILE

### 4.1    OVERVIEW

The EEOC requires electronic submission of the EEO-4 report through a web-based data collection application (i.e., portal) referred to as the *EEO-4 Online Filing System (OFS)*. The *OFS* is accessible at [LINK WILL BE INSERTED BY EEOC FOR EACH DATA COLLECTION YEAR].

All individuals responsible for filing a state or local government's report will be required to have an individual user account associated with their email address to access the *OFS*. To create a new account, visit [LINK WILL BE INSERTED BY EEOC FOR EACH DATA COLLECTION YEAR] and select "Create an Account." New account holders for state or local governments that have filed in prior data collections can link their individual user account to the state or local government's record using the state or local government's "Registration ID" and "PIN," which will be sent to them via postal mail prior to the opening of data collection. Account holders for state or local governments that have never filed before can register a new state or local government by selecting "Add State or Local Government" on the "*My State or Local Government List*" screen. Returning *OFS* account holders can log in using their existing username (i.e., email address) and password. Returning account holders may be required to reset their password when logging in to the *OFS* if the account holder has not accessed the *OFS* in the past 90 days. Account holders **must** submit the state or local government's workforce demographic data electronically in the *OFS* through either (1) manual data entry[16] or (2) data file upload.[17] The state or local government's certifying official must then certify the EEO-4 report in the *OFS*.

The EEOC will only accept EEO-4 reports submitted and certified through the agency's *OFS*. The EEOC will **not** accept reports submitted via paper or through other non-*OFS* electronic means (e.g., email, CD-ROM). The EEOC will consider filers submitting reports outside of the *OFS* to be non-compliant for purposes of their mandatory EEO-4 filing obligation.

As a part of the EEO-4 filing process, individuals responsible for filing a state or local government's EEO-4 report will complete the following steps.

1.  Log in to the *OFS*, either with an existing user account or by creating a new one (see the section entitled "Accessing the *OFS*" for more details).
2.  If necessary, add a new or existing state or local government to your account (see the section entitled "Adding an Existing or New State or Local Government to an Account" for more details).

---

[16] The "manual data entry" option requires directly entering workforce demographic data into the EEOC's web-based data collection application referred to as the *EEO-4 Online Filing System (OFS)*.

[17] The "data file upload" option requires uploading a data file using the EEOC's *[SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Data File Upload Specifications* which may be found online at [LINK WILL BE INSERTED BY EEOC FOR EACH DATA COLLECTION YEAR].

[SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Data Collection Instruction Booklet

OMB Control Number: 3046-0008
Expiration Date: [TO BE INSERTED BY EEOC UPON ISSUANCE BY OMB]

3. Select a state or local government from the *"My State or Local Government List"* screen.

4. Confirm the contacts associated with your state or local government (see the section entitled "Adding or Changing a State or Local Government's Contact(s) or Associated Account(s)" for more details).

5. Confirm information about your state or local government and answer eligibility screener question (see the section entitled "Correcting a State or Local Government's Information in the *OFS*" for more details).

6. If eligible, report your state or local government's workforce demographic data (see the section entitled "Reporting Employee Workforce Demographic Data" for more details).

7. Review your uncertified EEO-4 report for accuracy (see the section entitled "Review of the EEO-4 Report" for more details).

8. Certify your EEO-4 report (see the section entitled "Official Certification of Submission" for more details).

9. Save or print a copy of your certified EEO-4 report (see the section entitled "Saving/Printing a copy of Submitted/Certified EEO-4 Report" for more details).

The *[SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 User's Guide (User's Guide)*, which will be available beginning on **[SPECIFIC DATE FOR EACH COLLECTION CYCLE WILL BE INSERTED BY EEOC]** (i.e., the opening of the [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 data collection), has additional helpful technical information on how to file an EEO-4 report within the *OFS* for use by filers if they choose. The supplementary technical *User's Guide* can be accessed by selecting "Resources" on the "*My State or Local Government List*" screen within the *OFS* or by clicking the folder icon on the top of the screen.

### 4.1.1   Saving Entries within the *OFS*

As an account holder advances from one screen to another, the *EEO-4 Online Filing System (OFS)* saves their additions/deletions/changes as they click "Next," "Save," "Confirm," or "Submit." An account holder must select "Next," "Save," "Confirm," or "Submit" and advance to the next page to save their additions/deletions/changes. Otherwise, they will need to re-enter any additions/deletions/changes if they navigate away from the *OFS* before clicking "Next," "Save," "Confirm," or "Submit."

### 4.1.2   Finishing Required Filing Steps in the *OFS*

As account holders complete each step of the process on the "*State or Local Government Dashboard*" screen, each step will change from "Go ➜" to "Complete." After the "Report [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Data (Manual Entry or Data File Upload)" is shown as "Complete," the "Review [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Report" and the "Certify [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Report" steps will show the "Go ➜" button. While optional, state and local governments should consider reviewing their report for accuracy

by selecting "Review [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Report." Once accuracy is confirmed, select "Certify EEO-4 Report" to complete the certification process. Account holders will then proceed to a screen to enter certification comments (optional), "Certifying Official" contact information, and certify the EEO-4 report. All contacts linked to the state or local government account will receive an email indicating the EEO-4 report was certified.

## 4.2    ACCESSING THE *OFS*

All individuals responsible for filing a state or local government's EEO-4 report will be required to have an individual user account associated with their email address to access the *EEO-4 Online Filing System (OFS)*. Account holders **must** submit the state or local government's workforce demographic data electronically in the *OFS*[18] through either (1) manual data entry[19] or (2) data file upload.[20] The state or local government's certifying official must then certify the EEO-4 report in the *OFS*.

### 4.2.1    State or Local Governments Filing for the First Time

A new *OFS* user account can be created by visiting [LINK WILL BE INSERTED BY EEOC FOR EACH DATA COLLECTION YEAR] and selecting "Create an Account." After registering for an account, account holders may log in to the account using their username (i.e., email address) and their password created in the account creation process.

### 4.2.2    Existing Account Holders for State or Local Governments which have Previously Filed

Returning *EEO-4 Online Filing System (OFS)* account holders who created their account during or after the 2021 EEO-4 data collection may log in to the *OFS* by visiting [LINK WILL BE INSERTED BY EEOC FOR EACH DATA COLLECTION YEAR] and entering their email address and password. Returning account holders may be prompted to reset their password before proceeding.[21] Account holders who do not know their password should select "Forgot Password."

### 4.2.3    New Account Holders for State or Local Governments which have Previously Filed

Individuals who are newly responsible for filing an EEO-4 report for their state or local government which has previously filed will be required to create an individual user account associated with their email address to access the *EEO-4 Online Filing System (OFS)*. This can be done by visiting [LINK WILL BE INSERTED BY EEOC FOR EACH DATA COLLECTION YEAR] and selecting "Create an Account." After creating an account and logging in to the

---

[18] The EEOC will only accept EEO-4 reports submitted and certified through the *OFS*. The EEOC will not accept reports submitted via paper or through other non-*OFS* electronic means (e.g., email, CD-ROM, flash drive). The EEOC will consider filers submitting reports outside of the *OFS* to be non-compliant for purposes of their mandatory EEO-4 filing obligation.

[19] The "manual data entry" option requires directly entering workforce demographic data into the *OFS*.

[20] The "data file upload" option requires uploading a data file that follows EEOC's *EEO-4 Data File Upload Specifications*, accessed on the EEOC's dedicated EEO-4 website at [LINK WILL BE INSERTED BY EEOC FOR EACH DATA COLLECTION YEAR].

[21] Please note that account holders are required to reset their password every 90 days.

*OFS*, new account holders can link their individual user account to a state or local government by selecting "Add State or Local Government" on the "*My State or Local Government List*" screen and entering the "Registration ID" and "PIN" provided in the state or local government filing notifications sent via U.S. postal mail and email prior to the opening of the [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 data collection.

If an account holder does not have the "Registration ID" and "PIN," they should obtain this information from their state or local government's certifying official and enter it into the *OFS*. If the account holder does not have access to the "Registration ID" and "PIN," they should proceed in the *OFS* to answer a series of additional prompts. If the state or local government has previously filed an EEO-4 report, the account holder will be taken to a "Change of Contact" form in the *OFS*.[22] Account holders will be asked to provide the following details in the "Change of Contact" form:

- First Name, Last Name, Title, Phone Number, and Email Address of the person requesting the change of contact
- State or Local Government's Name
- Registration ID (if known)
- First Name, Last Name, Title, Phone Number, and Email Address of the new state or local government's contact
- A verification letter in PDF format on the state or local government's letterhead from an authorized state or local government representative approving this change

## 4.3    ADDING AN EXISTING OR NEW STATE OR LOCAL GOVERNMENT TO AN ACCOUNT

After successfully logging in to the *EEO-4 Online Filing System (OFS)*, account holders may use the instructions provided in this section to (1) add an existing state or local government to their account, or (2) register a new state or local government. If after following the process outlined below, the state or local government is not listed on the "*My State or Local Government List*" screen, please contact the Filer Support Team via the online EEO-4 *Message Center*.[23]

### 4.3.1    Add an Existing EEO-4 State or Local Government to Your Account

Account holders may add an existing state or local government to their account by selecting "Add State or Local Government" on the "*My State or Local Government List*" screen. When adding an existing EEO-4 state or local government, account holders will follow a series of prompts to: (1) enter the state or local government's "Registration ID"

---

[22] Please note that a "Change of Contact" request must be reviewed by the EEO-4 Filer Support Team and may take up to 5-7 business days to be approved.

[23] After creating an account, users can communicate with the Filer Support Team via the online EEO-4 *Message Center* at [LINK WILL BE INSERTED BY EEOC FOR EACH DATA COLLECTION YEAR] and access supplementary helpful resources, if they choose.

and "PIN" if they are known, or (2) be taken to a "Change of Contact" form to request access to the state or local government's profile in the *EEO-4 Online Filing System (OFS)*.[24]

### 4.3.2   Adding a New State or Local Government to Your Account

Account holders may add a new state or local government to their account by selecting "Add State or Local Government" on the "*My State or Local Government List*" screen. When adding a new state or local government, account holders will follow a series of prompts to determine a state or local government's eligibility to file. If eligibility is determined, account holders will be asked to provide: (1) the state or local government's name and (2) the state or local government's address.

During the new state or local government registration process, account holders will be provided with a "Registration ID" and "PIN." The "Registration ID" and "PIN" can be shared with other *OFS* account holders to link their "Individual User Account" with the state or local government profile.

## 4.4   ADDING OR CHANGING A STATE OR LOCAL GOVERNMENT'S CONTACT(S) OR ASSOCIATED ACCOUNT(S)[25]

As a part of the EEO-4 filing process, filers will review the contacts and accounts associated with the state or local government.

### 4.4.1   Contacts

Contacts are individual representatives of the state or local government with responsibility for filing and/or certifying the [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 report. They receive critical communications regarding the [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 report. If there are multiple contacts, one must be selected as the "Primary Point of Contact (POC) for EEO-4 Reporting" (i.e., "Primary POC").

### 4.4.2   Accounts[26]

Individuals listed under Accounts have associated their *EEO-4 Online Filing System (OFS)* account with the state or local government. Individuals added under Accounts will receive instructions and the information needed to associate the state or local government with their account (i.e., the "Registration ID" and "PIN" for this state or local government). Please note that contacts must also be listed in the Accounts section to have access to the state or local government within the *OFS*.

---

[24] See the section entitled "New Account Holders for State or Local Governments which have Previously Filed" for more information about the Change of Contact process.

[25] Please note that a state or local government may have more than one contact in the *OFS*. The EEOC strongly encourages state or local governments to include more than one contact to ensure the state or local government receives critical notifications about the EEO-4 data collection.

[26] If an individual needs to link their *EEO-4 Online Filing System (OFS)* account to a state or local government, they should follow the instructions in the section entitled "Adding an Existing or New State or Local Government to an Account."

To add a new account, select *"Add Account"* and fill out the required information. Upon completion, the added individual will receive instructions on how to create an account within the *OFS* if they do not already have one, as well as the "Registration ID" and "PIN" associated with the state or local government. This will provide the user with access to maintain and update the state or local government record.

To unlink an account from the state or local government record, select *"Unlink"* beside the account holder's First Name. This will revoke the user's access to the state or local government record in the *OFS*.

## 4.5    CORRECTING A STATE OR LOCAL GOVERNMENT'S INFORMATION IN THE *OFS*[27]

Most state or local government information can be edited in the *EEO-4 Online Filing System (OFS)*. The "Registration ID" is the only exception – this cannot be edited by account holders. To update state or local government information, log in to the *OFS* and select a state or local government from the "*My State or Local Government List*" screen. On the "*State or Local Government Dashboard"* screen, select the "Confirm State or Local Government Details" step. Follow the prompts within this step to confirm or update the state or local government's information.

## 4.6    REPORTING EMPLOYEE DEMOGRAPHIC WORKFORCE DATA

State and local governments with 100 or more employees are required to report biennially the number of individuals they employ by job category and by sex, salary band, and race or ethnicity. The state or local government must submit its workforce demographic data by:

- Manually entering the data into the *EEO-4 Online Filing System (OFS)*, or
- Uploading a data file using the approved [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Data File Upload template.[28]

The EEO-4 report is the aggregate report for the *entire* state or local government. The report for the state or local government must provide summary data for all personnel employed by the state or local government broken down into three sections (1) Full-Time Staff (Pay Period That Includes June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]); (2) Other Than Full-Time Staff (Pay Period That Includes June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]); and (3) Full-Time New Hires (July 1, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] – June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]).[29] The workforce demographic data reported for Full-Time Staff and Other Than Full-Time Staff *must reflect the pay period that includes June 30th of*

---

[27] Please note that once data collection closes for a particular reporting cycle, state and local governments are not able to retroactively correct and/or update any workforce demographic data reported during that cycle.

[28] The "data file upload" option requires uploading a data file that follows EEOC's EEO-4 Data File Upload Specifications, accessed on the EEOC's dedicated EEO-5 website at [LINK WILL BE INSERTED BY EEOC FOR EACH DATA COLLECTION YEAR].

[29] See Appendix B for definitions of "Full-Time Staff," "Other Than Full-Time Staff," and "Full-Time New Hires."

*the reporting year (i.e.,* [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]*).* The workforce demographic data reported for Full-Time New Hires must reflect employees hired for the first time or rehired after a break in service for Full-Time employment between July 1, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC], and June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]. Please note that Full-Time New Hires must also be included (i.e., counted) as Full-Time Staff if they were employed on a full-time basis *during the pay period that includes June 30th of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]) and otherwise meet the requirements of the definition of Full-Time Staff.

### 4.6.1   Reporting by Race or Ethnicity

Voluntary self-identification by employees is the preferred method of identifying the race and/or ethnicity information required for the EEO-4 report.

For purposes of the EEO-4 report, the basic principles for race or ethnicity self-identification are:

    (1)  Offer employees the opportunity to self-identify.

    (2)  Provide a statement about the voluntary nature of this inquiry for employees.

For example, language such as the following may be used (employers may adapt this language) to solicit self-identification:

*"The employer is subject to certain governmental recordkeeping and reporting requirements for the administration of civil rights laws and regulations. In order to comply with these laws, the employer invites employees to voluntarily self-identify their race or ethnicity. Submission of this information is voluntary and refusal to provide it will not subject you to any adverse treatment. The information obtained will be kept confidential and may only be used in accordance with the provisions of applicable laws, executive orders, and regulations, including those that require the information to be summarized and reported to the federal government for civil rights enforcement. When reported, data will not identify any specific individual."*

If an employee declines to self-identify their race and/or ethnicity, employment records or observer identification may be used. Where records are maintained, they should be kept separately from the employee's basic personnel file or other records available to those responsible for personnel decisions.

Definitions of the race and ethnicity categories used by the EEOC for purposes of EEO-4 reporting are found below in Appendix A of the *Instruction Booklet*. Instructions for assigning employees into these categories are also provided in Appendix A.[30]

---

[30] Please note that race and ethnicity designations, as used by the EEOC for the EEO-4 report, do not denote scientific definitions of anthropological origins. In addition, such designations do not control who is protected by Title VII's prohibitions against employment discrimination based on race or national origin.

### 4.6.2    Reporting by Sex

The EEO-4 data collection currently provides only binary options (i.e., male or female) for reporting employee counts by job category and by sex, salary band, and race or ethnicity. However, employers may *voluntarily* choose to report employee demographic data for non-binary employees – that is, employees who do not identify as exclusively male or female – by sex (i.e., non-binary), job category, salary band, and race or ethnicity in the "Remarks About This Function Report" ("Remarks") section of the applicable function report. Employers that voluntarily choose to report non-binary employees in the "Remarks" section of the report should not assign such employees to the male or female categories or any other categories (i.e., job category, salary band, and race or ethnicity) within the report.

For employers that *voluntarily* choose to provide demographic data for their non-binary employees, they may do so in the "Remarks" of the applicable function report in the *OFS* (e.g., Function Report 9 - Housing).[31] Please follow the instructions in the above section of the *Instruction Booklet* entitled "Reporting by Race or Ethnicity" when deciding whether to report an employee as male, female, or non-binary. If the sex reported by an employee during voluntary self-identification differs from the sex recorded in the employee's employment records, the employer should report the former (i.e., self-identification) and not the latter (i.e., employment records).

Employers choosing to voluntarily report employee demographic data for non-binary employees should preface any such data in the "Remarks About This Function Report" ("Remarks") section of the applicable function report in the *OFS* with the phrase "Additional Non-Binary Employee Data:". For example:

"Additional Non-Binary Employee Data: 1 Full-Time non-binary employee in job category Professionals; Salary Band: $19,240 - $24,959; Race/Ethnicity: White (Not Hispanic or Latino). 3 Other Than Full-Time non-binary employees in job category Technicians; Race/Ethnicity: Employee 1 – Black or African American (Not Hispanic or Latino), Employee 2 – Hispanic or Latino, Employee 3 – Two or More Races (Not Hispanic or Latino). 2 Full-Time New Hire non-binary employees in job category Paraprofessionals; Race/Ethnicity: Employee 1 – Asian (Not Hispanic or Latino), Employee 2 – Two or More Races (Not

---

[31] For example, a state or local government that has a total of 50 Full-Time housing staff and is voluntarily reporting 2 of those employees as non-binary in the "Remarks About This Function Report" ("Remarks") section of Function Report 9 (Housing) should show a Full-Time employee count of 48 Full-Time employees (i.e., less the 2 non-binary employees reported in the "Remarks" section) in the "Full-Time Staff (Pay Period That Includes June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC])" section of Function Report 9 (Housing). Also, please note that the voluntary reporting of non-binary employees does not impact the employee threshold for EEO-4 reporting purposes. For example, if a state or local government has a total of 100 staff (i.e., 100 staff across both Full-Time and Other Than Full-Time Staff across all functions), of which 5 are voluntarily reported as non-binary in the "Remarks" sections of the appropriate Function Report(s), the state or local government is still required to file even though the total number of employees across the "Full-Time Staff (Pay Period That Includes June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC])" and "Other Than Full-Time Staff (Pay Period That Includes June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC])" sections of the state or local government's Consolidated Report would reflect only 95 employees.

[SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Data Collection    OMB Control Number: 3046-0008
Instruction Booklet    Expiration Date: [TO BE INSERTED BY EEOC UPON ISSUANCE BY OMB]

Hispanic or Latino)."[32]

### 4.6.3  Reporting by Job Category

The job categories used by the EEOC for purposes of EEO-4 reporting are found below in Appendix C. Each job category includes a brief description of the skills and training required for occupations in that classification. The examples provided are illustrative and not intended to be exhaustive of all job titles in a job category. These job categories are primarily based on the average skill level, knowledge, and responsibility involved in each occupation within the job category. State and local governments should select the job category that best reflects the job function performed by each employee.

### 4.6.4  Reporting by Salary Band

Full-Time Staff data must be reported by annual salary within the job category and salary band.[33] When employees are not paid on an annual basis, their regular earnings in the pay period that includes June 30th of the reporting year (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]) must be expressed in terms of an annual salary. All special increments of an employee's annual salary which are regular and recurrent should be included. Overtime pay should not be included. For convenience, each salary band is presented as an annual wage and hourly wage in Appendix C.

### 4.6.5  Reporting by Function

The workforce demographic data reported within the EEO-4 Report is organized into 15 functions, which are listed in Table 1 but defined fully for the purposes of EEO-4 reporting in Appendix E.

**Table 1. EEO-4 Functions**

| | |
|---|---|
| 1.  Financial Administration / General Control | 9.   Housing |
| 2.  Streets and Highways | 10. Community Development |
| 3.  Public Welfare | 11. Corrections |
| 4.  Police Protection | 12. Utilities and Transportation |
| 5.  Fire Protection | 13. Sanitation and Sewage |
| 6.  Natural Resources / Parks and Recreation | 14. Employment Security |
| 7.  Hospitals | 15. Other (Specify) |
| 8.  Health | |

---

[32] Please note that filers voluntarily choosing to provide such data through the data file upload option *must* ensure that any remarks submitted do not contain any commas. See "Field [SPECIFIC FIELD TO BE INSERTED BY EEOC]" in the *[SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Data File Upload Specifications*.

[33] Beginning with the [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 data collection, the EEOC updated the salary bands for purposes of EEO-4 reporting to keep pace with inflation and account for an increasing portion of employees falling into the highest salary bands. The EEOC reviewed several other federal data collections of salaries and wages and determined that the Bureau of Labor Statistics' Occupational Employment and Wage Statistics (OEWS) program most closely aligns with the EEO-4. See Appendix C for more details.

For each function, a state or local government must provide workforce demographic data if at least one Full-Time, Other Than Full-Time, or Full-Time New Hire employee was on the payroll and performing that function during the applicable Workforce Snapshot Period (see the section entitled "Workforce Snapshot Period" for more details). When an employee is employed in more than one function, the employee should be reported for the function that accounts for most of the employee's work time.[34] When workforce demographic data is not available centrally for a specific function, EEO-4 filers **must** obtain and aggregate data from all relevant departments and/or agencies for that function.

Within each function, state and local governments **must** list the name of each department or agency whose workforce demographic data were included in "Departments/Agencies Included in This Function Report."[35] If a state or local government cannot supply workforce demographic data for every department or agency that performs a specific function, it **must** list the name and address of each department or agency for which workforce demographic data has not been included under "Departments/Agencies Not Included in This Function Report."

Beginning with the [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 data collection, a new "Consolidated Report" has been added to the EEO-4 Report that contains the workforce demographic data across all functions reported by a state or local government. The "Consolidated Report" will be auto-populated and auto-generated by the *EEO-4 Online Filing System (OFS)* and is the first report listed in "Section F: Employment Data." It contains summary data for all personnel employed by the state or local government across all functions, broken down into three sections: (1) Full-Time Staff (Pay Period That Includes June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]); (2) Other Than Full-Time Staff (Pay Period That Includes June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]); and (3) Full-Time New Hires (July 1, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] – June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC].[36]

Although a "Consolidated Report" is auto-populated and auto-generated in the *OFS*, a state or local government is still responsible for ensuring the total employee counts in the "Consolidated Report" match the total number of employees the state or local government is reporting across its multiple function reports *prior* to certification. The state or local government must also ensure that it has reported for *all* its performed functions. For example, if a state or local government performs 10 functions, but only reported data for 8 functions, the "Consolidated Report" will only reflect the data for functions submitted (i.e.,

---

[34] If the employee spends the exact same time performing two or more functions, report the employee in the most critical function.

[35] For example, Function 1 might include the following departments/agencies: Office of the Tax Collector, Office of the Mayor, Office of the District Attorney, etc.

[36] The "Consolidated Report" will be generated by the EEO-4 Online Filing System (*OFS*) using all completed function reports.

8). It is the responsibility of the state or local government to ensure that data for each of its performed functions has been submitted into the *OFS* and that the "Consolidated Report" reflects the correct total number of: (1) Full-Time Staff (Pay Period That Includes June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]); (2) Other Than Full-Time Staff (Pay Period That Includes June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]); and (3) Full-Time New Hires from July 1, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] through June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC].[37]

### 4.6.6   Manual Data Entry

Once a state or local government gathers the counts for each combination of job category, sex, salary band, and race or ethnicity for Full-Time Staff, Other Than Full-Time Staff, and Full-Time New Hires, it can enter the data manually into the data grid inside the *[SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Online Filing System (OFS)*.

### 4.6.7   Data File Upload

This method is recommended if your Human Resources Information or Payroll Software can generate a file in the correct format. Please review the EEOC's *[SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Data File Upload Specifications*, available under the *"Resources"* screen within the *EEO-4 Online Filing System (OFS)*, before uploading a file.

### 4.6.8   Workforce Snapshot Period

A state or local government's workforce demographic data in their EEO-4 report must be provided as of the pay period that includes June 30th of the reporting year (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]). The employment status under which Full-Time Staff and Other Than Full-Time Staff are reported must also be based on their employment as of the pay period that includes June 30th of the reporting year (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]). The EEO-4 report separately captures Full-Time New Hires who are on the payroll for the first time or rehired after a break in service for Full-Time employment between July 1, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC], and June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]. These Full-Time New Hires must also be included (i.e., counted) under Full-Time Staff if they were employed on a full-time basis *during the pay period that includes June 30th of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE

---

[37] As discussed in the below section of the Instruction Booklet entitled "Reporting by Sex," the EEO-4 data collection currently provides only binary options (i.e., male or female) for reporting employee counts by sex, job category, salary band, and race or ethnicity. However, employers may *voluntarily* choose to report employee demographic data for non-binary employees – that is, employees who do not identify as exclusively male or female – by sex (i.e., non-binary), job category, salary band, and race or ethnicity in the "Remarks" section of the report(s). Employers that voluntarily choose to report non-binary employees in the "Remarks" section of the report(s) should not assign such employees to the male or female categories or any other categories (i.e., job category, salary band, and race or ethnicity) within the report(s). For additional information on the voluntary reporting of non-binary employees, please refer to the section of the Instruction Booklet entitled "REPORTING BY SEX," above.

INSERTED BY EEOC]).

Within Section F (i.e., Employment Data), Full-Time Staff must be counted by job category and by sex, salary band, and race or ethnicity.[38] Each Full-Time employee must be counted in *only one* of the job category, sex, salary band, and race or ethnicity classifications. Other than Full-Time Staff and Full-Time New Hires must be counted by job category, sex, and race or ethnicity. Each Other Than Full-Time employee and Full-Time New Hire must be counted in *only one* of the job category, sex, and race or ethnicity classifications.

If a Full-Time (or Other Than Full-Time) employee was employed during the pay period that includes June 30th of the reporting year (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]), then the state or local government must include the employee in its Full-Time (or Other Than Full-Time) reporting even if the employee resigned or was terminated during or after this pay period. If the Full-Time (or Other Than Full-Time) employee was employed *at any time* during this pay period, then the employee must be reported. A state or local government is not required to report Full-Time (or Other Than Full-Time) employees who were *not* employed at any time during the pay period that includes June 30th of the reporting year (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]).

If a Full-Time New Hire was on the payroll for the first time or rehired after a break in service for Full-Time employment between July 1, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]), and June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC], then the state or local government must include the employee in its Full-Time New Hire reporting even if the employee resigned or was terminated during or after this period. If the Full-Time New Hire was on the payroll *at any time* during this period, then the employee must be reported. A state or local government is not required to report in its Full-Time New Hire reporting any employee who was *not* a Full-Time New Hire for the first time or rehired after a break in service for Full-Time employment between July 1, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]), and June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]).

## 4.7    REVIEW OF THE EEO-4 REPORT

As a part of the EEO-4 filing process, state and local governments can download and preview an *uncertified* EEO-4 report prior to certification. This step is optional but **strongly encouraged**. If any changes to the EEO-4 report are necessary prior to certification, filers can return to the applicable step above to make those changes.

## 4.8    OFFICIAL CERTIFICATION OF SUBMISSION

Once a state or local government's report has been completed, the name and contact information for the state or local government's "Certifying Official" and the state or local

---

[38] See Appendix A below for descriptions of the job categories.

government's "Primary Point of Contact (POC) for EEO-4 Reporting" (i.e., "Primary POC") for receiving communications from the EEOC regarding the report must be provided in the *OFS*.[39] The "Certifying Official" will certify to the below statement within the *OFS*.

> *"I certify that the information, including any workforce demographic data, provided in this report is correct and true to the best of my knowledge and was prepared in conformity with the directions set forth in the form and accompanying instructions."*

Below this statement, the EEOC provides written notice to the "Certifying Official" that "[k]nowingly and willfully false statements on this report are punishable by law, US Code, Title 18, Section 1001."

Please note that if a state or local government fails to complete the ***final*** step to certify its EEO-4 report within the *EEO-4 Online Filing System (OFS)*, the status of the state or local government's filing will be considered "incomplete" by the EEOC.[40] Any state or local government that has not certified its submission in the *OFS* by the "Published Due Date" (i.e., published deadline) will receive a "Notice of Failure to File" from the EEOC requesting that the state or local government certify its submission in order to complete the required filing.

### 4.9    SAVING/PRINTING A COPY OF SUBMITTED/CERTIFIED EEO-4 REPORT

After certification, the *"State or Local Government Dashboard"* screen will display "Thank you for completing the [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 report." Account holders may save and/or print a PDF copy of their submitted and certified EEO-4 report by selecting "↓ Report" on this screen.

If you have completed the certification step prior to the end of the data collection and find an error in your EEO-4 report, select "Decertify" and make the required edits. After correcting errors, you **must** repeat the steps outlined above to recertify your EEO-4 report.[41] Any state or local government that has not certified its submission in the *OFS* by the "Published Due Date" (i.e., published deadline) will receive a "Notice of Failure to File" from the EEOC requesting that the state or local government certify its submission in order to complete the required filing.

---

[39] State and local governments are permitted to have the same individual serve as both the "Certifying Official" and the "Primary Point of Contact (POC) for EEO-4 Reporting" (i.e., "Primary POC") for the state or local government's "Official Certification of Submission." However, the individual serving as the "Certifying Official" **must** be an official (i.e., employee) of the state or local government.

[40] Please note that even if the state or local government has submitted data for its required report, the filing will not be considered complete by the EEOC until the state or local government certifies its submission in the *EEO-4 Online Filing System (OFS)*.

[41] Even if the state or local government has submitted data for its required report, the filing will not be considered complete by the EEOC until the state or local government certifies its submission in the *EEO-4 Online Filing System (OFS)*.

### 4.9.1   Accessing Prior Year Filed Reports

Historic EEO-4 reports will be available in the *EEO-4 Online Filing System (OFS)* for all reports filed beginning with the [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 data collection.[42] Select the state or local government in the "*My State or Local Government List*" screen to access the "State or Local Government Dashboard," and click on "Historic EEO-4 Reports" to download any available report from prior data collections.

## 5.  *OFS* REQUIRED FILING INFORMATION

As part of the EEO-4 filing process, in addition to submitting workforce demographic data if required to do so, a state or local government is required to provide certain identifying information about the state or local government within the *EEO-4 Online Filing System (OFS)*. The state or local government must also complete a set of questions to determine whether it meets the eligibility requirements to submit EEO-4 workforce demographic data.

The information provided by a state or local government in the sections and sub-sections discussed below will be included in the final, certified, downloadable EEO-4 report generated by the *OFS*.[43] Please note that all state or local governments may preview and review uncertified PDF versions of their reports prior to the state or local government's official certification of submission to the EEOC.

### 5.1   SECTION A: STATE AND LOCAL GOVERNMENT IDENTIFICATION

This section contains identifying information about the state or local government, including the state or local government's name, address, and "Registration ID." The "Registration ID" is a unique, eight-character *EEO-4 Online Filing System (OFS)* identification number associated with each state or local government. It is assigned by the EEOC.

### 5.2   SECTION B: TYPE OF GOVERNMENT

In this section, the state or local government must select only one of the following government options:

- State
- County
- City
- Township
- Special District

---

[42] Report availability is dependent on the state or local government's filing history.

[43] Appendix F of the *Instruction Booklet* contains a "sample" of an EEO-4 report generated by the EEOC's *EEO-4 Online Filing System (OFS)*. Filers are *not* permitted to submit EEO-4 workforce demographic data using this sample. The EEOC requires electronic submission of EEO-4 reports through the *OFS*, the agency's web-based data collection application (i.e., portal). The *OFS* is accessible at [LINK WILL BE INSERTED BY EEOC FOR EACH DATA COLLECTION YEAR]. The EEOC will only accept an EEO-4 report submitted and certified through the *OFS*. The EEOC will *not* accept reports submitted via paper or through other non-*OFS* electronic means (e.g., email, CD-ROM). The EEOC will consider filers submitting reports outside of the *OFS* to be non-compliant for purposes of their mandatory EEO-4 filing obligation.

- Other (Specify)

## 5.3    SECTION C: ELIGIBILITY

As part of the EEO-4 filing process, state and local governments must answer an eligibility question within the *EEO-4 Online Filing System (OFS)* to determine if they are legally required to submit workforce demographic data to the EEOC.[44] A state or local government must complete the entire EEO-4 report if it answers "Yes" to the following eligibility question:

"For the pay period that includes June 30th of the reporting year (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]), did your state or local government have 100 or more employees? This includes both Full-Time Staff and Other Than Full-Time Staff."

If the state or local government answers "No" to this question, it is still **required** to submit a [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 report certifying its ineligibility.

## 5.4    SECTION D: FUNCTIONS

This section contains a summary of the function(s) the state or local government performs, which will be selected by the state or local government in the *EEO-4 Online Filing System (OFS)*.

## 5.5    SECTION E: OFFICIAL CERTIFICATION OF SUBMISSION

This section will appear in the PDF version of the state or local government's EEO-4 report generated by the *EEO-4 Online Filing System (OFS)*.

Please note that if a state or local government fails to complete the ***final*** step to certify its EEO-4 report within the *OFS*, the status of the state or local government's filing will be considered "incomplete" by the EEOC.[45] Any state or local government that has not

---

[44] The specific eligibility requirements for filing are discussed in detail in the above section of the *Instruction Booklet* entitled "WHO MUST FILE." Please note that a state or local government that receives an EEO-4 filing notice from the EEOC but believes it is not required to file must access the *EEO-4 Online Filing System (OFS)* to complete the embedded eligibility screener. If the screener confirms eligibility, the state or local government must follow the prompts to submit and certify the required workforce demographic data. If the eligibility screener indicates the state or local government is ineligible to file, the state or local government must certify that it is ineligible in the *OFS*. Failure to certify ineligibility through the *OFS* will result in future EEO-4 filing notices being sent to the state or local government by the EEOC. Additionally, a state or local government that receives an EEO-4 filing notice from the EEOC but has ceased operations must also access the *OFS* to complete the eligibility screener. If the eligibility screener indicates the state or local government is ineligible to file, the state or local government must certify that is ineligible and has ceased operations in the *OFS*. Similarly, failure to certify ineligibility through the *OFS* will result in future EEO-4 filing notices being sent to the state or local government by the EEOC.

[45] Please note that even if the state or local government has submitted data for its required report, the filing will not be considered complete by the EEOC until the state or local government certifies its submission in the *EEO-4 Online Filing System (OFS)*.

certified its submission in the *OFS* by the "Published Due Date" (i.e., published deadline) will receive a "Notice of Failure to File" from the EEOC requesting that the state or local government certify its submission in order to complete the required filing. This section contains the following information:

### 5.5.1  Certification Comments (optional)[46]

A state or local government may provide the EEOC with any final comments regarding its submission in this section. Any comments provided will be populated in this section. If no comments are submitted, "No Certification Comments Provided" will be populated in this section.

### 5.5.2  Certification Statement

The employer's "Certifying Official" will certify to the following statement in the OFS:

> "I certify that the information, including any workforce demographic data, provided in this report is correct and true to the best of my knowledge and was prepared in conformity with the directions set forth in the form and accompanying instructions."

Below this statement, the EEOC provides written notice to the "Certifying Official" that "[k]nowingly and willfully false statements on this report are punishable by law, US Code, Title 18, Section 1001."

### 5.5.3  Date of Certification

The *EEO-4 Online Filing System (OFS)* will automatically generate the month, day, year, and time (e.g., [DATE WILL BE INSERTED BY EEOC FOR EACH DATA COLLECTION YEAR] 9:00 AM) that the submission was certified by the state or local government in the *OFS*.

### 5.5.4  State or Local Government Certifying Official

The individual serving as the "Certifying Official" ***must*** be an official (i.e., employee) of the state or local government.

This section contains the following information:
- Name of Employer's Certifying Official
- Title of Certifying Official

---

[46] As discussed in the above section of the *Instruction Booklet* entitled "Reporting by Sex," the EEO-4 data collection currently provides only binary options (i.e., male or female) for reporting employee counts by sex, job category, and race or ethnicity. However, state or local governments may *voluntarily* choose to report employee demographic data for non-binary employees – that is, employees who do not identify as exclusively male or female – by sex (i.e., non-binary), job category, salary band, and race or ethnicity in the "Remarks About This Function Report" within Section F "Employment Data" of the report. State and local governments that voluntarily choose to report non-binary employees in the "Remarks About This Function Report" within Section F "Employment Data" of the report should not assign such employees to the male or female categories or any other categories (i.e., job category, salary band, and race or ethnicity) within the report. For additional information on the voluntary reporting of non-binary employees, please refer to the above section of the *Instruction Booklet* entitled "Reporting by Sex."

- Email Address of Certifying Official
- Telephone Number of Certifying Official

### 5.5.5  Primary Point of Contact for EEO-4 Reporting

In addition to a "Certifying Official," a state or local government must provide a "Primary Point of Contact (POC) for EEO-4 Reporting" (i.e., "Primary POC") for receiving communications from the EEOC regarding the report. A state or local government may choose the same individual to serve as both its "Certifying Official" and "Primary POC." Alternatively, a state or local government may provide a different individual to be its "Primary POC." However, the "Certifying Official" **must** be an official (i.e., employee) of the state or local government.

## 5.6    SECTION F: EMPLOYMENT DATA

This section contains the state or local government's workforce demographic data (i.e., employee data by job category and by sex, salary band, and race or ethnicity) for each function selected in Section C: Function.[47] The EEO-4 report is the aggregate report for the *entire* state or local government. The report for the state or local government must provide summary data for all personnel employed by the state or local government, broken down into three sections: (1) Full-Time Staff (Pay Period That Includes June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]); (2) Other Than Full-Time Staff (Pay Period That Includes June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]); and (3) Full-Time New Hires (July 1, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] – June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]).[48] The workforce demographic data reported for Full-Time Staff and Other Than Full-Time Staff *must reflect the pay period that includes June 30th of the reporting year (i.e.,* [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]*).* The EEO-4 report separately captures Full-Time New Hires who are on the payroll for the first time or rehired after a break in service for Full-Time employment between July 1, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC], and June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]. These Full-Time New Hires must also be included (i.e., counted) in the Full-Time Staff section if they were employed on a full-time basis *during the pay period that includes June 30th of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]).

---

[47] As discussed in the above section entitled "Reporting by Sex," the EEO-4 data collection currently provides only binary options (i.e., male or female) for reporting employee counts by job category, salary band, and by sex, salary band, and race or ethnicity. However, state and local governments may *voluntarily* choose to report employee demographic data for non-binary employees – that is, employees who do not identify as exclusively male or female – by sex (i.e., non-binary), job category, and race or ethnicity in the "Remarks" section of the report. State and local governments that voluntarily choose to report non-binary employees in the "Remarks" section of the report should not assign such employees to the male or female categories or any other categories (i.e., job category, salary band, and race or ethnicity) within the report. For additional information on the voluntary reporting of non-binary employees, please refer to the above section entitled "Reporting by Sex."

[48] See Appendix B for definitions of "Full-Time Staff," "Other Than Full-Time Staff," and "Full-Time New Hires."

**[SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Data Collection Instruction Booklet**    **OMB Control Number: 3046-0008** Expiration Date: [TO BE INSERTED BY EEOC UPON ISSUANCE BY OMB]

### 5.6.1   Full-Time Staff

The *Full-Time Staff* section must include workforce demographic data for all Full-Time Staff employed *during the pay period that includes June 30th of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]), except for certain exempted elected and appointed officials.[49] If an employee is employed on a full-time basis by the state or local government but assigned to one or more departments on a part-time basis in each, that employee must be reported as a Full-Time Staff in this section.

Additionally:

- Full-Time New Hires must also be included (i.e., counted) in the Full-Time Staff section if they were employed on a full-time basis *during the pay period that includes June 30th of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]) and otherwise meet the requirements of this section.
- Every Full-Time employee employed *during the pay period that includes June 30th of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]) must be accounted for in one and only one of the listed functions.
- Full-Time Trainees should be considered Full-Time Staff.
- When employees receive separate salaries or payments from two or more state or local governments *during the pay period that includes June 30th of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]), but work full-time for one, those employees should be counted as Full-Time employees by the state or local government for which they work full-time. Additionally, those employees' annual salaries, to the extent possible, should reflect their total earnings from all state and local governments from which they are paid.
- When a Full-Time employee is employed in more than one function *during the pay period that includes June 30th of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]), the employee should be reported for the function that accounts for most of the employee's work time.[50]

### 5.6.2   Other Than Full-Time Staff

The *Other Than Full-Time Staff* section must include workforce demographic data for all employees employed *during the pay period that includes June 30th of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]), except for certain exempted elected and appointed officials,[51] who:

- are not already included in the Full-Time Staff section, and
- are usually engaged for less than the regular full-time work week.[52]

---

[49] See Appendix B below for the more details on the definition of "Employee."

[50] If the employee spends the exact same time performing two or more functions, report the employee in the most critical function.

[51] See Appendix B below for the more details on the definition of "Employee."

[52] See Appendix B below for the more details on the definition of "Employee."

FOR OMB REVIEW AND PUBLIC COMMENT ONLY

Other Than Full-Time Staff include, but are not limited to, the following: (1) daily or hourly employees usually engaged for less than the regular full-time work week; (2) temporary employees who work on a seasonal basis (whether part-time or full-time) or are hired for the duration of a particular job or operation, including public employment programs; and (3) intermittent employees. If an employee is employed on a full-time basis by the state or local government but assigned to one or more functions on a part-time basis in each, that employee must be reported as Full-Time Staff.

Additionally:

- When employees are employed Other Than Full-Time by different state or local governments *during the pay period that includes June 30th of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]), they should be reported as Other Than Full-Time employees of the separate state and local governments.
- Employees who are employed Other Than Full-Time by different state or local governments *during the pay period that includes June 30th of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]) for a specified temporary appointment, such as a public employment program, must be considered Other Than Full-Time Staff.
- When an Other Than Full-Time employee is employed in more than one function *during the pay period that includes June 30th of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]), the employee should be reported for the function that accounts for most of the employee's work time.[53]

### 5.6.3    Full-Time New Hires (July 1, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] – June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC])

The *Full-Time New Hires* section must include workforce demographic data for all Full-Time employees who were hired for the first time or rehired after a break in service for Full-Time employment by a state or local government and who appear on the payroll between July 1, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC], and June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC], except for certain exempted elected and appointed officials.[54,55] Specifically, Full-Time New Hires refers to employees who were hired for the first time or rehired after a break in service for Full-Time employment by the state or local government.

Do not report an employee who has been on sabbatical or any other type of leave that is not considered a break in service as a Full-Time New Hire. Additionally, employees with a change in job category or a promotion should not be reported as Full-Time New Hires. Please note that Full-Time New Hires must also be included (i.e., counted) in the Full-Time

---

[53] If the employee spends the exact same time performing two or more functions, report the employee in the most critical function.

[54] See Appendix B below for more details on the definition of "Full-Time New Hires."

[55] See Appendix B below for the more details on the definition of "Employee."

Staff section if they were employed on a full-time basis *during the pay period that includes June 30th of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]) and otherwise meet the requirements of that section.

Additionally, Full-Time New Hires should be included in this section even if they were terminated prior to the end of the fiscal year.

### 5.6.4  Departments/Agencies Included in This Function Report

For each function, the state or local government **must** list the name of each department or agency whose workforce demographic data has been provided. See the section entitled "Reporting by Function" for more details.

Important Note: State and local governments **must** include in this section the National Crime Information Center (NCIC) numbers assigned by the U.S. Department of Justice for any criminal justice departments/agencies whose data are included in the report.

### 5.6.5  Departments/Agencies Not Included in This Function Report

For each function, the state or local government **must** list the name and address of each department or agency for which the state or local government performs the indicated function but cannot provide workforce demographic data. See the section entitled "Reporting by Function" for more details.

### 5.6.6  Remarks About This Function Report

After entering workforce demographic data for each section above (i.e., Full-Time Staff, Other Than Full-Time Staff, and Full-Time New Hires), state and local governments may include optional remarks, explanations, or other pertinent information regarding the report in this section.

## 6.  FAILURE TO FILE

The deadline to file the [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 report is *[SPECIFIC DATE FOR EACH COLLECTION CYCLE WILL BE INSERTED BY EEOC]* (i.e., "Published Due Date").

Following the *[SPECIFIC DATE FOR EACH COLLECTION CYCLE WILL BE INSERTED BY EEOC]* "Published Due Date" deadline, the EEOC will enter the "Failure to File" phase. All state and local governments who have *not submitted and certified* their mandatory [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 report by the *[SPECIFIC DATE FOR EACH COLLECTION CYCLE WILL BE INSERTED BY EEOC]* "Published Due Date" deadline will receive a "Notice of Failure to File" from the EEOC instructing them to submit and certify their data *as soon as possible*, and *no later than [SPECIFIC DATE FOR*

*EACH COLLECTION CYCLE WILL BE INSERTED BY EEOC]* (i.e., "Failure to File" deadline).

After the *[SPECIFIC DATE FOR EACH COLLECTION CYCLE WILL BE INSERTED BY EEOC]* "Failure to File" deadline passes, *no* additional [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 reports will be accepted, and eligible state and local governments will be *out of compliance* with their mandatory [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 filing obligations. Pursuant to EEOC regulation 29 CFR 1602.34, any state or local government "failing or refusing" to file their EEO-4 report when required to do so may be compelled to file by order of a U.S. district court, upon application of the Attorney General.[56]

## 7.  APPLICATION FOR UNDUE HARDSHIP EXEMPTION[57]

The EEOC's EEO-4 regulation at 29 CFR Part 1602 Subpart M. § 1602.32 requires eligible state and local governments to file "...in conformity with the directions set forth in the form and accompanying instructions." Pursuant to 29 CFR § 1602.35, if a state or local government claims that the preparation or filing of the [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Report would an create undue hardship, the state or local government may apply to the Commission for an exemption by submitting a written exemption application pursuant to the directions contained herein.[58]

The Commission will grant an undue hardship exemption only if the state or local government has demonstrated in its written exemption application how the preparation or filing of the [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Report would create undue hardship.[59] Please note that while an application is pending, the applicant (i.e., state or local government) must continue to collect and prepare the data required for the report in case the exemption request is denied.

All exemption applications *must* be submitted in writing and sent to the following mailing address:

   **U.S. Equal Employment Opportunity Commission (EEOC)**
   **Attention: Office of Enterprise Data and Analytics (OEDA)**

---

[56] See 29 CFR § 1602.34

[57] 29 CFR § 1602.32 requires eligible state and local governments to file "in conformity with the directions set forth in the form and accompanying instructions." For purposes of the [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 data collection, the instructions for submitting an exemption application are provided in this section of the Instruction Booklet.

[58] Please note that a Notice of Proposed Rulemaking (NPRM) was published in the Federal Register on October 11, 2024, in which the EEOC proposes to amend its regulations regarding recordkeeping and reporting requirements. See https://www.federalregister.gov/documents/2024/10/11/2024-23327/recordkeeping-and-reporting-requirements-under-title-vii-the-ada-gina-and-the-pwfa. Specifically, the NPRM proposes to delegate authority for making determinations on hardship exemption applications, to set forth the procedure for applying for exemptions, and to provide a non-exhaustive list of criteria for considering exemption applications.

[59] Please note that an application for an undue hardship exemption is for consideration of an exemption from filing a state or local government's mandatory EEO-4 report. It is *not* an application for an extension of either the "Published Due Date" deadline or the final "Failure to File" deadline.

**131 M Street NE**
**Washington, DC 20507**

Exemption applications must be postmarked on or before the following date: *[SPECIFIC DATE FOR EACH COLLECTION CYCLE WILL BE INSERTED BY EEOC]*. Only exemption applications submitted according to the above instructions will be accepted for consideration.[60] Filers are not permitted to submit an exemption application via email or through the *EEO-4 Online Filing System (OFS)*. Additionally, any exemption applications postmarked *after* the above date will not be considered.

## 8.  CONFIDENTIALITY

All reports and any information from individual reports are subject to the confidentiality provisions of Section 709(e) of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-8(e), as amended (Title VII) and may not be made public by the EEOC prior to the institution of any proceeding under Title VII involving the EEO-4 data. Any EEOC employee who violates this prohibition may be found guilty of a criminal misdemeanor and could be fined or imprisoned. The confidentiality requirements allow the EEOC to publish only aggregated data and only in a manner that does not identify any particular filer or reveal any individual employee's personal information.

With respect to other federal agencies with a legitimate law enforcement purpose, the EEOC gives access to information collected under Title VII only if the agencies agree in writing to comply with the confidentiality provisions of Title VII. In addition, section 709(d) of Title VII (42 U.S.C. 2000e-8(d)) provides that the EEOC shall furnish upon request and without cost to state or local civil rights agencies information about employers in their jurisdiction on the condition that they not make it public prior to starting a proceeding under state or local law involving such information. The EEOC shares EEO-4 data with Fair Employment Practices Agencies (FEPAs) pursuant to Worksharing Agreements that impose obligations on the contracted FEPA with respect to confidentiality, privacy, and data security. On a case-by-case basis, the EEOC may share EEO-4 data with a FEPA that does not have a Worksharing Agreement, but only if that FEPA agrees to comply with confidentiality, privacy, and data security obligations similar to those imposed on FEPAs with Worksharing Agreements.

## 9.  BURDEN ESTIMATE

Comments regarding the burden associated with the collection of [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 data under the Paperwork Reduction Act (PRA),[61] including suggestions for reducing burden, may be submitted at any time to either the EEOC or the Office of Management and Budget (OMB) at the following mailing addresses:

---

[60] Please note that applications submitted to EEOC field offices or other offices within EEOC headquarters will *not* be considered.

[61] The full text of the OMB regulations on the PRA may be found at 5 CFR Part 1320.

[SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Data Collection        OMB Control Number: 3046-0008
Instruction Booklet        Expiration Date: [TO BE INSERTED BY EEOC UPON ISSUANCE BY OMB]

**U.S. Equal Employment Opportunity Commission (EEOC)**
**Attention: Office of Enterprise Data and Analytics (OEDA)**
**131 M Street NE**
**Washington, DC 20507**

OR

**Paperwork Reduction Act (3046-0008)**
**Office of Management and Budget**
**Washington, DC 20503**

FOR OMB REVIEW AND PUBLIC COMMENT ONLY

[SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Data Collection Instruction Booklet

OMB Control Number: 3046-0008
Expiration Date: [TO BE INSERTED BY EEOC UPON ISSUANCE BY OMB]

# APPENDIX A: RACE AND ETHNICITY CATEGORIES

## A.1    DEFINITIONS OF RACE AND ETHNICITY CATEGORIES[62]

### A.1.1    Hispanic or Latino

A person of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin regardless of race.

### A.1.2    White

A person having origins in any of the original peoples of Europe, the Middle East, or North Africa.

### A.1.3    Black or African American

A person having origins in any of the black racial groups of Africa.

### A.1.4    Native Hawaiian or Other Pacific Islander

A person having origins in any of the peoples of Hawaii, Guam, Samoa, or other Pacific Islands.

### A.1.5    Asian

A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian Subcontinent, including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam.

### A.1.6    American Indian or Alaska Native

A person having origins in any of the original peoples of North and South America (including Central America), and who maintain tribal affiliation or community attachment.

### A.1.7    Two or More Races

All persons who identify with more than one of the above five races (White, Black or African American, Native Hawaiian or Other Pacific Islander, Asian, American Indian or Alaska Native). For the purposes of this group, identifying as Hispanic or Latino and only one of the listed 5 race groups does NOT qualify.

---

[62] Please note that on March 28, 2024, OMB published revisions, the first since 1997, to its Statistical Policy Directive No. 15:  Standards for Maintaining, Collecting, and Presenting Federal Data on Race and Ethnicity." See https://spd15revision.gov/. The revisions include, for example, using a single combined race and ethnicity question and adding Middle Eastern or North African (MENA) as a new minimum reporting category. Federal agencies, including the EEOC, are required to bring their data collections into compliance with these standards by March 28, 2029. Because the EEOC's current EEO-4 PRA clearance expires January 31, 2025, the agency is not proposing updates to its collection of race and ethnicity data under this Notice in order to provide filers with sufficient notice of the revised standards and to give the EEOC sufficient time to implement the revisions across its EEO collections.

## A.2    INSTRUCTIONS FOR ASSIGNING EMPLOYEES INTO THE RACE/ETHNICITY CATEGORIES

### A.2.1    Hispanic or Latino

Include all employees who answer "YES" to the question, "Are you Hispanic or Latino?" in the appropriate category for both males and females as indicated.

### A.2.2    White (Not Hispanic or Latino)

Include all employees who identify as White and no other race, and who did not answer "YES" to the question "Are you Hispanic or Latino?" for both males and females as indicated in the appropriate category.

### A.2.3    Black or African American (Not Hispanic or Latino)

Include all employees who identify as Black or African American and no other race, and who did not answer "YES" to the question "Are you Hispanic or Latino?" for both males and females as indicated in the appropriate category.

### A.2.4    Native Hawaiian or Other Pacific Islander (Not Hispanic or Latino)

Include all employees who identify as Native Hawaiian or Other Pacific Islander and no other race, and who did not answer "YES" to the question "Are you Hispanic or Latino?" for both males and females as indicated in the appropriate category.

### A.2.5    Asian (Not Hispanic or Latino)

Include all employees who identify as Asian and no other race, and who did not answer "YES" to the question "Are you Hispanic or Latino?" for both males and females as indicated in the appropriate category.

### A.2.6    American Indian or Alaska Native (Not Hispanic or Latino)

Include all employees who identify as American Indian or Alaska Native and no other race, and who did not answer "YES" to the question "Are you Hispanic or Latino?" for both males and females as indicated in the appropriate category.

### A.2.7    Two or More Races (Not Hispanic or Latino)

Include all employees who identify with more than one of the above five races, and who did not answer "YES" to the question "Are you Hispanic or Latino?" for both males and females as indicated in the appropriate category.

FOR OMB REVIEW AND PUBLIC COMMENT ONLY

# APPENDIX B: DEFINITIONS

**"Account Holder"** refers to an individual who has access to the *EEO-4 Online Filing System (OFS)* via a user account associated with their email address.

**"Certifying Official"** refers to the official (i.e., employee) designated by a state or local government to certify the state or local government's EEO-4 report submission to the EEOC. The "Certifying Official" will certify to the following statement within the *OFS*: "*I certify that the information, including any workforce demographic data, provided in this report is correct and true to the best of my knowledge and was prepared in conformity with the directions set forth in the form and accompanying instructions*." Below this statement, the EEOC provides written notice to the "Certifying Official" that "[k]nowingly and willfully false statements on this report are punishable by law, US Code, Title 18, Section 1001." The individual serving as the "Certifying Official" *must* be an official (i.e., employee) of the state or local government.

**"Commission"** refers to the U.S. Equal Employment Opportunity Commission (EEOC).

**"*EEO-4 Online Filing System (OFS)*"** refers to the web-based application (i.e., portal) used to electronically collect EEO-4 data by the EEOC.

**"Employee"** means an individual employed by a political jurisdiction who is on the payroll of that jurisdiction, regardless of the source of the funds by which the employee is paid. For purposes of the EEO-4 data collection, the term "employee" shall not include any person elected to public office in any State or political subdivision of any State by the qualified voters thereof, or any person chosen by such officer to be on such officer's personal staff, or an appointee on the policy making level or an immediate adviser with respect to the exercise of the constitutional or legal powers of the office. The exemption set forth in the preceding sentence shall not include employees subject to the civil service laws of a State government, governmental agency, or political subdivision.

**"Full-Time Staff"** refer to persons employed on a full-time basis *during the pay period that includes June 30th of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]), except for certain exempted elected and appointed officials.[63] If an employee is employed on a full-time basis by the state or local government but assigned to one or more departments on a part-time basis in each, that employee must be reported as a Full-Time Staff in this section.

Additionally:

- Full-Time New Hires must also be included (i.e., counted) in the Full-Time Staff section if they were employed on a full-time basis *during the pay period that*

---

[63] See the definition of "Employee" for more details.

*includes June 30th of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]) and otherwise meet the requirements of this definition.

- Every Full-Time employee employed *during the pay period that includes June 30th of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]) must be accounted for in one and only one of the listed functions.
- Full-Time Trainees should be considered Full-Time Staff.
- When employees receive separate salaries or payments from two or more state or local governments *during the pay period that includes June 30th of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]), but work full-time for one, those employees should be counted as Full-Time employees by the state or local government for which they work full-time. Additionally, those employees' annual salaries, to the extent possible, should reflect their total earnings from all state and local governments from which they are paid.
- When a Full-Time employee is employed in more than one function *during the pay period that includes June 30th of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]), the employee should be reported for the function that accounts for most of the employee's work time.[64]

**"My State or Local Government List"** refers to a screen in the *EEO-4 Online Filing System (OFS)* that lists the state or local government associated with a user account.

**"New Account Holders"** refers to account holders created as part of the current reporting year's data collection.

**"Full-Time New Hires"** refer to persons who were hired for the first time or rehired after a break in service for Full-Time employment by a particular state or local government and who appear on the payroll between July 1, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC], and June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC], except for certain exempted elected and appointed officials.[65] Do not report as a Full-Time New Hire an employee who has been on sabbatical or any other type of leave that is not considered a break in service as a Full-Time New Hire. Additionally, employees with a change in job category or a promotion should not be reported as Full-Time New Hires. Please note that Full-Time New Hires must also be included (i.e., counted) as Full-Time Staff if they were employed on a full-time basis *during the pay period that includes June 30 of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]) and otherwise meet the requirements of the definition of Full-Time Staff.

---

[64] If the employee spends the exact same time performing two or more functions, report the employee in the most critical function.

[65] See the definition of "Employee" for more details.

FOR OMB REVIEW AND PUBLIC COMMENT ONLY

**"OEDA (Office of Enterprise Data and Analytics)"** refers to the office within the EEOC which administers the agency's EEO data collections, including the EEO-4.

**"OFS"** is an abbreviated reference to the *"EEO-4 Online Filing System."*

**"Other Than Full-Time Staff"** are persons employed *during the pay period that includes June 30th of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]), except for certain exempted elected and appointed officials,[66] who:

- are not already included in the Full-Time Staff section, and
- are usually engaged for less than the regular full-time work week.[67]

Other Than Full-Time Staff include, but are not limited to, the following: (1) daily or hourly employees usually engaged for less than the regular full-time work week; (2) temporary employees who work on a seasonal basis (whether part-time or full-time) or are hired for the duration of a particular job or operation, including public employment programs; and (3) intermittent employees. If an employee is employed on a full-time basis by the state or local government but assigned to one or more functions on a part-time basis in each, that employee must be reported as Full-Time Staff.

Additionally:

- When employees are employed Other Than Full-Time by different state or local governments *during the pay period that includes June 30th of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]), they should be reported as Other Than Full-Time employees of the separate state and local governments.
- Employees who are employed Other Than Full-Time by different state or local governments *during the pay period that includes June 30th of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]) for a specified temporary appointment, such as a public employment program, must be considered Other Than Full-Time Staff.
- When an Other Than Full-Time employee is employed in more than one function *during the pay period that includes June 30 of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]), the employee should be reported for the function that accounts for most of the employee's work time.[68]

**"Point of Contact"** refers to an individual designated by the state or local government to receive communications from the EEOC. The EEOC strongly encourages state and local

---

[66] See the definition of "Employee" for more details.
[67] See the definition of "Employee" for more details.
[68] If the employee spends the exact same time performing two or more functions, report the employee in the most critical function.

[SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Data Collection Instruction Booklet
OMB Control Number: 3046-0008
Expiration Date: [TO BE INSERTED BY EEOC UPON ISSUANCE BY OMB]

governments to include more than one individual as a point of contact to ensure the state or local government receives critical notifications.

**"Primary Point of Contact (POC) for EEO-4 Reporting"** refers to the individual designated within the *EEO-4 Online Filing System (OFS)* as the "Primary Point of Contact (POC) for EEO-4 Reporting" (i.e., "Primary POC") for receiving communications from the EEOC regarding the report. In addition to a "Certifying Official," state and local governments must provide a "Primary POC." State and local governments may choose the same individual to serve as both the state or local government's "Certifying Official" and the "Primary POC." Alternatively, a state or local government may provide a different individual to be its "Primary POC." However, the "Certifying Official" ***must*** be an employee of the state or local government.

**"Registration ID"** refers to a unique, alphanumeric, eight-character identifier that corresponds to a state or local government in the *EEO-4 Online Filing System (OFS)*.

**"Returning Users"** refers to EEO-4 account holders who had a user account during a previous reporting year (i.e., data collection).

**"State or Local Government Dashboard"** refers to a screen in the *EEO-4 Online Filing System (OFS)* that displays a particular state or local government's details, shows the various actions and milestones required to complete the EEO-4 report, and makes reports from previous data collections available.

**"Workforce Snapshot Period"** refers to the pay period that includes June 30th of the reporting year (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]). Workforce demographic data (i.e., employee data by job category and by sex, salary band, and race or ethnicity) must include all Full-Time Staff ***and*** Other Than Full-Time Staff who were employed during the pay period that includes June 30th of the reporting year (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]). The EEO-4 report separately captures Full-Time New Hires who were hired for the first time or rehired after a break in service for Full-Time employment by a state or local government and who appear on the payroll between July 1, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC], and June 30, [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]. Please note that Full-Time New Hires must also be included (i.e., counted) as Full-Time Staff if they were employed on a full-time basis *during the pay period that includes June 30 of the reporting year* (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]) and otherwise meet the requirements of the definition of Full-Time Staff.

Employees must be counted by job category and by sex, salary band, and race or ethnicity. Each employee must be counted in ***only one*** of the job category, sex, salary band, and race or ethnicity classifications. If an employee was employed during the selected workforce snapshot period, then the state or local government must include the employee in its reporting even if the employee resigned or was terminated during or ***after*** the

selected workforce snapshot period. If the employee was employed at any time during the selected workforce snapshot period, then the employee must be reported. A state or local government is not required to report employees who were *not* employed at any time during the selected workforce snapshot period.

FOR OMB REVIEW AND PUBLIC COMMENT ONLY

OMB Control Number: 3046-0008
Expiration Date: [TO BE INSERTED BY EEOC UPON ISSUANCE BY OMB]

# APPENDIX C: JOB CATEGORIES

The job categories used by the EEOC for purposes of EEO-4 reporting are found below. Any examples shown below are illustrative and not intended to be exhaustive of all titles in job category.

**Officials – Administrators:** Occupations in which employees set broad policies, exercise overall responsibility for execution of these policies, direct individual departments or special phases of the agency's operations, or provide specialized consultation on a regional, district or area basis. Includes: department heads, bureau chiefs, division chiefs, directors, deputy directors, controllers, wardens, superintendents, sheriffs, police and fire chiefs and inspectors, examiners (bank, hearing, motor vehicle, warehouse), inspectors (construction, building, safety, rent-and-housing, fire, ABC Board, license, dairy, livestock, transportation), assessors, tax appraisers and investigators, coroners, farm managers, and kindred workers.

**Professionals:** Occupations which require specialized and theoretical knowledge which is usually acquired through college training or through work experience and other training which provides comparable knowledge. Includes: personnel and labor relations workers, social workers, doctors, psychologists, registered nurses, economists, dietitians, lawyers, systems analysts, accountants, engineers, employment and vocational rehabilitation counselors, teachers or instructors, police and fire captains and lieutenants, librarians, management analysts, airplane pilots and navigators, surveyors and mapping scientists, and kindred workers.

**Technicians:** Occupations which require a combination of basic scientific or technical knowledge and manual skill which can be obtained through specialized post-secondary school education or through equivalent on-the-job training. Includes: computer programmers, drafters, survey and mapping technicians, licensed practical nurses, photographers, radio operators, technical illustrators, highway technicians, technicians (medical, dental, electronic, physical sciences), police and fire sergeants, inspectors (production or processing inspectors, testers, and weighers), and kindred workers.

**Protective Service:** Occupations in which workers are entrusted with public safety, security, and protection from destructive forces. Includes: police patrol officers, firefighters, guards, deputy sheriffs, bailiffs, correctional officers, detectives, marshals, harbor patrol officers, game and fish wardens, park rangers (except maintenance), and kindred workers.

**Paraprofessionals:** Occupations in which workers perform some of the duties of a professional or technician in a supportive role, which usually require less formal training and/or experience normally required for professional or technical status. Such positions may fall within an identified pattern of staff development and promotion under a New Careers concept. Includes: research assistants, medical aides, child support workers,

38

[SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Data Collection Instruction Booklet

OMB Control Number: 3046-0008
Expiration Date: [TO BE INSERTED BY EEOC UPON ISSUANCE BY OMB]

policy auxiliary welfare service aides, recreation assistants, homemaker aides, home health aides, library assistants and clerks, ambulance drivers and attendants, and kindred workers.

**Administrative Support:** Occupations in which workers are responsible for internal and external communication, recording and retrieval of data and/or information and other paperwork required in an office. Includes: bookkeepers, messengers, clerk-typists, stenographers, court transcribers, hearing reporters, statistical clerks, dispatchers, license distributors, payroll clerks, office machine and computer operators, telephone operators, legal assistants, sales workers, cashiers, toll collectors, and kindred workers.

**Skilled Craft:** Occupations in which workers perform jobs which require special manual skill and a thorough and comprehensive knowledge of the process involved in the work which is acquired through on-the-job training and experience or through apprenticeship or other formal training programs. Includes: mechanics and repairers, electricians, heavy equipment operators, stationary engineers, skilled machining occupations, carpenters, compositors and typesetters, power plant operators, water and sewage treatment plant operators, and kindred workers.

**Service – Maintenance:** Occupations in which workers perform duties which result in or contribute to the comfort, convenience, hygiene, or safety of the general public or which contribute to the upkeep and care of buildings, facilities, or grounds of public property. Workers in this group may operate machinery. Includes: chauffeurs, laundry and dry-cleaning operatives, truck drivers, bus drivers, garage laborers, custodial employees, gardeners and groundskeepers, refuse collectors, construction laborers, park rangers (maintenance), farm workers (except managers), craft apprentices/ trainees/helpers, and kindred workers.

**Service – Maintenance:** Occupations in which workers perform duties which result in or contribute to the comfort, convenience, hygiene, or safety of the general public or which contribute to the upkeep and care of buildings, facilities, or grounds of public property. Workers in this group may operate machinery. Includes: chauffeurs, laundry and dry-cleaning operatives, truck drivers, bus drivers, garage laborers, custodial employees, gardeners and groundskeepers, refuse collectors, construction laborers, park rangers (maintenance), farm workers (except managers), craft apprentices/ trainees/helpers, and kindred workers.

[SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Data Collection
Instruction Booklet

OMB Control Number: 3046-0008
Expiration Date: [TO BE INSERTED BY EEOC UPON ISSUANCE BY OMB]

# APPENDIX D: SALARY BANDS

Beginning with the [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 data collection, the EEOC updated the salary bands for purposes of EEO-4 reporting to keep pace with inflation and account for an increasing portion of employees falling into the highest salary bands. The EEOC reviewed several other federal data collections of salaries and wages and determined that the Bureau of Labor Statistics' Occupational Employment and Wage Statistics (OEWS) program most closely aligns with the EEO-4.

When employees are not paid on an annual basis, their regular earnings in the payroll period that includes June 30th of the reporting year (i.e., [SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC]) must be expressed in terms of an annual salary. All special increments of an employee's annual salary which are regular and recurrent should be included. Overtime pay should not be included.

| TABLE 2 – UPDATED SALARY BANDS FOR EEO-4 | | |
|---|---|---|
| **Interval** | **Wages** | |
| | **Annual** | **Hourly** |
| Range A | Under $19,240 | Under $9.25 |
| Range B | $19,240 to $24,959 | $9.25 to $11.99 |
| Range C | $24,960 to $32,239 | $12.00 to $15.49 |
| Range D | $32,240 to $41,079 | $15.50 to $19.74 |
| Range E | $41,080 to $53,039 | $19.75 to $25.49 |
| Range F | $53,040 to $68,119 | $25.50 to $32.74 |
| Range G | $68,120 to $87,359 | $32.75 to $41.99 |
| Range H | $87,360 to $112,319 | $42.00 to $53.99 |
| Range I | $112,320 to $144,559 | $54.00 to $69.49 |
| Range J | $144,560 to $186,159 | $69.50 to $89.49 |
| Range K | $186,160 to $239,199 | $89.50 to $114.99 |
| Range L | $239,200 and over | $115.00 and over |

[SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Data Collection    OMB Control Number: 3046-0008
Instruction Booklet                                    Expiration Date: [TO BE INSERTED BY EEOC UPON ISSUANCE BY OMB]

# APPENDIX E: EEO-4 FUNCTIONS

1. **Financial Administration:** Tax billing and collection, budgeting, purchasing, central accounting and similar financial administration carried on by a treasurer's, auditor's, or comptroller's office; and **General Control**: Duties usually performed by boards of supervisors or commissioners, central administration offices and agencies, central personnel or planning agencies, all judicial offices and employees (judges, magistrates, bailiffs, et al.)

2. **Streets and Highways:** Maintenance, repair, construction and administration of streets, alleys, sidewalks, roads, highways, and bridges.

3. **Public Welfare:** Maintenance of homes and other institutions for the needy; administration of public assistance. (Hospitals should be reported under Function number 7 below).

4. **Police Protection:** Duties of a police department sheriff's, constable's, coroner's office, etc. Including technical and clerical employees engaged in police activities.

5. **Fire Protection:** Duties of the uniformed fire force and its clerical employees. (Report any forest fire protection activities in Function number 6 below).

6. **Natural Resources:** Agriculture, forestry, forest fire protection, irrigation drainage, flood control, etc.; and **Parks and Recreation:** Provision, maintenance and operation of parks, playgrounds, swimming pools, auditoriums, museums, marinas, zoos, etc.

7. **Hospitals**: Operation and maintenance of institutions for inpatient medical care.

8. **Health**: Provision of public health services, outpatient clinics, visiting nurses, food and sanitary inspections, mental health, alcohol rehabilitation service, etc. (Hospitals should be reported under Function number 7).

9. **Housing**: Code enforcement, low rent public housing, fair housing ordinance enforcement, housing for elderly, housing rehabilitation, rent control.

10. **Community Development**: Planning, zoning, land development, open space, beautification, preservation.

11. **Corrections**: Jails, reformatories, detention homes, halfway houses, prisons, parole and probation activities.

12. **Utilities and Transportation**: Includes water supply, electric power, transit, gas, airports, water transportation and terminals.

[SPECIFIC REPORTING YEAR WILL BE INSERTED BY EEOC] EEO-4 Data Collection Instruction Booklet

OMB Control Number: 3046-0008
Expiration Date: [TO BE INSERTED BY EEOC UPON ISSUANCE BY OMB]

13. **Sanitation and Sewage**: Street cleaning, garbage and refuse collection and disposal. Provision, maintenance and operation of sanitary and storm sewer systems and sewage disposal plants.

14. **Employment Security**: State governments only.

15. **Other**: Any function not included in Functions 1 – 14.

FOR OMB REVIEW AND PUBLIC COMMENT ONLY

# APPENDIX F: SAMPLE EEO-4 REPORT

### *NOTICE:*

### *SAMPLE* EEO-4 Report

This is a "sample" EEO-4 report generated by the EEOC's *EEO-4 Online Filing System (OFS)*. Filers are **not** permitted to submit EEO-4 workforce demographic data using this sample. The EEOC requires electronic submission of an EEO-4 report through the *OFS*, the agency's web-based data collection application (i.e., portal). The *OFS* is accessible at [LINK WILL BE INSERTED BY EEOC FOR EACH DATA COLLECTION YEAR].

The EEOC will only accept EEO-4 reports submitted and certified through the *OFS*. The EEOC will **not** accept reports submitted via paper or through other non-*OFS* electronic means (e.g., email, CD-ROM). The EEOC will consider filers submitting reports outside of the *OFS* to be non-compliant for purposes of their mandatory EEO-4 filing obligation.

FOR OMB REVIEW AND

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>20YY STATE AND LOCAL GOVERNMENT INFORMATION REPORT (EEO-4) | EEOC Form 164<br>Revised: MM/20YY<br>OMB Control Number: 3046-0008<br>Expiration: MM/DD/20YY |
| --- | --- |

### SECTION A: STATE AND LOCAL GOVERNMENT IDENTIFICATION

| REGISTRATION ID | NAME OF POLITICAL JURISDICTION |
| --- | --- |
| [REG_ID] | [Name of Political Jurisdiction] |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| [Address 1]<br>[Address 2] | [City] | [State] | [ZIP] |

### SECTION B: TYPE OF GOVERNMENT (Check one box only)

☐ State    ☐ County    ☐ City    ☐ Township    ☐ Special District    ☐ Other (specify): [TYPE_OTH]

### SECTION C: ELIGIBILITY

☐ YES (Eligible to File)    ☐ No (Total Staff)    ☐ No (Consolidated)    ☐ No (Closed)    ☐ No (Other-Specify): [REASON_OTH]

### SECTION D: FUNCTIONS

| | | | |
| --- | --- | --- | --- |
| ☐ | 1. **FINANCIAL ADMINISTRATION:** Tax billing and collection, budgeting, purchasing, central accounting and similar financial administration carried on by a treasurer's, auditor's, or comptroller's office. – AND – **GENERAL CONTROL:** Duties usually performed by boards of supervisors or commissioners, central administration offices and agencies, central personnel or planning agencies, all judicial offices and employees (judges, magistrates, bailiffs, et al.) | ☐ | 7. **HOSPITALS:** Operation and maintenance of institutions for inpatient medical care. |
| | | ☐ | 8. **HEALTH:** Provision of public health services, outpatient clinics, visiting nurses, food and sanitary inspections, mental health, alcohol rehabilitation service, etc. |
| | | ☐ | 9. **HOUSING:** Code enforcement, low rent public housing, fair housing ordinance enforcement, housing for elderly, housing rehabilitation, rent control. |
| ☐ | 2. **STREETS AND HIGHWAYS:** Maintenance, repair, construction and administration of streets, alleys, sidewalks, roads, highways, and bridges. | ☐ | 10. **COMMUNITY DEVELOPMENT:** Planning, zoning, land development, open space, beautification, preservation. |
| ☐ | 3. **PUBLIC WELFARE:** Maintenance of homes and other institutions for the needy; administration of public assistance. (Hospitals should be reported under Function 7.) | ☐ | 11. **CORRECTIONS:** Jails, reformatories, detention homes, halfway houses, prisons, parole and probation activities. |
| ☐ | 4. **POLICE PROTECTION:** Duties of a police Department, sheriff's, constable's, coroner's office, etc. Including technical and clerical employees engaged in police activities. | ☐ | 12. **UTILITIES AND TRANSPORTATION:** Includes water supply, electric power, transit, gas, airports, water transportation and terminals. |
| ☐ | 5. **FIRE PROTECTION:** Duties of the uniformed fire force and clerical employees. (Note: Forest fire protection activities should be reported under Function 6.) | ☐ | 13. **SANITATION AND SEWAGE:** Street cleaning, garbage and refuse collection and disposal. Provision, maintenance and operation of sanitary and storm sewer systems and sewage disposal plants. |
| ☐ | 6. **NATURAL RESOURCES:** Agriculture, forestry, forest fire protection, irrigation drainage, flood control, etc. – AND – **PARKS AND RECREATION:** Provision, maintenance and operation of parks, playgrounds, swimming pools, auditoriums, museums, marinas, zoos, etc. | ☐ | 14. **EMPLOYMENT SECURITY:** State governments only. |
| | | ☐ | 15. **OTHER** (Specify): _____ |

### SECTION E: OFFICIAL CERTIFICATION OF SUBMISSION

**CERTIFICATION COMMENTS**
(optional)

[CERT_COMM]

**CERTIFICATION STATEMENT**

I certify that the information, including any workforce demographic data, provided in this report is correct and true to the best of my knowledge and was prepared in conformity with the directions set forth in the form and accompanying instructions.

Knowingly and willfully false statements on this report are punishable by law, US Code, Title 18, Section 1001

**DATE OF CERTIFICATION**

[CERT_DATE]

**GOVERNMENT CERTIFYING OFFICIAL**

| NAME | TITLE |
| --- | --- |
| [CERT_OFF_NAME] | [CERT_OFF_TITLE] |

| EMAIL | TELEPHONE NUMBER |
| --- | --- |
| [CERT_OFF_EMAIL] | [CERT_OFF_TEL] |

**PRIMARY POINT OF CONTACT (POC) FOR EEO-4 REPORTING**

| NAME | TITLE |
| --- | --- |
| [POC_NAME] | [POC_TITLE] |

SAMPLE – DO NOT FILE

| | EMAIL [POC_EMAIL] | | | TELEPHONE NUMBER [POC_TEL] | |

## SECTION F: EMPLOYMENT DATA — Consolidated Report

REGISTRATION ID **[REG_ID]**

NAME OF POLITICAL JURISDICTION **[Name of Political Jurisdiction]**

| Job Category | | Annual Salary | Hispanic or Latino | | Not Hispanic or Latino — Male | | | | | | Not Hispanic or Latino — Female | | | | | | Row Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | |
| **FULL-TIME STAFF (PAY PERIOD THAT INCLUDES JUNE 30, 20YY)** | | | | | | | | | | | | | | | | | |
| OFFICIAL – ADMINISTRATORS | 1. | $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2. | $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 3. | $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 4. | $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 5. | $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 6. | $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 7. | $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 8. | $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 9. | $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 10. | $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 11. | $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 12. | $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PROFESSIONALS | 13. | $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 14. | $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 15. | $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 16. | $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 17. | $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 18. | $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 19. | $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 20. | $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 21. | $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 22. | $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 23. | $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 24. | $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TECHNICIANS | 25. | $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 26. | $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 27. | $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 28. | $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 29. | $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 30. | $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 31. | $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 32. | $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 33. | $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 34. | $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 35. | $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 36. | $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PROTECTIVE SERVICE | 37. | $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 38. | $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 39. | $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 40. | $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 41. | $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 42. | $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 43. | $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 44. | $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 45. | $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 46. | $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 47. | $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 48. | $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

SAMPLE - DO NOT FILE

| SECTION F: EMPLOYMENT DATA | | Consolidated Report | |
|---|---|---|---|

REGISTRATION ID: [REG_ID]

NAME OF POLITICAL JURISDICTION: [Name of Political Jurisdiction]

| JOB CATEGORY | ANNUAL SALARY | Hispanic or Latino | | Not Hispanic or Latino — Male | | | | | | Not Hispanic or Latino — Female | | | | | | Row Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Male | Female | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | |
| **FULL-TIME STAFF (PAY PERIOD THAT INCLUDES JUNE 30, 20YY)** | | | | | | | | | | | | | | | | |
| PARAPROFESSIONALS | 49. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 50. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 51. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 52. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 53. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 54. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 55. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 56. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 57. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 58. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 59. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 60. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ADMINISTRATIVE SUPPORT | 61. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 62. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 63. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 64. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 65. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 66. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 67. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 68. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 69. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 70. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 71. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 72. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SKILLED CRAFT | 73. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 74. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 75. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 76. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 77. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 78. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 79. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 80. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 81. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 82. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 83. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 84. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SERVICE - MAINTENANCE | 85. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 86. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 87. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 88. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 89. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 90. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 91. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 92. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 93. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 94. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 95. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 96. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL FULL TIME (LINES 1 – 96)** | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

SAMPLE - DO NOT FILL

| SECTION F: EMPLOYMENT DATA | | Consolidated Report |
|---|---|---|

SAMPLE - DO NOT FILL

REGISTRATION ID
[REG_ID]

NAME OF POLITICAL JURISDICTION
[Name of Political Jurisdiction]

| JOB CATEGORY | ANNUAL SALARY | Hispanic or Latino | | Not Hispanic or Latino | | | | | | | | | | | | Row Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Male | | | | | | Female | | | | | | |
| | | Male | Female | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | |
| **OTHER THAN FULL-TIME STAFF (PAY PERIOD THAT INCLUDES JUNE 30, 20YY)** | | | | | | | | | | | | | | | | |
| 97.  OFFICIALS – ADMINISTRATORS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 98.  PROFESSIONALS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99.  TECHNICIANS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 100. PROTECTIVE SERVICE | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 101. PARAPROFESSIONALS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 102. ADMINISTRATIVE SUPPORT | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 103. SKILLED CRAFT | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 104. SERVICE – MAINTENANCE | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL OTHER THAN FT (LINES 97 – 104)** | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **FULL-TIME NEW HIRES (JULY 1, 20YY – JUNE 30, 20YY)** | | | | | | | | | | | | | | | | |
| 105. OFFICIALS – ADMINISTRATORS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 106. PROFESSIONALS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 107. TECHNICIANS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 108. PROTECTIVE SERVICE | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 109. PARAPROFESSIONALS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 110. ADMINISTRATIVE SUPPORT | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 111. SKILLED CRAFT | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 112. SERVICE – MAINTENANCE | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL NEW HIRES (LINES 105 – 112)** | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**DEPARTMENTS/AGENCIES INCLUDED IN THIS FUNCTION REPORT**

Not applicable (Consolidated Report)

**DEPARTMENTS/AGENCIES NOT INCLUDED IN THIS FUNCTION REPORT**

Not applicable (Consolidated Report)

**REMARKS ABOUT THIS FUNCTION REPORT**

Not applicable (Consolidated Report)

| SECTION F: EMPLOYMENT DATA | | | | | Function # – [Name of Function] | | | | | | | | | | |

**REGISTRATION ID:** [REG_ID]

**NAME OF POLITICAL JURISDICTION:** [Name of Political Jurisdiction]

| JOB CATEGORY | ANNUAL SALARY | Hispanic or Latino | | Not Hispanic or Latino | | | | | | | | | | | | Row Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Male | | | | | | Female | | | | | | |
| | | Male | Female | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | |
| **FULL-TIME STAFF (PAY PERIOD THAT INCLUDES JUNE 30, 20YY)** | | | | | | | | | | | | | | | | |
| OFFICIAL – ADMINISTRATORS | 1. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 3. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 4. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 5. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 6. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 7. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 8. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 9. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 10. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 11. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 12. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PROFESSIONALS | 13. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 14. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 15. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 16. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 17. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 18. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 19. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 20. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 21. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 22. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 23. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 24. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TECHNICIANS | 25. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 26. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 27. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 28. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 29. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 30. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 31. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 32. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 33. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 34. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 35. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 36. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PROTECTIVE SERVICE | 37. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 38. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 39. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 40. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 41. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 42. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 43. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 44. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 45. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 46. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 47. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 48. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

SAMPLE - DO NOT FILL

| SECTION F: EMPLOYMENT DATA | | Function # – [Name of Function] | | | | | | | | | | | | | |

SAMPLE - DO NOT FILL

| JOB CATEGORY | ANNUAL SALARY | Hispanic or Latino | | Not Hispanic or Latino | | | | | | | | | | | Row Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Male | | | | | | Female | | | | | |
| | | Male | Female | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | |
| FULL-TIME STAFF (PAY PERIOD THAT INCLUDES JUNE 30, 20YY) | | | | | | | | | | | | | | | |
| PARAPROFESSIONALS | 49. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 50. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 51. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 52. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 53. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 54. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 55. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 56. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 57. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 58. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 59. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 60. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ADMINISTRATIVE SUPPORT | 61. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 62. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 63. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 64. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 65. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 66. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 67. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 68. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 69. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 70. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 71. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 72. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SKILLED CRAFT | 73. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 74. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 75. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 76. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 77. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 78. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 79. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 80. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 81. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 82. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 83. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 84. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SERVICE - MAINTENANCE | 85. $1 - $19,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 86. $19,240 - $24,959 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 87. $24,960 - $32,239 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 88. $32,240 - $41,079 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 89. $41,080 - $53,039 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 90. $53,040 - $68,119 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 91. $68,120 - $87,359 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 92. $87,360 - $112,319 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 93. $112,320 - $144,559 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 94. $144,560 - $186,159 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 95. $186,160 - $239,199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 96. $239,200 and over | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL FULL TIME (LINES 1 – 96) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

REGISTRATION ID [REG_ID]

NAME OF POLITICAL JURISDICTION [Name of Political Jurisdiction]

| SECTION F: EMPLOYMENT DATA | | Function # – [Name of Function] |

| REGISTRATION ID [REG_ID] | NAME OF POLITICAL JURISDICTION [Name of Political Jurisdiction] |

| JOB CATEGORY | ANNUAL SALARY | Hispanic or Latino | | Not Hispanic or Latino — Male | | | | | | Not Hispanic or Latino — Female | | | | | | Row Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Male | Female | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | White | Black or African American | Asian | Native Hawaiian or Other Pacific Islander | American Indian or Alaska Native | Two or More Races | |
| **OTHER THAN FULL-TIME STAFF (PAY PERIOD THAT INCLUDES JUNE 30, 20YY)** | | | | | | | | | | | | | | | | |
| 97. OFFICIALS – ADMINISTRATORS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 98. PROFESSIONALS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99. TECHNICIANS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 100. PROTECTIVE SERVICE | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 101. PARAPROFESSIONALS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 102. ADMINISTRATIVE SUPPORT | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 103. SKILLED CRAFT | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 104. SERVICE – MAINTENANCE | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL OTHER THAN FT (LINES 97 – 104)** | | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **FULL-TIME NEW HIRES (JULY 1, 20YY – JUNE 30, 20YY)** | | | | | | | | | | | | | | | | |
| 105. OFFICIALS – ADMINISTRATORS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 106. PROFESSIONALS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 107. TECHNICIANS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 108. PROTECTIVE SERVICE | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 109. PARAPROFESSIONALS | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 110. ADMINISTRATIVE SUPPORT | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 111. SKILLED CRAFT | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 112. SERVICE – MAINTENANCE | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL NEW HIRES (LINES 105 – 112)** | | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |

**DEPARTMENTS/AGENCIES INCLUDED IN THIS FUNCTION REPORT**

[REMARKS]

**DEPARTMENTS/AGENCIES NOT INCLUDED IN THIS FUNCTION REPORT**

[REMARKS]

**REMARKS ABOUT THIS FUNCTION REPORT**

[REMARKS]

SAMPLE - DO NOT FILL