**From:** Eric &lt;nelsontelco@gmail.com&gt;
**Sent:** Thursday, July 23, 2026 6:56 AM
**To:** RID_ECF_INTAKE
**Subject:** Filing of Motion for Judicial Notice and Exhibits A–C — Nelson v. Town of South Kingstown, C.A. No. 1:26-cv-00352-MRD-AEM
**Attachments:** PLAINTIFF'S MOTION FOR JUDICIAL NOTICE OF THE FEDERAL EEO-4 REPORTING AND RECORDKEEPING REGULATORY FRAMEWORK, EEOC FORM 164, AND THE JULY 23, 2026 NOTICE OF PROPOSED RULEMAKING.pdf; Exhibit_B_29_CFR_1602_30_to_37.pdf; Exhibit_A_Federal_Register_NPRM.pdf; Exhibit_C_EEOC_Form_164_and_Instructions.pdf

**Categories:** Being Worked on CH

CAUTION - EXTERNAL:

Clerk of the Court:

Attached herewith for filing and docketing in the above-captioned civil action are the following documents:

1. Plaintiff's Motion for Judicial Notice of the Federal EEO-4 Reporting and Recordkeeping Regulatory Framework, EEOC Form 164, and the July 23, 2026 Notice of Proposed Rulemaking;
2. Proposed Order;
3. Exhibit A — Equal Employment Opportunity Commission, *Removal of Reporting Requirements*, 91 Fed. Reg. 46,332–46,349 (July 23, 2026), RIN 3046-AB37;
4. Exhibit B — the presently operative provisions of 29 C.F.R. §§ 1602.30–1602.37 governing EEO-4 record creation, retention, and reporting obligations; and
5. Exhibit C — EEOC Form 164, the State and Local Government Information Report, together with the official EEO-4 instructions.

The Motion and supporting exhibits are submitted as a consolidated filing package. The exhibits are expressly incorporated into and cited throughout the Motion in support of the requested judicial notice.

Please docket the Motion, Proposed Order, and Exhibits A through C in C.A. No. 1:26-cv-00352-MRD-AEM. Kindly advise once the materials have been accepted and entered upon the docket, or if any additional procedural submission is required.

Respectfully submitted,

Michael Eric Nelson
Plaintiff, Pro Se
nelsontelco@gmail.com

--
Michael Nelson
702-WEB-3434

Please consider the environment before printing this email

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.