**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

Michael Eric Nelson v. Town of South Kingstown, et al.

Civil Action No. 1:26-cv-00352-MRD-AEM

# EXHIBIT A

## EXECUTED AFFIDAVIT OF SERVICE

## DEFENDANT ADAM JACOB SHOLES

Personal service effected July 21, 2026 at 9:54 a.m.

Proof Job #1905004 | Serve #SRV-EDBNGW9

Affidavit executed July 27, 2026

The following three pages reproduce the process server's executed Affidavit of Service and its photographic exhibit.

# UNITED STATES DISTRICT COURT

for the
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **Michael Eric Nelson** | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:26-cv-00352-MRD- |
| | ) AEM |
| | ) |
| **Town of South Kingstown; Ursillo, Teitz & Ritch, Ltd.;** | ) |
| **Michael A. Ursillo; Andrew M. Teitz; Scott A. Ritch;** | ) |
| **Adam J. Sholes; John and Jane Does 1-27** | ) |
| | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Gary Tantimonaco, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Adam Jacob Sholes in Providence County, RI on July 21, 2026 at 9:54 am at 311A Danielson Pike, North Scituate, RI 02857 by personal service by handing the following documents to an individual identified as Adam Jacob Sholes.

SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT, EXHIBIT(S)

Additional Description:
Served Mr. Sholes at his place of employment, Rhode Island State Police Headquarters, 311 A Danielson Pike, North Scituate, RI 02857.
Race: White, Sex: Male, Est. Age: 45-54, Hair: Black, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=41.8321911246,-71.6042521969
Photograph: See Exhibit 1

Total Cost: $124.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Providence County                    ,

    RI       on    7/27/2026        .

/s/ *Gary Tantimonaco*
_____
Signature
Gary Tantimonaco
+1 (401) 999-8500

