**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**MICHAEL ERIC NELSON,**
  *Plaintiff,*

v.

**TOWN OF SOUTH KINGSTOWN; URSILLO, TEITZ & RITCH, LTD.; MICHAEL A. URSILLO; ANDREW M. TEITZ; SCOTT A. RITCH; ADAM J. SHOLES; JOHN AND JANE DOES 1-27,**
  *Defendants.*

Civil Action No.
1:26-cv-00352-MRD-AEM

**PLAINTIFF'S NOTICE OF EXECUTED SERVICE UPON**
**DEFENDANT ADAM JACOB SHOLES**

Plaintiff Michael Eric Nelson, proceeding pro se, respectfully files this Notice of Executed Service pursuant to Federal Rule of Civil Procedure 4(l)(1) and Local Rule LR Cv 5.1(a), and gives notice that Defendant Adam Jacob Sholes has been personally served with process in this action.

1.  On July 21, 2026, at 9:54 a.m., process server Gary Tantimonaco personally served Defendant Adam Jacob Sholes in Providence County, Rhode Island, at 311A Danielson Pike, North Scituate, Rhode Island 02857, by hand-delivering the service documents to an individual identified as Adam Jacob Sholes.

2.  The executed Affidavit of Service states that the documents served were the Summons in a Civil Action, the First Amended Complaint, and exhibit(s).

3.  The Affidavit further states that service was effected at Defendant Sholes's place of employment, identified therein as Rhode Island State Police Headquarters, 311A Danielson Pike, North Scituate, Rhode Island 02857.

4.  The process server declared under penalty of perjury under the laws of the United States that the facts stated in the Affidavit were true and correct, and executed the Affidavit in Providence County, Rhode Island, on July 27, 2026.

5.  A true copy of the executed Affidavit of Service, Proof Job #1905004 / Serve #SRV-EDBNGW9, including its photographic exhibit, is attached hereto and submitted as Exhibit A.

Accordingly, Plaintiff respectfully requests that the Clerk docket the attached executed proof of service as proof that Defendant Adam Jacob Sholes was personally served on July 21, 2026.

Dated: July 27, 2026

Respectfully submitted,

/s/ Michael Eric Nelson
**MICHAEL ERIC NELSON**
Plaintiff, Pro Se
33 Hartford Ave
South Kingstown, RI 02879
Telephone: (702) 932-3434

## CERTIFICATE OF SERVICE

I certify that on July 27, 2026, I submitted the foregoing document for filing with the Clerk of Court. Upon docketing in the Court's CM/ECF system, the filing will be available for viewing and downloading from CM/ECF, and notice of the filing and electronic service will be transmitted by operation of the CM/ECF system to all counsel and parties of record registered to receive CM/ECF electronic notice.

/s/ Michael Eric Nelson
**MICHAEL ERIC NELSON**
Plaintiff, Pro Se
33 Hartford Ave
South Kingstown, RI 02879
Telephone: (702) 932-3434

Civil Action No. 1:26-cv-00352-MRD-AEM