| | |
|---|---|
| **From:** | Eric <nelsontelco@gmail.com> |
| **Sent:** | Monday, July 27, 2026 10:38 AM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Fwd: Filing for Docketing – Notice of Executed Service Upon Defendant Adam Jacob Sholes – Nelson v. Town of South Kingstown, et al., No. 1:26-cv-00352-MRD-AEM |
| **Attachments:** | Corrected_Notice_of_Executed_Service_Adam_Jacob_Sholes_With_Certificate.pdf; Corrected_Exhibit_A_Executed_Proof_of_Service_Adam_Jacob_Sholes.pdf |

**CAUTION - EXTERNAL:**

# Dear Clerk of Court:

Please accept the attached filing for docketing in the above-captioned matter:

**Michael Eric Nelson v. Town of South Kingstown; Ursillo, Teitz & Ritch, Ltd.; Michael A. Ursillo; Andrew M. Teitz; Scott A. Ritch; Adam J. Sholes; and John and Jane Does 1–27**
Civil Action No. **1:26-cv-00352-MRD-AEM**

Attached is Plaintiff's **Notice of Executed Service Upon Defendant Adam Jacob Sholes**, together with **Exhibit A, the executed Affidavit and Proof of Service**.

1

The executed proof reflects that Defendant Adam Jacob Sholes was personally served on **July 21, 2026, at 9:54 a.m.**, at **311A Danielson Pike, North Scituate, Rhode Island 02857**, with the Summons in a Civil Action, First Amended Complaint, and accompanying exhibits.

Plaintiff respectfully requests that the attached Notice and Exhibit A be filed and entered upon the docket in the above-captioned action.

Please advise should the Clerk require any additional documentation or information concerning this submission.

Respectfully submitted,

**Michael Eric Nelson**
Plaintiff, Pro Se
33 Hartford Ave
South Kingstown, RI 02879
Telephone: (702) 932-3434

-

Michael Nelson

702-WEB-3434

Please consider the environment before printing this email

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

--
Michael Nelson
702-WEB-3434

Please consider the environment before printing this email

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.