UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL ERIC NELSON
    *Plaintiff*

v.

URSILLO, TEITZ & RITCH, LTD.;    C.A. No. 1:26-cv-00352-MRD-AEM
MICHAEL A. URSILLO; ANDREW M.
TEITZ; SCOTT A. RITCH; ADAM J.
SHOLES, TOWN OF SOUTH
KINGSTOWN, and JANE AND JOHN
DOES 1-27
    *Defendants*

## NOTICE OF APPEARANCE

    I, Marc DeSisto, Esq. (#2757), hereby enter my appearance on behalf of Defendant, Town

of South Kingstown in the above-captioned matter.


        Defendant,
        By its Attorney,

        */s/ Marc DeSisto*
        Marc DeSisto, Esq. (#2757)
        DeSisto Law LLC
        4 Richmond Square, Suite 500
        Providence, RI 02906
        (401) 272-4442
        marc@desistolaw.com

## CERTIFICATION OF SERVICE

    I hereby certify that the within document has been electronically filed with the Court on this 28th day of July 2026 and is available for viewing and downloading from the ECF system. I have also caused a copy to be sent via regular mail to the following on this 28th day of July 2026.

    Michael Eric Nelson
    33 Hartford Avenue
    South Kingstown, RI 02879

        */s/ Marc DeSisto*