UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL E. NELSON
    *Plaintiff*

v.

URSILLO, TEITZ & RITCH LTD;       C.A. No. 1:26-cv-00352-MRD-AEM
MICHAEL A. URSILLO; ANDREW M.
TEITZ; SCOTT A. RITCH; ADAM J.
SHOLES;  TOWN  OF  SOUTH
KINGSTOWN; and JANE AND JOHN
DOES 1-27
    *Defendants*

## **<u>NOTICE OF APPEARANCE</u>**

I, Sarah D. Boucher, Esq. (#10272), hereby enter my appearance on behalf of Defendant

Town of South Kingstown in the above-captioned matter.

Defendant,
Town of South Kingstown,
By its Attorney,

*/s/ Sarah D. Boucher*
Sarah D. Boucher, Esq. (#10272)
DeSisto Law LLC
4 Richmond Square, Suite 500
Providence, RI 02906
(401) 272-4442
sarah@desistolaw.com

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that the within document has been electronically filed with the Court on this 28th day of July 2026 and is available for viewing and downloading from the ECF system. I have also caused a copy to be sent via regular mail to the following on this 28th day of July 2026.

Michael Eric Nelson
33 Hartford Avenue
South Kingstown, RI 02879

*/s/ Sarah D. Boucher*