MICHAEL E. NELSON
    *Plaintiff*

v.

URSILLO, TEITZ & RITCH LTD;      C.A. No. 1:26-cv-00352-MRD-AEM
MICHAEL A. URSILLO; ANDREW M.
TEITZ; SCOTT A. RITCH; ADAM J.
SHOLES; TOWN OF SOUTH
KINGSTOWN; and JANE AND JOHN
DOES 1-27
    *Defendants*

## **DEFENDANTS' MOTION TO DISMISS IN LIEU OF ANSWER**

Now come the Defendants, Ursillo, Teitz & Ritch Ltd., Michael A. Ursillo, Andrew M. Teitz, Scott

A. Ritch, Adam J. Sholes, and Town of South Kingstown, and hereby move to dismiss Plaintiff's

Complaint, in lieu of answer, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

The Defendants submit a memorandum of law, attached and incorporated herein, in support of the

instant Motion.

        Respectfully submitted,

        Defendant,
        Town of South Kingstown,
        By its Attorneys,

        */s/ Marc DeSisto*
        */s/ Sarah D. Boucher*
        Marc DeSisto, Esq. (#2757)
        Sarah D. Boucher, Esq. (#10272)
        DeSisto Law LLC
        4 Richmond Square, Suite 500
        Providence, RI 02906
        (401) 272-4442
        marc@desistolaw.com
        sarah@desistolaw.com

Defendants,
Ursillo, Teitz & Ritch LTD, Michael A Ursillo,
Andrew M. Teitz, Scott A. Ritch, and Adam Sholes,
By their Attorney,

/s/ *Peter Skwirz*
Peter F. Skwirz, Esq. #8809
URSILLO, TEITZ & RITCH, LTD.
2 Williams Street
Providence, RI 02903-2918
Tel (401) 331-2222
Fax (401) 751-5257
peteskwirz@utrlaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 28th day of July 2026 and is available for viewing and downloading from the ECF system. I have also caused a copy to be sent via regular mail to the following on this 28th day of July 2026.

Michael Eric Nelson
33 Hartford Avenue
South Kingstown, RI 02879

/s/ *Marc DeSisto*