| | |
|---|---|
| **From:** | Eric <nelsontelco@gmail.com> |
| **Sent:** | Wednesday, July 29, 2026 6:38 AM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Nelson v. Town of South Kingstown, No. 1:26-cv-00352-MRD-AEM — Plaintiff's Motion for Filing |
| **Attachments:** | PLAINTIFF'S MOTION FOR ORDER DEEMING COUNSEL'S JULY 28, 2026 FILING AN APPEARANCE FOR EACH IDENTIFIED DEFENDANT, REQUIRING DESIGNATION OF LEAD COUNSEL PURSUANT TO LR GEN 206(c), REQUIRING COMPLIANCE WITH FED. R. CIV. P. 7.1, AND CLARIFYING .pdf |

**CAUTION - EXTERNAL:**


Dear Clerk of Court:

Please accept for filing in the above-captioned matter the attached:

**PLAINTIFF'S MOTION FOR ORDER DEEMING COUNSEL'S JULY 28, 2026 FILING AN APPEARANCE FOR EACH IDENTIFIED DEFENDANT, REQUIRING DESIGNATION OF LEAD COUNSEL PURSUANT TO LR GEN 206(c), REQUIRING COMPLIANCE WITH FED. R. CIV. P. 7.1, AND CLARIFYING COUNSEL OF RECORD**

**Case:** Michael E. Nelson v. Town of South Kingstown, et al.
**Case No.:** 1:26-cv-00352-MRD-AEM

I am submitting the foregoing Motion in my capacity as Plaintiff, proceeding pro se.

The Motion concerns the July 28, 2026 filing made on behalf of the Defendants and respectfully requests clarification of counsel of record, designation of lead counsel pursuant to D.R.I. LR Gen 206(c), and, as applicable, compliance by Defendant Ursillo, Teitz & Ritch, Ltd. with Federal Rule of Civil Procedure 7.1.

Please docket the attached Motion in the above-captioned action. I would appreciate confirmation of receipt and notification should the Clerk's Office identify any administrative or filing deficiency requiring correction.

Thank you for your assistance.

Respectfully,

Michael Eric Nelson
Plaintiff, Pro Se

33 Hartford Avenue

South Kingstown, Rhode Island 02879

\--

Michael Nelson

702-WEB-3434

Please consider the environment before printing this email

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.