| | |
|---|---|
| **From:** | Eric <nelsontelco@gmail.com> |
| **Sent:** | Wednesday, July 29, 2026 5:48 PM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Subject: Nelson v. Town of South Kingstown, No. 1:26-cv-00352-MRD-AEM — Plaintiff's Motion Regarding Curative Service of Process |
| **Attachments:** | Plaintiff_Motion_Curative_Service_Town_of_South_Kingstown_WITH_EXHIBIT_A.pdf |

CAUTION - EXTERNAL:

Dear Clerk of Court:

Please accept for filing in the above-captioned matter the attached:

PLAINTIFF'S MOTION FOR ORDER PERMITTING AND DIRECTING CURATIVE SERVICE OF PROCESS UPON DEFENDANT TOWN OF SOUTH KINGSTOWN PURSUANT TO FED. R. CIV. P. 4(j)(2), FOR REISSUANCE OF SUMMONS IF NECESSARY, AND FOR EXTENSION OF TIME TO CURE ANY SERVICE DEFECT

The filing is submitted as a single PDF and includes Exhibit A, consisting of the July 1, 2026 AO 440 summons and the returned proof of service reflecting the July 27, 2026 service attempt.

Plaintiff does not request oral argument or an evidentiary hearing.

Please docket the attached Motion in C.A. No. 1:26-cv-00352-MRD-AEM. I would appreciate confirmation of receipt and notification if the Clerk's Office identifies any administrative filing deficiency requiring correction.

Respectfully,

Michael Eric Nelson
Plaintiff, Pro Se
33 Hartford Avenue
South Kingstown, Rhode Island 02879
702-WEB-3434
nelsontelco@gmail.com

--
Michael Nelson
702-WEB-3434

Please consider the environment before printing this email

1

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.