**PLAINTIFF'S EMERGENCY EXPEDITED MOTION FOR PRESERVATION ORDER AND FOR LEAVE TO CONDUCT NARROWLY TAILORED EARLY DISCOVERY CONCERNING THE CREATION, EXPORT, AND UPLOAD OF BACKDATED APRA-1280 PDF IN CLOSE TEMPORAL PROXIMITY TO SERVICE ON ADAM J. SHOLES**

## <u>INDEX OF EXHIBITS:</u>

EXHIBIT A:   Copy of the return of service upon Adam Jacob Sholes screen capture

EXHIBIT B:  Portal screenshot, download record, notification, demonstrating the July 21

EXHIBIT C:  The exact PDF downloaded or obtained by Plaintiff - 21 July PDF to APRA 1280

EXHIBIT D:  DECLARATION of Michael Eric Nelson

EXHIBIT E:   Forensic Report on 21 July PDF
APRA-1280_response_Updated_Tue_Jul_21_2026_14-25-08.pdf

EXHIBIT F:  Object Stream Hashes to 21 July PDF APRA 1280

EXHIBIT G: Original APRA 1280 Denial Letter from 6 April 2026 (Facially dated 6 April and uploaded on 6 April 2026 at approximately 0850am)

Exhibit H:  First and Second Conferral Attempts with Defendant Adam Sholes via email

## <u>Attachments:</u>

Attachment 1:  **PROPOSED LIMITED EARLY DISCOVERY with Requests for Production**

Attachment 2:  **PLAINTIFF'S PROPOSED LIMITED EARLY INTERROGATORIES**

Attachment 3:  **PROPOSED SUBJECTS FOR NARROWLY TAILORED RULE 45 DISCOVERY**