# EXHIBIT

# A

**PLAINTIFF'S EMERGENCY EXPEDITED MOTION FOR PRESERVATION ORDER AND FOR LEAVE TO CONDUCT NARROWLY TAILORED EARLY DISCOVERY CONCERNING THE CREATION, EXPORT, AND UPLOAD OF THE APRA-1280 PDF IN CLOSE TEMPORAL PROXIMITY TO SERVICE ON ADAM J. SHOLES**

**Copy of the return of service upon Adam Jacob Sholes screen capture (5 pages)**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

Michael Eric Nelson v. Town of South Kingstown, et al.

Civil Action No. 1:26-cv-00352-MRD-AEM

# EXHIBIT A

## EXECUTED AFFIDAVIT OF SERVICE

### DEFENDANT ADAM JACOB SHOLES

Personal service effected July 21, 2026 at 9:54 a.m.

Proof Job #1905004 | Serve #SRV-EDBNGW9

Affidavit executed July 27, 2026

The following three pages reproduce the process server's executed Affidavit of Service and its photographic exhibit.

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF RHODE ISLAND

**Michael Eric Nelson**

| | |
|---|---|
| *Plaintiff* | ) ) ) |
| v. | ) ) Civil Action No. 1:26-cv-00352-MRD- ) AEM |
| **Town of South Kingstown; Ursillo, Teitz & Ritch, Ltd.; Michael A. Ursillo; Andrew M. Teitz; Scott A. Ritch; Adam J. Sholes; John and Jane Does 1-27** | ) ) ) ) ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Gary Tantimonaco, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Adam Jacob Sholes in Providence County, RI on July 21, 2026 at 9:54 am at 311A Danielson Pike, North Scituate, RI 02857 by personal service by handing the following documents to an individual identified as Adam Jacob Sholes.

SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT, EXHIBIT(S)

Additional Description:
Served Mr. Sholes at his place of employment, Rhode Island State Police Headquarters, 311 A Danielson Pike, North Scituate, RI 02857.
Race: White, Sex: Male, Est. Age: 45-54, Hair: Black, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=41.8321911246,-71.6042521969
Photograph: See Exhibit 1

Total Cost: $124.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Providence County_____,

___RI_____ on ___7/27/2026_____.

/s/ *Gary Tantimonaco*
_____
Signature
Gary Tantimonaco
+1 (401) 999-8500

Exhibit 1a)



# EXHIBIT

# A

**EMERGENCY REQUEST FOR EXPEDITED RELIEF (INSTANTER)**

**PLAINTIFF'S EMERGENCY EXPEDITED MOTION FOR PRESERVATION ORDER AND FOR LEAVE TO CONDUCT NARROWLY TAILORED EARLY DISCOVERY CONCERNING THE CREATION, EXPORT, AND UPLOAD OF THE APRA-1280 PDF IN CLOSE TEMPORAL PROXIMITY TO SERVICE ON ADAM J. SHOLES**

Copy of the return of service upon Adam Jacob Sholes screen capture (1 page)

# Attempts

Expand all

**Attempt 1 by Gary Tantimonaco - Saturday, July 18, 2026 at 12:27 PM**  ⊘ Unsuccessful ⌄
30 Azalea Ct, Cranston, RI 02921-1418

**Attempt 2 by Gary Tantimonaco - Tuesday, July 21, 2026 at 9:54 AM**  ⊘ Success ⌃
311A Danielson Pike, North Scituate, RI 02857

| | |
|---|---|
| Server | Gary Tantimonaco |
| Date | Tuesday, July 21, 2026 at 9:54 AM |
| Address | 311A Danielson Pike, North Scituate, RI 02857 |
| Geolocation | 41.832191, -71.604252 |
| Service type | Personal |
| Description | Served Mr. Sholes at his place of employment, Rhode Island State Police Headquarters, 311 A Danielson Pike, North Scituate, RI 02857. |
| Served documents | SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT, EXHIBIT(S) |
| Physical description | Race: White, Male, est. age 45-54, glasses: Unknown, Black hair, 180 lbs to 200 lbs, 5' 6" to 5' 9" |
| Photos | |