# EXHIBIT

# B

**EMERGENCY REQUEST FOR EXPEDITED RELIEF (INSTANTER)**

**PLAINTIFF'S EMERGENCY EXPEDITED MOTION FOR PRESERVATION ORDER AND FOR LEAVE TO CONDUCT NARROWLY TAILORED EARLY DISCOVERY CONCERNING THE CREATION, EXPORT, AND UPLOAD OF THE APRA-1280 PDF IN CLOSE TEMPORAL PROXIMITY TO SERVICE ON ADAM J. SHOLES**

A portal screenshot, download record, notification, demonstrating the July 21 (1 page)



## Town of South Kingstown, RI

My Account    Search    👤 Michael ▾

**APRA 1280 Denial Letter.pdf**

Denial Letter

APRA 1280 Denial Lette…

Uploaded on Apr 6, 2026 at 8:50 am

**Open file**

**APRA-1280 response Updated.pdf**

APRA-1280 response U…

Uploaded on Jul 21, 2026 at 2:25 pm

**Open file**

**Add attachment**