# EXHIBIT

# D

**EMERGENCY REQUEST FOR EXPEDITED RELIEF (INSTANTER)**

**PLAINTIFF'S EMERGENCY EXPEDITED MOTION FOR PRESERVATION ORDER AND FOR LEAVE TO CONDUCT NARROWLY TAILORED EARLY DISCOVERY CONCERNING THE CREATION, EXPORT, AND UPLOAD OF THE APRA-1280 PDF IN CLOSE TEMPORAL PROXIMITY TO SERVICE ON ADAM J. SHOLES**

EXHIBIT D:  DECLARATION of Michael Eric Nelson  (1 page)

# DECLARATION OF MICHAEL ERIC NELSON

I, Michael Eric Nelson, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Plaintiff in this action.
2. On July 21, 2026, Defendant Adam J. Sholes was served in this action at approximately 9:54 a.m. at 311 Danielson Pike, North Scituate, Rhode Island, see Exhibit A.
3. Attached as Exhibit A is a true and correct copy of the return of service screen capture and affidavit of service with date and time.
4. Later on July 21, 2026, I observed or received notice that a document concerning the Town of South Kingstown APRA Request No. 1280 had been made available through the OpenGov platform.
5. Attached as Exhibit B is a true and correct copy of the portal notice, screenshot, download record, or other record showing the document's availability and filename.
6. I downloaded or obtained the PDF attached as Exhibit C.
7. I preserved the file without intentionally editing or resaving it.
8. The SHA-256 hash calculated for the preserved file is:

36ed14ac8369383f2d7d197744aaf51fe0e9bc70c4705fc4104c90ae184ddcba

9. **The document is facially dated April 6, 2026.**
10. I caused the document to be submitted for preliminary technical examination.
11. I understand that the technical findings do not conclusively identify the document's author or establish when its underlying text was initially drafted and/or edited.
12. I submit this declaration to establish the chronology within my personal knowledge and to authenticate the records I personally received, observed, downloaded, and preserved.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed on July 27, 2026, in South Kingstown, Rhode Island.

Michael Eric Nelson