# EXHIBIT

# E

**EMERGENCY REQUEST FOR EXPEDITED RELIEF (INSTANTER)**

**PLAINTIFF'S EMERGENCY EXPEDITED MOTION FOR PRESERVATION ORDER AND FOR LEAVE TO CONDUCT NARROWLY TAILORED EARLY DISCOVERY CONCERNING THE CREATION, EXPORT, AND UPLOAD OF THE APRA-1280 PDF IN CLOSE TEMPORAL PROXIMITY TO SERVICE ON ADAM J. SHOLES**

## EXHIBIT E:   Forensic Report on 21 July PDF

APRA-1280_response_Updated_Tue_Jul_21_2026_14-25-08.pdf

FORENSIC PDF METADATA AND STRUCTURE REPORT
File: APRA-1280_response_Updated_Tue_Jul_21_2026_14-25-08.pdf
Analysis date: 2026-07-22

EXECUTIVE FINDING
The strongest internal evidence establishes that this specific PDF file was generated/exported on July 21, 2026 at 2:24:29 p.m. Eastern Daylight Time (UTC-04:00), not on the visible face date of April 6, 2026. The same timestamp appears independently in both the PDF Info dictionary and the XMP metadata stream. The PDF creation and modification times are identical.

The filename contains "Updated_Tue_Jul_21_2026_14-25-08", which is 39 seconds after the embedded creation time. A filename is not intrinsic PDF metadata and may have been assigned by a portal, browser, download process, or user. The suffix "(2)" is consistent with duplicate-download or duplicate-file naming and is not evidence of a second document revision.

IMPORTANT LIMITATION
This establishes the creation/export time of this PDF instance. It does not conclusively establish when the underlying Word document or letter text was first drafted. The PDF metadata is not digitally signed and can be altered. The original DOCX, portal audit logs, email headers, server records, or a digitally signed timestamp would be needed to authenticate the drafting chronology independently.

VISIBLE DATE VERSUS FILE DATE
Visible letter date: April 6, 2026
Internal PDF creation: July 21, 2026 14:24:29 UTC-04:00
Internal PDF modification: July 21, 2026 14:24:29 UTC-04:00
Difference: 106 calendar days after the visible date

METADATA
Author: John
Creator: Microsoft Word for Microsoft 365
Producer: Microsoft Word for Microsoft 365
PDF version: 1.7
Pages: 2
Page size: 612 x 792 points (US Letter)

2

Language: en
Tagged PDF: yes
Encrypted: no
Linearized/optimized for fast web view: no
Document title metadata: absent
Subject metadata: absent
Keywords metadata: absent
Company metadata: absent
Source DOCX filename/path: not embedded
Last-saved-by field: not embedded
Original Word creation date: not embedded
Word revision number/total editing time/template: not embedded

IDENTIFIERS
XMP DocumentID: uuid:31917620-0D6D-4E35-9931-F305E545C58B
XMP InstanceID: uuid:31917620-0D6D-4E35-9931-F305E545C58B
PDF trailer ID bytes: 207691316D0D354E9931F305E545C58B

The trailer ID is the same GUID encoded in Microsoft/Windows byte
ordering for the first GUID fields. The DocumentID and InstanceID
being identical is consistent with an initial export rather than a
later content-level XMP save, but it is not cryptographic proof.

AUTHOR ATTRIBUTION
The only personal-name metadata is "John" in the PDF Author field and
XMP dc:creator field. This may derive from the Microsoft Office user
profile, source document properties, or a template. It is not a
digital signature and does not prove which individual wrote, approved,
or transmitted the letter.

INCREMENTAL REVISION / APPENDED DATA
The file contains two %%EOF markers and two startxref markers.

Revision 1 length: 161,205 bytes
Full file length: 161,387 bytes
Appended block: 182 bytes

The appended 182-byte block contains only an empty cross-reference
section and trailer pointer:
  xref

```
0 0
trailer
... /Prev 159747 /XRefStm 159342 ...
```

No PDF objects, page content, metadata, image, font, annotation, or visible text were added or replaced in the appended block. A pixel comparison between revision 1 and the full file found zero changed pages and 0.0% changed pixels. This is a structural/compatibility append, not evidence of a substantive visible edit. The append itself contains no timestamp.

EMBEDDED CONTENT AND ACTIVE FEATURES
Embedded files/attachments: none
AcroForm fields: none
JavaScript: none
OpenAction: none
Additional actions: none
Optional-content layers: none
Digital signatures: none
Comments/sticky-note annotations: none
Outlines/bookmarks: none

One link annotation is present:
  Type: URI link
  Target: mailto:nelsontelco@gmail.com
  Page: 1

No hidden or invisible text was identified. Text spans were fully opaque and located within the page boundaries. There was no text-rendering mode 3, no optional-content layer, and no off-page text detected. The only non-black visible text is the blue email hyperlink.

EMBEDDED IMAGE
One raster image is embedded on page 1:
  Content: Town seal/logo
  Dimensions: 231 x 231 pixels
  Color: DeviceRGB with grayscale soft mask/alpha
  Nominal resolution: 200 x 200 ppi
  Decoded RGB stream SHA-256:
34b3323864a7473b3c6dfa8918bc1d09481a691e2f9413c2004a4326e53de862

Alpha-mask stream SHA-256:
9b4597ff18946e59e59a2750f63014de42b4338e16cf81830ab4e3963dee3499

FONTS
Embedded subset fonts:
  Times New Roman Regular, version 7.11
  Times New Roman Bold, version 7.11
  Times New Roman Italic, version 7.11
  A CID/Unicode Times New Roman regular subset

The font metadata identifies Monotype/Microsoft font resources. It
does not identify the author or a specific computer.

ACCESSIBILITY / STRUCTURAL DATA
The file is tagged and contains a structure tree with paragraph, link,
span, document, header/footer, note, and related role mappings. It
contains no alternate text or hidden authorial notes that identify an
additional person. Viewer preference DisplayDocTitle is enabled, but
no title metadata is present.

CRYPTOGRAPHIC HASHES
Full uploaded PDF:
  SHA-256:
36ed14ac8369383f2d7d197744aaf51fe0e9bc70c4705fc4104c90ae184ddcba
  SHA-512:
b27771edaad6757e5d155fd362b980704cf4946377ad3457ea9936cadd90a881069a7f
2ef0c1a41b6bd52f543ccc94e5431aa560d9232ec588b9c5fe1ff0e65a
  MD5: c7eba96ac5eb607ccba0198cff1f1f9b

First revision through first %%EOF:
  SHA-256:
26fa88d4bbed4f554b41f05258414211e18b151f2c50aac15167353881f4323c

Appended 182-byte structural block:
  SHA-256:
caa7762f09744435ee4276117ba83dc5871626cb6a0fd4f4118d5df9b1df2324

FORENSIC CONCLUSION

The most defensible conclusion is that the particular PDF supplied for examination was exported from Microsoft Word for Microsoft 365 on July 21, 2026 at 2:24:29 p.m. EDT. Its face date of April 6, 2026 describes the date printed in the letter, not the PDF file-creation date. The file was then subject to a 182-byte non-substantive cross-reference append, and its filename suggests a naming or portal event at approximately 2:25:08 p.m., 39 seconds after export. The PDF contains no digital signature or authenticated timestamp, so the underlying text's original drafting date and the human identity of its author cannot be conclusively proven from this PDF alone.

## FORENSIC EXAMINATION REPORT - APRA-1280 PDF

Scope
-----
Examined exact uploaded bytes of:
APRA-1280_response_Updated_Tue_Jul_21_2026_14-25-08.pdf
Size: 161,387 bytes
PDF: 1.7, 2 pages

Cryptographic hashes of uploaded file
----------------------------------------
MD5:      c7eba96ac5eb607ccba0198cff1f1f9b
SHA-1:    1c2a0184781a46f80922ae91d92a7b08aaa93108
SHA-256:
36ed14ac8369383f2d7d197744aaf51fe0e9bc70c4705fc4104c90ae184ddcba
SHA-512:
b27771edaad6757e5d155fd362b980704cf4946377ad3457ea9936cadd90a881069a7f
2ef0c1a41b6bd52f543ccc94e5431aa560d9232ec588b9c5fe1ff0e65a
BLAKE2b:
f41f049768d0cd0f717bc1cb8b7e136b6fbd887b4270cf16f1c83b20af1b3884d7283c
e49a1a2c0d83f2f6553b76db3c2cd87db8866840fdc03fd19dfbab32ae

Document metadata
-----------------
Author: John

```
Creator: Microsoft® Word for Microsoft 365
Producer: Microsoft® Word for Microsoft 365
CreationDate: D:20260721142429-04'00' (July 21, 2026 2:24:29 PM EDT)
ModDate:      D:20260721142429-04'00' (July 21, 2026 2:24:29 PM EDT)
XMP CreateDate: 2026-07-21T14:24:29-04:00
XMP ModifyDate: 2026-07-21T14:24:29-04:00
XMP DocumentID: uuid:31917620-0D6D-4E35-9931-F305E545C58B
XMP InstanceID: uuid:31917620-0D6D-4E35-9931-F305E545C58B
Trailer ID: 207691316D0D354E9931F305E545C58B (both ID array entries)
```

ID consistency note
-------------------
The trailer ID is the little-endian byte representation of the same UUID carried in XMP. This is internally consistent with a single Microsoft-generated identifier.

Incremental revision analysis
-----------------------------
PyMuPDF reports 2 PDF versions. Raw bytes contain 2 startxref markers, 2 %%EOF markers, and 1 /Prev pointer.
First revision size: 161,205 bytes
First revision SHA-256:
26fa88d4bbed4f554b41f05258414211e18b151f2c50aac15167353881f4323c
Final appended segment: 182 bytes
Append SHA-256:
caa7762f09744435ee4276117ba83dc5871626cb6a0fd4f4118d5df9b1df2324

The appended segment contains only an empty xref section (0 0) and trailer referencing the prior xref and existing XRefStm. It contains no new or changed indirect object.

Comparison of first revision vs final
-------------------------------------
Extracted text SHA-256 is identical:
b816ecea18d606bd279fcfa49232c3a9342066d1a985c45e49dc54cc32b9967f
Rendered page 1 SHA-256 identical:
93a890c7840f8b36fce58272caa2142c390f80981fdad9ca2d838015bf8fecfb
Rendered page 2 SHA-256 identical:
d34fc56827a6540f594e90a396966181a15de8b32a87824f8ac67eb082311e82
Pixel comparison: 0 changed pages; 0.0% changed pixels on each page.

Conclusion: the 182-byte incremental append did not alter visible content or extracted text.

Security / active-content findings
----------------------------------
Digital signatures: none
Encryption: none
Embedded files: none
AcroForm: none
JavaScript: none reported
Annotation: one mailto link on page 1 to nelsontelco@gmail.com

Embedded resources
------------------
Page 1 content stream xref 4 SHA-256:
422f17bf7048fc2d08fe5b442552ec9566552fd346e36d4994c081a4a7a675e8
Town seal image xref 9 extracted PNG SHA-256:
e0c08682a8c24da468480175ef39b0d2221c0f06847a842543929a917e9c377e
Page 2 content stream xref 20 SHA-256:
7e836ab2a61a997009757d1d831580ec6a0cbcc532d4a44038ae06993c9350f9
XMP metadata xref 62 SHA-256:
8edd74c9493ea1b76abeea27c73aa5ae1921b124b37e0f9b9cdc5aaa59ab6813
Full object/stream hash inventory: object_stream_hashes.csv

Forensic interpretation
-----------------------
1. The PDF's visible letter date is April 6, 2026, while both its standard Info metadata and XMP metadata state that the PDF itself was created and modified on July 21, 2026 at 2:24:29 PM EDT. This proves only the timestamp recorded in this PDF, not when the underlying prose was originally drafted.
2. The creator/producer metadata consistently identifies Microsoft Word for Microsoft 365; the file appears to be a Word-generated PDF.
3. There is no digital signature or trusted timestamp. Therefore the PDF, standing alone, cannot cryptographically authenticate the identity of the author, the governmental source, or the truth of the April 6 date.
4. The second PDF revision is a 182-byte structural append with no changed content objects. It should not be characterized as a substantive content alteration on the evidence in this file.

8

5. The SHA-256 hash above authenticates the exact bytes examined here.
A later copy with the same SHA-256 is byte-for-byte identical.
6. Stronger provenance requires an independently preserved copy from
the Town/OpenGov, email attachment, server backup, or audit log,
followed by hash comparison and, ideally, production of the source
Word document and its native metadata/version history.

Caution
-------
Metadata is probative but editable. This report is a technical
examination of the supplied file, not a representation that the file
is genuine, backdated, forged, or authored by any particular person.