# EXHIBIT

# F

**EMERGENCY REQUEST FOR EXPEDITED RELIEF (INSTANTER)**

**PLAINTIFF'S EMERGENCY EXPEDITED MOTION FOR PRESERVATION ORDER AND FOR LEAVE TO CONDUCT NARROWLY TAILORED EARLY DISCOVERY CONCERNING THE CREATION, EXPORT, AND UPLOAD OF THE APRA-1280 PDF IN CLOSE TEMPORAL PROXIMITY TO SERVICE ON ADAM J. SHOLES**

Full Object Stream Hashes Exhibit F to follow …

object_stream_hashes

| xref | is_stream | object_sha256 | object_md5 | raw_stream_len | raw_stream_sha256 | decoded_stream_len | decoded_stream_sha256 | classification |
|---|---|---|---|---|---|---|---|---|
| 1 | FALSE | 69a15e1cee209394b978ea49831d5005e92724426acf0288f6b4b22ccda1fe26 | 99523782358b69d0696201af9986af6e | | | | | Catalog |
| 2 | FALSE | 5229335ec09c8632c60a9fe769f46562b638f9ae9bc9119ccfc5a55756f1d497 | fdb926337d3adf0ca1ef5a7d1a909396 | | | | | Page; Pages |
| 3 | FALSE | 182b1d5aae1c1acdb9c9f98724e4bd14e27486649c170824464003aa03b15841 | 7fa1d58f067a2a0f052e814567444a0f | | | | | Page |
| 4 | TRUE | 014d9403b7effc3113a4f3a352da256066a5985d07af417ad31c7453a2025505 | 07aabd158500103619e4e97c6b5e41d8 | 4731 | 8b324b12e57d58ec6d3ceb72d4d84b8604c2a180faad7b02fc3ca6944795e8dd | 23600 | 422f17bf7048fc2d08fe5b442552ec9566552fd346e36d4994c081a4a7a675e8 | |
| 5 | FALSE | 3c19bd2451e57cdb4dc0f71b07ac2227a928a34f954acc2ca8ab9f4a406ba8f9 | cf18b761b2102dfbdacf94d696d20e62 | | | | | Font |
| 6 | FALSE | 3f8e5dd746cc8e9c349dedaa5bf3479de0fe0362e27b30645792987d7bdcf950 | 9bf68acb70e92c8bf8c4c8f784d60f5c | | | | | Font; Font file |
| 7 | FALSE | 76d54379f87e127c5b1909054b36aeed53ec60d867aca2968840b83c5be02f26 | adebd85fadf9a7168eadf464931ccd6a | | | | | |
| 8 | FALSE | 8f47675077e4f0fd5c0a628706b8cb1e27dcd23a964758fd18a2ca1124654218 | 7076419e7d66e9c0cee05c952a4b701d | | | | | |
| 9 | TRUE | d7953eed6fa4b127b2fb0ec3a9489af8d51015d2e78c83199ff8b632cf5fa240 | b02fbc58dbfc31fbf17a028b88698118 | 34671 | 5a175ded90dfd984aa2cf011311a231d38dd532f0475692f59aa94846dbaf00d | 160083 | 34b3323864a7473b3c6dfa8918bc1d09481a691e2f9413c2004a4326e53de862 | Image |
| 10 | TRUE | 68edeed64260c1cd931ff508249743ab759d3a1976dbfd787b0c5617b8848828 | fc4a6e9c07f543ea608d80134f0fefd3 | 21831 | 40e3b46e27a4e02b19cbb20bbb06353f9f0b6cbf5f3a46ecab4fa45f4af8bcf2 | 53361 | 9b4597ff18946e59e59a2750f63014de42b4338e16cf81830ab4e3963dee3499 | Image |
| 11 | FALSE | 7700452f63219f4c58be63449c05c024b723030ce85aee9b775c3a2c7dc39c42 | fd19481fd4412057cbe3409afdac3a46 | | | | | Link annotation |
| 12 | FALSE | ac101493f7e5cac3b68cdfb3298493f88949aa565499475b6241151b83706249 | e4437e5c6c6139a1e71bd850a0b8e1b1 | | | | | Font |
| 13 | FALSE | b2e8bf636639ea2039045d1d548e3139b1c4aaceafa3a68778d542dfd89f7aff8 | 2ace3507642941314fe71dbd4463c4bc | | | | | Font; Font file |
| 14 | FALSE | f0473aee7b1b4c45c5e2bdca5de003e52c0946d00283d7f024a63333dfeb50ce | 913b3ff25b4bb04ced4c2aec6cf9ca40 | | | | | Font |
| 15 | FALSE | 4c8fae134c2ec3aa3cdfceff01259a2c2f64c40a60b3df62f005348b5bceb52 | 2dc9f8c1e0b36e6a136e3708d07670d8 | | | | | |
| 16 | FALSE | f11b50639a2334ba18613b307bceac6b5495736deb1ffebbeb4959503 7032b7 | b0a27312bea8622baebaea3c02e2e167 | | | | | Font |
| 17 | FALSE | 0a62b238a94146e6225e7358230e260f8125f983b2c3082db1cc06373143386 | 2fddf1a4b15fcf41cf86ed5dcb8951bd | | | | | |
| 18 | FALSE | b2a348599db40bdb010d4f43659bccd74a56fbc893935805cde358c7b15fdbb0d | dc2ad915c75f0ed9d9d18799fae8486c | | | | | Font; Font file |
| 19 | FALSE | ab9038b45e084145217aa0d82d032442d66b56eea106531490808a73e07085c8 | be31c8a8f55625da4fb9d14380b8e990 | | | | | Page |
| 20 | TRUE | b1121820e1ff2c9f7dd00a1b54259f7f90d851fe52f2c33cd4cd910855d1664e | b2cfadaded70e17a08e943be6ca5dafe | 932 | 1b16d0f397be2747efed5b4001a7992db638ceeb7f8a50ef1376d9b8a6aac086 | 3594 | 7e836ab2a61a997009757d1d831580ec6a0cbcc532d4a44038ae06993c9350f9 | |
| 21 | FALSE | 373a4ca08fd6e64e303a127dd6aa064cc959af2ca7428fcb07c10f67aff78fb6 | f43c57279283ebf419b3e4143194db4f | | | | | Font |
| 22 | FALSE | 8c95d725a41793bf46c1504c81772c293ac28cc3fc61c39ee9b554a93d4ae9e1 | 0379b617d05f9748bf4d3c5527ed91be | | | | | Font; Font file |
| 23 | FALSE | 698c0340c6fb6f8132a1f183dacc989e67e28b775f552fef2c0bf74525f1054 | 82658284053ad448ae966bc49bbe9d60 | | | | | Info dictionary |
| 24 | FALSE | dcb3b0c502fa0fcc8a0761730b14d19a28949fcbee2a80f6c6055dba150bb29a | 4d07ed18a345012f66df66fcde0e437 | | | | | Structure tree |
| 25 | FALSE | 630073aab8d090df9f1603ff532e762b973602dbcbaa8e8e2fabedb2b8d760f8 | 6b20c52006ae8e510152c902aac3a5bf | | | | | |
| 26 | FALSE | 2eafd671f577b5e3a27afb56977403ca7b2fc5e8b9a26c5072569eb9332b6937 | 67b77902a277cacc2d6887227176d216 | | | | | |
| 27 | FALSE | 348228aa3a1ee296db04a45848cdf2f80baf2284d37cb64dddb7d70832b11ec0 | 9723979bf5b11c295ed605a44ee5d570 | | | | | |
| 28 | FALSE | 8db7b52a489644a95eb4b22640bb05dbdcbde8a0bc83b310496651c9738953eb | 22dd2c4ecbc2456bb6518dabc1d354d1 | | | | | |
| 29 | FALSE | efbeb0d30f36f4827bad251ca77e1eefdf83895d7100505a27d91d95f4616d4c | c7794606c20f9699280be0fbe906c2a2 | | | | | |
| 30 | FALSE | 28d246556abd8cd39c84e558a66b4dfb205591d072ec629d7ddea3767aa960ad | 907b47027f94410a66ce1a9e44dc106f | | | | | |
| 31 | TRUE | 33cd8fe003037f62e4caad6dfa9c9aea604992a3da7ccd1d030cb8fe75f7903d | 8d2c6f7aabd9f3a6582d383475 6a4fa9 | 610 | 52fde97433b87479cec0edca6e58e42bdd81197daf650cb4544ec9d8afb401de | 2120 | 58252189fc95e09ac01fbd33b7bdb323d96c0fe2377b576beadaffeb5c6e3801 | |
| 32 | FALSE | 1ec1a115e6f85e3a46b6325157e2f9504dd01d8ea23df39f0e3ededae124a335 | f336672f8b9ebfe0962caa03fa54fb16 | | | | | |
| 33 | FALSE | 9c3ef19ef414452a06ff65b3f2c6339f167aadffbd54c8e50887cb82cd08036c | 441f483a27246e3a8473ad61fb501a53 | | | | | |
| 34 | FALSE | 7d27c2ff4003bae098b3c64ef6e59313872 7f2fe38b3414d84453459c61a87be | af13f87335614cc3c9b351f95e470a67 | | | | | |
| 35 | FALSE | 4a3234030da3cb3bbd7e4a9e9f40bf8f3fed3c19e419e6c9b2bb54d2fc2daa2e | 31f3534c3069cde78f1939da03d548b3 | | | | | |
| 36 | FALSE | a0350260825ea45e8601520de3425acbe0cbd8753e46224d55c16a9f224d3887 | 758fa01e9f62b0907edea871b18a05e0 | | | | | |
| 37 | FALSE | 80006bb339e8b1ceb082794a386292eadbd1379f4c661fe141c850bdcaf2f63c | a00db5b6a47f89ed8ab372685d2dc054 | | | | | |
| 38 | FALSE | a4f35831bced3992a1e74b172e637632ef43ce9adf3b4565861f0991e8ec9d21d | a5ada06925b291cac21fff5bea238bb2 | | | | | |
| 39 | FALSE | febd76857af95ac6e677e26e0efa54e51b397cbe58962e190d42061c3103dc61 | 91548ea25918f25acb653e63d5ab9ba0 | | | | | |
| 40 | FALSE | cb297ba2c8a3e6baaf62141d83bcbf246ec69dcdcfc0988fe2419b4e74c547c | a4138cbf786f883eb353e136d8adc407 | | | | | |
| 41 | FALSE | 466f3c825a7ed211d0eee348a8d0751cdf5e0be07e32787fc9661263aa766e6d | 743b92366201114 1b7658fe23a0a5050 | | | | | |
| 42 | FALSE | 6b1d4e6e837e1bb583f20605fccac3bc805d8c39930a594a1fcc4ca350b56905 | 2a8ae25e7ffa1165568674ddfea6a475 | | | | | |
| 43 | FALSE | daa098c36f163a8e83c0789307f0b52c70cefa8d11cc8597684e3d4922604fa6 | e73aa35c5dbc6d6308a85efa49c7f104 | | | | | |
| 44 | FALSE | 7db252267d3b15075c959a48c62324bbb16bfe82cb6a0d4a40fead4b4c0d913c | b99799cab2868e64dc74faf7bc19bcd95 | | | | | |
| 45 | FALSE | 376f90120148871a115066203e43eec7527b3b91383 2aa989166e253f13d185f | 2bcca36f68be49ec8d34cc6c3c64210b | | | | | |
| 46 | FALSE | 40a786479e3cd4488a2cc41fb42d60c9bb03edde3ae9160e1aee5c74f7441d37 | b8a18c327418d18b2771a609019c475c | | | | | |
| 47 | FALSE | 270c3cd284cfc741510bfa1dd231eaa835c7ffb23c0ad3c459098757087f446 | ea26f337c779d3c0bcd880645087726d | | | | | |
| 48 | FALSE | 8a89ccb0d67a5cda548de293247dc3e4ad26af399aae872f1161af22c821749c | 483e610cb1440041e055a1b0f195977d | | | | | |
| 49 | FALSE | 701dd6e461420fccbe10ba60819a96bcfbc14685ca8a2a6a6036a9785 4125d43 | c26179c54e49b75f5879dc5dff8810bf | | | | | |
| 50 | FALSE | 83ba21920e762590 0bb59cc01a4cf429d79c3ed2b46f1cb8ca21cbdfaa19a4e7 | 6ac80e01dac00122053eb3908fce10bc | | | | | |
| 51 | FALSE | ed0a60ee0386bde9636b9ff333c816f0cc0866c3fdd67622421a1014e574c0f | 9cd1e6052afcaab553af6ee06ba734e0 | | | | | |
| 52 | FALSE | f35af29ce47fdc0eaef8864c21389186d4a38754239eba2ab22dfdd434a20903 | 19b37c7766b778c66d046adc44916668 | | | | | |
| 53 | FALSE | 3125f0605af4dac4eebd03575c27a8db224f61dad25267a6ee501133f961b526 | 6302e473e7037665894258b88d8f23dc | | | | | |
| 54 | TRUE | 9ab0bf66964ec276e76202cc41ee67717feb1dc9b113f22e7e367d9db1d63480 | 99620ce6eadf0944663097aa9812a147 | 342 | 29878f251d5de0c85991c35658b2313b896818b475b8c8c9a71f72825de95ad9 | 680 | 37a63e503d89d6edd608b6127def566718032a671f512cb936b2120518 8efd34 | |
| 55 | TRUE | b524dc2accd25498fb2e5fc0865e8448d7f295ce098e89df6f4010453dd1bff | 620bab285849da4baf9a93be5f6966ee | 50747 | ad9570a6fdd38557993 0f27d237fe36574c93d8c7456c9dc04dcecfed6468cf5 | 106516 | 396f3f0e30e7d425414b3d813e24adb2ab33a83e28cea0f98e29404f82393873 | |
| 56 | FALSE | b07fc25b1799318a4086c45f686978 1cc2abfd6502751 6fbd6b78ec0a2117ce0 | 7ac768ffea4bf2dfb42c5decb242fb1c | | | | | |
| 57 | FALSE | 6b33488d17b563d9307a895 91f872e34196b6a2b0f8b3a4f9f97aa235148e9cb | cf294fcc602b8fd2d3042c3708c6f354 | | | | | |
| 58 | FALSE | 2808071ff2a39c0cecd58362babb02a401990b6965c330c6d6cc2e7ddf24d857 | 645edb9f2dc94dfee4b1b7b415d2a8dc | | | | | |
| 59 | TRUE | 38f6ccc72fd3572ac9f30224c2d01cdbe0b348936fd5ff51b5ba9fc3ec07d974e | d2577b6bfac5aa9cefb846d1c6bf5d82 | 24458 | c682561ed53bd863496ce833c4876eab638eaf9a59d84d3c1e4fbc0eec358024 | 67904 | 643e5d2046b54f44e65f802bcbb504227d2748effa5b6bf15cf2d8ca2520f142 | |
| 60 | FALSE | 7b6e68fed5c9f7daa4fd0d7efce9961c7313add5b79dce69db3d83ecc77beac4 | 16d6397c62eef31f80713753 6b23808f | | | | | |
| 61 | TRUE | 73d9860af193f52a2301 3b9d583721173 4a642cca100f5ca11ee73b42079795f | e0c762bdd4b24747ba5ef604eca16a84 | 12449 | 5a013583 1e9896d07cfca3a61d7d1934d794d2657e59d3534b7bd6b70d44f8d7 | 45396 | 5f5f73a22f173c206d71a7cc1ff0b1f5f84b7f2c24218399ca08d232acd49d4b | |
| 62 | TRUE | c87f7cf8e10b3dcea7758e4489dd83438 2978b52f4cd7579383475d2861a0b3 | d1675c2eacd73849229dd7cfef85cef | 3080 | 8edd74c9493ea1b76abeea27c73aa5ae1921b124b37e0f9b8cdc5aaa59ab6813 | 3080 | 8edd74c9493ea1b76abeea27c73aa5ae1921b124b37e0f9b8cdc5aaa59ab6813 | XMP metadata |
| 63 | FALSE | 4681382aeb16c85bf8bd9a2de870b89c343a34836fc7216517 2d5cdf83c5889c | 2344ba50ef204735902e60cea5f967bf | | | | | |
| 64 | TRUE | 470375a12ca224471 11f9c95db1d4e72837d47495e3b0428a237fa91afeb6b2 | 69969ed39775c19701f80b7e48646b5b | 204 | 2d965f8150f2786bbd63cb3e6c90029c5df16760abcc4e7f6cfda45d9f29a0a3 | 448 | ebcce3a29a94d290622b3c6e8a6aac1242953b310ee29c15504ab2339fd39527 | XRef stream |