| From: | Eric <nelsontelco@gmail.com> |
| --- | --- |
| Sent: | Thursday, July 30, 2026 6:55 AM |
| To: | RID_ECF_INTAKE |
| Subject: | Nelson v. Town of South Kingstown, et al., C.A. No. 1:26-cv-00352-MRD-AEM — Expedited Motion and Exhibits A–H |
| Attachments: | Exhibit B.pdf; Exhibit C.pdf; Exhibit E.pdf; Exhibit D.pdf; Exhibit F.pdf; EXHIBIT A.pdf; Exhibit G.pdf; Index of Exhibits A thru H.pdf; Exhibit H.pdf; MERGED Motion Proposed Order Attachments 1-3.pdf |
| Categories: | Being Worked on CH |

CAUTION - EXTERNAL:

Dear Clerk of Court:

Please accept for presentment and filing in **Nelson v. Town of South Kingstown, et al., C.A. No. 1:26-cv-00352-MRD-AEM,** Plaintiff Michael Eric Nelson's:

**PLAINTIFF'S EMERGENCY EXPEDITED MOTION FOR PRESERVATION ORDER AND FOR LEAVE TO CONDUCT NARROWLY TAILORED EARLY DISCOVERY CONCERNING THE CREATION, EXPORT, AND UPLOAD OF BACKDATED APRA-1280 PDF IN CLOSE TEMPORAL PROXIMITY TO SERVICE ON ADAM J. SHOLES**

Together with the Motion, Plaintiff submits **Exhibits A through H** (index provided) and **Attachments 1 through 3 with proposed order all annexed to the Motion**, indexed as follows:

**INDEX OF EXHIBITS**

**EXHIBIT A:** Copy of the return of service upon Adam Jacob Sholes — screen capture.

**EXHIBIT B:** Portal screenshot, download record, notification, demonstrating the July 21 event.

**EXHIBIT C:** The exact PDF downloaded or obtained by Plaintiff — **21 July PDF to APRA 1280**.

**EXHIBIT D: DECLARATION of Michael Eric Nelson.**

**EXHIBIT E: Forensic Report on 21 July PDF** — APRA-1280_response_Updated_Tue_Jul_21_2026_14-25-08.pdf.

**EXHIBIT F: Object Stream Hashes to 21 July PDF APRA 1280.**

1

**EXHIBIT G: Original APRA 1280 Denial Letter from 6 April 2026** — facially dated April 6, 2026, and uploaded April 6, 2026, at approximately 0850 hours.

**EXHIBIT H: First and Second Conferral Attempts with Defendant Adam Sholes via email.**

**ATTACHMENTS**

**Attachment 1: PROPOSED LIMITED EARLY DISCOVERY with Requests for Production.**

**Attachment 2: PLAINTIFF'S PROPOSED LIMITED EARLY INTERROGATORIES.**

**Attachment 3: PROPOSED SUBJECTS FOR NARROWLY TAILORED RULE 45 DISCOVERY.**

**PROPOSED ORDER**

The Motion expressly seeks **emergency expedited relief**, including preservation of potentially relevant electronically stored information and authorization for narrowly tailored early discovery. Because the Motion requests expedited consideration, this correspondence is also intended to provide prompt notice to the Clerk and the appropriate deputy clerk of the request for expedited judicial consideration.

The preservation issues addressed in the Motion concern potentially transient electronically stored information, including information that may be subject to routine deletion, overwriting, retention limitations, device replacement, reassignment, or other loss if preservation measures are not implemented promptly.

Accordingly, Plaintiff respectfully requests that the Motion, Exhibits A through H, and Attachments 1 through 3 be presented to the appropriate judicial officer in accordance with the Court's applicable Local Rules and procedures governing requests for expedited relief.

Please advise me promptly of any clerical, filing, formatting, or technical deficiency that would prevent the Motion or accompanying materials from being accepted or presented so that any such deficiency may be immediately corrected.

Thank you for your attention to this emergency filing.

Respectfully submitted,

**Michael Eric Nelson**
Plaintiff, Pro Se
**C.A. No. 1:26-cv-00352-MRD-AEM**


--
Michael Nelson

702-WEB-3434

Please consider the environment before printing this email

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.