AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### District of Rhode Island

| | |
|---|---|
| Michael Eric Nelson <br><br><br> *Plaintiff(s)* <br> v. <br> Town of South Kingstown; Ursillo, Teitz & Ritch, Ltd.; Michael A. Ursillo; Andrew M. Teitz; Scott A. Ritch; Adam J. Sholes; John and Jane Does 1-27 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  1:26-cv-00352-MRD-AEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Town of South Kingstown
c/o James M. Manni
Town Manager
27 Bud Browning Circle
South Kingstown, RI 02879

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Michael E. Nelson
33 Hartford Avenue
Wakefield, RI 02879

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **July 01, 2026**

/s/ **Hanorah Tyer-Witek**
**Clerk of Court**




AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-00352-MRD-AEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                    .

&#10063; I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

&#10063; I left the summons at the individual's residence or usual place of abode with *(name)*

**TRACEY MANNI**                    , a person of suitable age and discretion who resides there,

on *(date)*  **7·27·2026**  , and mailed a copy to the individual's last known address; or

&#10063; I served the summons on *(name of individual)*                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

&#10063; I returned the summons unexecuted because                    ; or

&#10063; Other *(specify):*


My fees are $                for travel and $                for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    **7·29·2026**

**Mull T. Ute #181**
*Server's signature*

**RAYMOND T. SALVATORE**
*Printed name and title*

**35 Southbury Road, Cumberland RI 02864**
*Server's address*

Additional information regarding attempted service, etc:

