| | |
|---|---|
| **From:** | Eric <nelsontelco@gmail.com> |
| **Sent:** | Thursday, July 30, 2026 12:00 PM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Fwd: Subject: Nelson v. Town of South Kingstown, et al., C.A. No. 1:26-cv-00352-MRD-AEM — Submission of Motion and Proposed Replacement Summons |
| **Attachments:** | Exhibit_A_Original_Summons_and_Proof_of_Service.pdf; Plaintiff_Motion_Issuance_Replacement_Summons_Cure_Service_Town_SK_WITH_EXHIBIT_A.pdf; Proof_306946007.pdf; Proposed_AO440_Summons_Town_SK_c_o_James_M_Manni_180_High_Street.pdf |
| | |
| **Categories:** | Being Worked on CH |

CAUTION - EXTERNAL:

Dear Clerk of Court:

Please accept the attached documents for filing in the above-captioned matter:

1. **Plaintiff's Motion for Issuance of Replacement Summons and to Permit Curative Service Upon Defendant Town of South Kingstown**, together with **Exhibit A**, consisting of the previously issued summons and proof of service; and
2. **Proposed AO 440 Summons in a Civil Action** directed to Defendant **Town of South Kingstown, c/o James M. Manni, Town Manager**, for service at the South Kingstown Town Hall, 180 High Street, Wakefield, Rhode Island 02879.

The proposed replacement summons is submitted for issuance by the Clerk so that Plaintiff may undertake renewed and curative service upon the Town through its Town Manager and eliminate any asserted procedural controversy concerning service of process.

Plaintiff respectfully requests that the attached motion be docketed and that, subject to the Court's determination of the motion and any applicable procedural requirements, the proposed summons be signed, sealed, and issued for service.

Thank you for your assistance.

Respectfully submitted,

**Michael Eric Nelson**
Plaintiff, Pro Se
33 Hartford Avenue
Wakefield, Rhode Island 02879
C.A. No. 1:26-cv-00352-MRD-AEM

--

Michael Nelson
702-WEB-3434

Please consider the environment before printing this email

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

--

Michael Nelson
702-WEB-3434

Please consider the environment before printing this email

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

--

Michael Nelson
702-WEB-3434

Please consider the environment before printing this email

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

--

Michael Nelson
702-WEB-3434

Please consider the environment before printing this email

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.