| | |
|---|---|
| **From:** | Eric <nelsontelco@gmail.com> |
| **Sent:** | Friday, July 31, 2026 1:12 PM |
| **To:** | RID_ECF_INTAKE |
| **Cc:** | Eric |
| **Subject:** | Motion for Leave to File Supplemental Complaint, Memorandum of Law, and Proposed Supplemental Complaint — C.A. No. 1:26-cv-00352-MRD-AEM |
| **Attachments:** | MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT PURSUANT TO FED. R. CIV. P. 15(d), FED. R. CIV. P. 1, AND DRI LR CV 15.pdf; MEMORANDUM OF LAW TO RULE 15d Filing.pdf; PROPOSED SUPPLEMENTAL COMPLAINT TO THE FIRST AMENDED COMPLAINT.pdf |

<mark>CAUTION - EXTERNAL:</mark>

Subject: Filing Submission — Motion for Leave to File Supplemental Complaint, Memorandum of Law, and Proposed Supplemental Complaint — C.A. No. 1:26-cv-00352-MRD-AEM

Dear Clerks of the Court:

Please accept and docket the following documents in the above-captioned matter:

1. **Plaintiff's Motion for Leave to File Supplemental Complaint Pursuant to Fed. R. Civ. P. 15(d), Fed. R. Civ. P. 1, and DRI LR Cv 15**, including the incorporated **[Proposed] Order**;
2. **Memorandum of Law in Support of Plaintiff's Motion for Leave to File Supplemental Complaint Pursuant to Fed. R. Civ. P. 15(d), Fed. R. Civ. P. 1, and DRI LR Cv 15**; and
3. **Exhibit A — Proposed Supplemental Complaint to the First Amended Complaint Pursuant to Fed. R. Civ. P. 15(d).**

These documents are submitted in support of Plaintiff's request for leave to supplement the operative First Amended Complaint with transactions, occurrences, and events arising after the filing of that pleading.

Please docket the enclosed materials in **Michael Eric Nelson v. Ursillo, Teitz & Ritch, Ltd., et al., C.A. No. 1:26-cv-00352-MRD-AEM**.

Thank you for your assistance, please confirm receipt and notice as to docketing.

Respectfully submitted,

**Michael Eric Nelson**
Plaintiff, Pro Se
33 Hartford Avenue
South Kingstown, Rhode Island 02879

1

--
Michael Nelson
702-WEB-3434

Please consider the environment before printing this email

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

--
Michael Nelson
702-WEB-3434

Please consider the environment before printing this email

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.