**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **MICHAEL ERIC NELSON,**<br>    Plaintiff,<br>v.<br>TOWN OF SOUTH KINGSTOWN;<br>URSILLO,<br>TEITZ & RITCH, LTD.; MICHAEL A.<br>URSILLO;<br>ANDREW M. TEITZ; SCOTT A. RITCH;<br>ADAM J. SHOLES; and JOHN AND JANE<br>DOES 1-27,<br>    Defendants. | **C.A. No.**<br>**1:26-cv-00352-MRD-AEM** |

# PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE AND MOTION TO ACCEPT RETURN OF SERVICE AS TO DEFENDANT ANDREW MARK TEITZ OR, IN THE ALTERNATIVE, FOR LEAVE TO SUPPLEMENT OR CURE PROOF OF SERVICE
## NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff Michael Eric Nelson, proceeding pro se, hereby

moves pursuant to Federal Rules of Civil Procedure 4(e)(2)(C), 4(l)(1), 4(l)(3), 6(a), and

12(a)(1)(A)(i), and District of Rhode Island Local Rules LR Cv 5.1 and LR Cv 7, for an

order: (1) accepting and docketing the sworn Proof of Service attached as Exhibit A; (2)

recognizing that service upon Defendant Andrew Mark Teitz was effected on July 27,

2026, through the person whom the process server identified under penalty of perjury

as designated by law to accept service on his behalf; (3) directing that the docket reflect

the July 27, 2026 service date; and (4) recognizing the resulting response date under

Rule 12(a), unless extended by stipulation or further order of the Court. In the

alternative, Plaintiff requests leave to supplement or amend the proof of service, or a reasonable period within which to cure any technical defect the Court identifies.

This Motion is based upon the attached sworn return, the Court's docket, the Federal Rules of Civil Procedure, the Local Rules of this Court, and the incorporated memorandum below.

**MOTION AND INCORPORATED MEMORANDUM OF LAW**

**1.** On June 30, 2026, the Clerk issued an AO 440 summons directed to Defendant Andrew Mark Teitz in this civil action.

**2.** The summons identifies Andrew Mark Teitz as an individually named Defendant and states his address as 18 Greylock Road, Bristol, Rhode Island 02809.

**3.** On July 27, 2026, Shirley Caines, identified on the return as Constable No. 6095, executed the Proof of Service under penalty of perjury.

**4.** The sworn return states that the process server served Michelle Peterson, whom the server identified as designated by law to accept service of process on behalf of Andrew Teitz at Ursillo, Teitz & Ritch, Ltd.

**5.** The executed summons and Proof of Service are attached to this Motion as Exhibit A and incorporated herein.

**6.** This filing is submitted within fourteen days after the stated date of service and is therefore timely under LR Cv 5.1(a).

**I. THE SWORN RETURN SHOULD BE ACCEPTED AND DOCKETED AS PROOF OF SERVICE.**

Federal Rule of Civil Procedure 4(l)(1) requires proof of service to be made to the Court and, except for service by a United States marshal or deputy marshal, requires proof by

the server's affidavit. The attached AO 440 return is signed by the process server beneath an express declaration under penalty of perjury that the stated information is true. It identifies the date and manner of service, the recipient, the Defendant on whose behalf the papers were accepted, and the server's name, title, and address.

Local Rule LR Cv 5.1(a) further requires proof of service to be filed within fourteen days and requires the serving person's affidavit to certify the date and manner of service, the names of the persons served, and the addresses of the persons served. Exhibit A supplies the summons address for Defendant Teitz and identifies the place of service as Ursillo, Teitz & Ritch, Ltd. The filing is timely. Accordingly, the Clerk should accept and docket Exhibit A as Plaintiff's proof of service.

## II. THE FACE OF THE SWORN RETURN SUPPORTS SERVICE UNDER RULE 4(e)(2)(C).

Rule 4(e)(2)(C) authorizes service upon an individual by delivering the summons and complaint to an agent authorized by appointment or by law to receive service of process. The process server's sworn return facially tracks that method: it states that Michelle Peterson was designated by law to accept service on behalf of Andrew Mark Teitz at Ursillo, Teitz & Ritch, Ltd. On the present, unrebutted record, the return supports recognition of July 27, 2026 as the date of service.

Acceptance of the return for docketing does not foreclose any defense that Defendant Teitz may timely assert under Rule 12, including a properly supported defense under Rule 12(b)(5). It does, however, establish that Plaintiff has timely filed the sworn proof presently available and permits the case to proceed in an orderly manner.

## III. ALTERNATIVELY, RULE 4(I)(3) AUTHORIZES SUPPLEMENTATION OR AMENDMENT OF THE PROOF.

If the Court determines that the return should state the street address of the place of delivery more expressly, or should provide additional facts concerning Michelle Peterson's authority to receive process for Defendant Teitz, the appropriate relief is supplementation or amendment rather than rejection of the service effort. Rule 4(I)(3) provides that failure to prove service does not affect the validity of service and that the Court may permit proof of service to be amended.

Accordingly, in the alternative, Plaintiff requests leave to file a supplemental affidavit from the process server specifying the precise service address and the factual basis for the recipient's authority, or, if the Court concludes that renewed service is required, a reasonable period of not less than twenty-one days to re-effect service without dismissal or prejudice.

## IV. THE RULE 12 RESPONSE DATE RESULTING FROM THE STATED SERVICE DATE IS AUGUST 17, 2026.

Rule 12(a)(1)(A)(i) generally requires a defendant to serve an answer within twenty-one days after service of the summons and complaint. Calculated from July 27, 2026 under Rule 6(a), the twenty-first day is August 17, 2026. Plaintiff therefore requests that the docket reflect August 17, 2026 as Defendant Teitz's response date, subject to any timely Rule 12 motion, stipulation, or order extending that date.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court accept and docket Exhibit A as proof of service, recognize July 27, 2026 as the date service was

effected upon Defendant Andrew Mark Teitz, and recognize August 17, 2026 as the resulting response date. Alternatively, Plaintiff requests leave to supplement or amend the proof of service or a reasonable period to cure any technical defect identified by the Court.

**STATEMENT REGARDING HEARING**

Pursuant to LR Cv 7(c), Plaintiff does not request oral argument or an evidentiary hearing at this time. If Defendant contests a material fact concerning the identity or authority of the recipient, Plaintiff requests permission to submit a supplemental affidavit and, only if necessary, a narrowly limited evidentiary hearing.

Respectfully submitted,


 MICHAEL ERIC NELSON, Pro Se


 /s/

Michael Eric Nelson

4 August, 2026

 33 Hartford Avenue

 Wakefield, Rhode Island 02879


**CERTIFICATE OF SERVICE**
I certify that on 4 August, 2026, I served a true and correct copy of the foregoing Notice and Motion, together with Exhibit A, upon Defendant Andrew Mark Teitz at Ursillo, Teitz & Ritch, Ltd., and each other counsel of record via ECF service.

 /s/ Michael Eric Nelson
 Michael Eric Nelson

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **MICHAEL ERIC NELSON,**<br>    Plaintiff,<br>v.<br>TOWN OF SOUTH KINGSTOWN; URSILLO, TEITZ & RITCH, LTD.; MICHAEL A. URSILLO; ANDREW M. TEITZ; SCOTT A. RITCH; ADAM J. SHOLES; and JOHN AND JANE DOES 1-27,<br>    Defendants. | **C.A. No.**<br><br>**1:26-cv-00352-MRD-AEM** |

**[PROPOSED] ORDER ON PLAINTIFF'S NOTICE AND MOTION REGARDING SERVICE UPON DEFENDANT ANDREW MARK TEITZ**

Upon consideration of Plaintiff's Notice of Filing Proof of Service and Motion to Accept Return of Service as to Defendant Andrew Mark Teitz, together with Exhibit A, the Motion is GRANTED. The sworn Proof of Service attached as Exhibit A is accepted and shall be docketed as proof of service upon Defendant Andrew Mark Teitz. The docket shall reflect July 27, 2026 as the date of service. Unless otherwise extended by stipulation or order, Defendant Teitz shall serve his answer or motion under Federal Rule of Civil Procedure 12 on or before August 17, 2026. SO ORDERED.

Date: _____

_____
UNITED STATES DISTRICT JUDGE / MAGISTRATE JUDGE

**EXHIBIT A**

**AO 440 SUMMONS AND SWORN PROOF / AFFIDAVIT OF SERVICE**
**DEFENDANT ANDREW MARK TEITZ**
**SERVICE DATE: JULY 27, 2026**

The following two pages are a true and correct copy of the summons issued on June 30, 2026 and the executed Proof of Service signed under penalty of perjury on July 27, 2026.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | |
|---|---|
| Michael Eric Nelson | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Town of South Kingstown; Ursillo, Teitz & Ritch, Ltd.; | ) |
| Michael A. Ursillo; Andrew M. Teitz; Scott A. Ritch; | ) |
| Adam J. Sholes; John and Jane Does 1-27 | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:26-cv-00352-MRD-AEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Andrew Mark Teitz
18 Greylock Rd
Bristol, RI 02809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael E. Nelson
33 Hartford Avenue
Wakefield, RI 02879

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **June 30, 2026**

*/s/* **Hanorah Tyer-Witek**
**Clerk of Court**




AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-00352-MRD-AEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Andrew Mark teitz

was received by me on *(date)* 7.27.26 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* michelle Peterson _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* Andrew Teitz at.
Ursillo, teitz, Riton, ltd on *(date)* 7.27.26 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7.27.26



Server's signature

Shirley Caines, constable 6095
*Printed name and title*

118 Abbotts Crossing Rd. Coventry, RI
*Server's address*

Additional information regarding attempted service, etc:

