| From: | Eric <nelsontelco@gmail.com> |
|---|---|
| Sent: | Wednesday, August 5, 2026 8:12 AM |
| To: | RID_ECF_INTAKE |
| Subject: | Filing for Docketing — Plaintiff's Opposition to Motion to Dismiss — Case No. 1:26-cv-00352-MRD-AEM |
| Attachments: | AAA - FINAL - PLAINTIFF'S RESPONSE IN OPPOSITION; OBJECTION AND INCORPORATED MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS IN LIEU OF ANSWER (ECF NO. 20).pdf |
| Categories: | Being Worked on CH |

**CAUTION - EXTERNAL:**

Dear Clerk of Court:

Please accept for filing and docketing in the above-captioned action the attached:

**PLAINTIFF'S RESPONSE IN OPPOSITION; OBJECTION AND INCORPORATED MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS IN LIEU OF ANSWER (ECF NO. 20).**

This submission is filed by Plaintiff Michael Eric Nelson, proceeding pro se, in opposition to the Defendants' pending motion identified as ECF No. 20.

Please confirm receipt and advise promptly should the Clerk's Office identify any administrative or filing deficiency requiring correction.

Thank you for your assistance.

Respectfully submitted,

**Michael Eric Nelson**
Plaintiff, Pro Se
Case No. 1:26-cv-00352-MRD-AEM


--

Michael Nelson
702-WEB-3434

Please consider the environment before printing this email

1

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.