MICHAEL ERIC NELSON
    *Plaintiff*

v.

URSILLO, TEITZ & RITCH, LTD.;          C.A. No. 1:26-cv-00352-MRD-AEM
MICHAEL A. URSILLO; ANDREW M.
TEITZ; SCOTT A. RITCH; ADAM J.
SHOLES, TOWN OF SOUTH
KINGSTOWN, and JANE AND JOHN
DOES 1-27
    *Defendants*

## **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO DESIGNATE LEAD COUNSEL**

Plaintiff's motion regarding designation of lead counsel is moot as to the Town of South Kingstown because, simultaneous with the filing of this response, the Town of South Kingstown has by written notice designated Marc DeSisto as lead counsel.

Therefore, Defendant Town of South Kingstown request that the Plaintiff's motion as it pertains to the Town should be dismissed.

        Defendant,
        Town of South Kingstown,
        By its Attorneys,

        */s/ Marc DeSisto*
        Marc DeSisto, Esq. (#2757)
        */s/ Sarah D. Boucher*
        Sarah D. Boucher, Esq. (#10272)
        DeSisto Law LLC
        4 Richmond Square, Suite 500
        Providence, RI 02906
        (401) 272-4442
        marc@desistolaw.com
        sarah@desistolaw.com

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that the within document has been electronically filed with the Court on this 12th of August 2026, and available for viewing and downloading from the ECF system. I have also caused a copy to be sent via regular mail to the following on this 12th day of August 2026.

Michael Eric Nelson
33 Hartford Avenue
South Kingstown, RI 02879

*/s/ Marc DeSisto*