UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL ERIC NELSON
    *Plaintiff*

v.

URSILLO, TEITZ & RITCH, LTD.;        C.A. No. 1:26-cv-00352-MRD-AEM
MICHAEL A. URSILLO; ANDREW M.
TEITZ; SCOTT A. RITCH; ADAM J.
SHOLES, TOWN OF SOUTH
KINGSTOWN, and JANE AND JOHN
DOES 1-27
    *Defendants*

**<u>DESIGNATION OF LEAD COUNSEL</u>**

        Now comes the Defendant, the Town of South Kingstown, by and through counsel and

serves notice that Marc DeSisto will act as lead counsel.

> Defendant,
> Town of South Kingstown,
> By its Attorneys,
>
> */s/ Marc DeSisto*
> Marc DeSisto, Esq. (#2757)
> */s/ Sarah D. Boucher*
> Sarah D. Boucher, Esq. (#10272)
> DeSisto Law LLC
> 4 Richmond Square, Suite 500
> Providence, RI 02906
> (401) 272-4442
> marc@desistolaw.com
> sarah@desistolaw.com

<u>CERTIFICATION OF SERVICE</u>

        I hereby certify that the within document has been electronically filed with the Court on this 12th of August 2026, and available for viewing and downloading from the ECF system. I have also caused a copy to be sent via regular mail to the following on this 12th day of August 2026.

    Michael Eric Nelson
    33 Hartford Avenue

South Kingstown, RI 02879

/s/ Marc DeSisto