UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL ERIC NELSON
　　　*Plaintiff*

v.

URSILLO, TEITZ & RITCH, LTD.;　　　　　C.A. No. 1:26-cv-00352-MRD-AEM
MICHAEL A. URSILLO; ANDREW M.
TEITZ; SCOTT A. RITCH; ADAM J.
SHOLES, TOWN OF SOUTH
KINGSTOWN, and JANE AND JOHN
DOES 1-27
　　　*Defendants*

## **DEFENDANT'S RESPONSE TO THE PLAINTIFF'S MOTION TO REGARDING CURATIVE SERVICE**

The Town accepts notice and service of the complaint in accord with its filing of a

motion to dismiss the complaint filed on July 28, 2026. Therefore, no further service of process

is needed as to the Defendant, the Town of South Kingstown.


Defendant,
Town of South Kingstown,
By its Attorneys,

*/s/ Marc DeSisto*
Marc DeSisto, Esq. (#2757)
*/s/ Sarah D. Boucher*
Sarah D. Boucher, Esq. (#10272)
DeSisto Law LLC
4 Richmond Square, Suite 500
Providence, RI 02906
(401) 272-4442
marc@desistolaw.com
sarah@desistolaw.com

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that the within document has been electronically filed with the Court on this 13th of August 2026, and available for viewing and downloading from the ECF system. I have also caused a copy to be sent via regular mail to the following on this 13th day of August 2026.

Michael Eric Nelson
33 Hartford Avenue
South Kingstown, RI 02879

<span style="margin-left:50%">*/s/ Marc DeSisto*</span>