MICHAEL ERIC NELSON
    *Plaintiff*

v.

URSILLO, TEITZ & RITCH, LTD.;        C.A. No. 1:26-cv-00352-MRD-AEM
MICHAEL A. URSILLO; ANDREW M.
TEITZ; SCOTT A. RITCH; ADAM J.
SHOLES, TOWN OF SOUTH
KINGSTOWN, and JANE AND JOHN
DOES 1-27
    *Defendants*

## DEFENDANT'S OBJECTION TO PLAINTIFF'S EMERGENCY EXPEDITED MOTION FOR PRESERVATION ORDER AND FOR LEAVE TO CONDUCT NARROWLY TAILORED EARLY DISCOVERY CONCERNING THE CREATION, EXPORT, AND UPLOAD OF BACKDATED APRA-1280 PDF IN CLOSE TEMPORAL PROXIMITY TO SERVICE ON ADAM J. SHOLES

Now comes Defendants, Ursillo, Teitz & Ritch Ltd., Michael A. Ursillo, Andrew M.

Teitz, Scott A. Ritch, Adam J. Sholes, and Town of South Kingstown, Town of South

Kingstown, in the above captioned matter and hereby object to Plaintiff's "*Emergency Expedited*

*Motion For Preservation Order and for Leave to Conduct Narrowly Tailored Early Discovery*

*Concerning the Creation, Export, and Upload of Backdated APRA-1280 PDF in Close Temporal*

*Proximity to Service on Adam J. Sholes.*". As grounds for their motion, Defendant relies on

Defendants' Memorandum of Law, attached and incorporated herein.

        Defendant,
        Town of South Kingstown,
        By its Attorneys,

        */s/ Marc DeSisto*
        Marc DeSisto, Esq. (#2757)
        */s/ Sarah D. Boucher*
        Sarah D. Boucher, Esq. (#10272)

DeSisto Law LLC
4 Richmond Square, Suite 500
Providence, RI 02906
(401) 272-4442
marc@desistolaw.com
sarah@desistolaw.com

Defendants,
Ursillo, Teitz & Ritch LTD, Michael A Ursillo,
Andrew M. Teitz, Scott A. Ritch, and Adam Sholes,
By their Attorney,

/s/ *Peter Skwirz*
Peter F. Skwirz, Esq. #8809
URSILLO, TEITZ & RITCH, LTD.
2 Williams Street
Providence, RI 02903-2918
Tel (401) 331-2222
Fax (401) 751-5257
peteskwirz@utrlaw.com

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that the within document has been electronically filed with the Court on this 13th of August 2026, and available for viewing and downloading from the ECF system. I have also caused a copy to be sent via regular mail to the following on this 13th day of August 2026.

Michael Eric Nelson
33 Hartford Avenue
South Kingstown, RI 02879

/s/ *Marc DeSisto*