UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL E. NELSON
*Plaintiff*

v.

URSILLO, TEITZ & RITCH LTD; MICHAEL A. URSILLO; ANDREW M. TEITZ; SCOTT A. RITCH; ADAM J. SHOLES; TOWN OF SOUTH KINGSTOWN; and JANE AND JOHN DOES 1-27
*Defendants*

C.A. No. 1:26-cv-00352-MRD-AEM

**DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE LIMITED SUR-REPLY**

Plaintiff seeks leave to file a sur-reply in response to Defendants' Reply Memorandum in Support of their Motion to Dismiss. Plaintiff contends leave is warranted because the Defendants' Reply Memorandum contains "newly developed" and "materially expand[ed]" arguments not set forth in Defendants' Motion to Dismiss. In essence, Plaintiff argues that the Defendants' Reply Memorandum must be confined to the arguments made in support of their Motion. Plaintiff's argument misunderstands both the purpose of reply memoranda and the Local Rules.

The Local Rules provide, in relevant part, "[a] reply shall not present matters that do not relate to the response, or reargue or expand upon the arguments made in support of the motion." *See* L.R. Cv. 7(a)(4). It is plain from the text of this Rule that a reply must "relate to the response." *Id.* That is precisely what the Defendants did here. Defendants' Reply Memorandum did not, as Plaintiff contends, develop new or expanded arguments. Instead, Defendants responded squarely to the arguments raised by Plaintiff in his Objection to Defendants' Motion to Dismiss. Moreover, Plaintiff's assertion that the Defendants' Reply Memorandum must be limited to the "original

syllogism" set forth in its Motion runs counter to Rule 7(a)(4)'s directive that reply memoranda must not rehash arguments made in support of a motion. *See id.* Simply stated, the Defendants' Reply Memorandum comports with the requirements of Local Rule 7(a)(4).

Plaintiff's instant Motion is nothing more than an attempt to have the last word. That is unnecessary and unwarranted under these circumstances. Consequently, the Defendants respectfully request that this Court deny Plaintiff's Motion for leave to File a Limited Sur-Reply.

Respectfully submitted,

Defendant,
Town of South Kingstown,
By its Attorneys,

*/s/ Marc DeSisto*
*/s/ Sarah D. Boucher*
Marc DeSisto, Esq. (#2757)
Sarah D. Boucher, Esq. (#10272)
DeSisto Law LLC
4 Richmond Square, Suite 500
Providence, RI 02906
(401) 272-4442
marc@desistolaw.com
sarah@desistolaw.com

Defendants,
Ursillo, Teitz & Ritch LTD, Michael A Ursillo, Andrew M. Teitz, Scott A. Ritch, and Adam Sholes,
By their Attorney,

/s/ *Peter Skwirz*
Peter F. Skwirz, Esq. #8809
URSILLO, TEITZ & RITCH, LTD.
2 Williams Street
Providence, RI 02903-2918
Tel (401) 331-2222
Fax (401) 751-5257
peteskwirz@utrlaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 17th day of August 2026 and is available for viewing and downloading from the ECF system. I have also caused a copy to be sent via regular mail to the following on this 17th day of August 2026.

Michael Eric Nelson
33 Hartford Avenue
South Kingstown, RI 02879

*/s/ Marc DeSisto*