UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL ERIC NELSON
*Plaintiff*

v.

URSILLO, TEITZ & RITCH, LTD.; MICHAEL A. URSILLO; ANDREW M. TEITZ; SCOTT A. RITCH; ADAM J. SHOLES, TOWN OF SOUTH KINGSTOWN, and JANE AND JOHN DOES 1-27
*Defendants*

C.A. No. 1:26-cv-00352-MRD-AEM

**DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT**

Now comes Defendants, Ursillo, Teitz & Ritch Ltd., Michael A. Ursillo, Andrew M. Teitz, Scott A. Ritch, Adam J. Sholes, and Town of South Kingstown, Town of South Kingstown, in the above captioned matter and hereby object to Plaintiff's "*Plaintiff's Motion for Leave to File Supplemental Complaint.*" In support of the same, Defendants rely upon the Memorandum of Law, attached and incorporated herein.

Defendant,
Town of South Kingstown,
By its Attorneys,

*/s/ Marc DeSisto*
Marc DeSisto, Esq. (#2757)
*/s/ Sarah D. Boucher*
Sarah D. Boucher, Esq. (#10272)
DeSisto Law LLC
4 Richmond Square, Suite 500
Providence, RI 02906
(401) 272-4442
marc@desistolaw.com
sarah@desistolaw.com

Defendants,
Ursillo, Teitz & Ritch LTD, Michael A Ursillo, Andrew M. Teitz, Scott A. Ritch, and Adam Sholes,
By their Attorney,

/s/ *Peter Skwirz*

Peter F. Skwirz, Esq. #8809
URSILLO, TEITZ & RITCH, LTD.
2 Williams Street
Providence, RI 02903-2918
Tel (401) 331-2222
Fax (401) 751-5257
peteskwirz@utrlaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 17th of August 2026, and available for viewing and downloading from the ECF system. I have also caused a copy to be sent via regular mail to the following on this 17th day of August 2026.

Michael Eric Nelson
33 Hartford Avenue
South Kingstown, RI 02879

*/s/ Marc DeSisto*