# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**MICHAEL NELSON,**
Plaintiff,

v. C.A. No. **1:26-cv-00352-MRD-AEM**

**URSILLO, TEITZ & RITCH, LTD.;**
**MICHAEL A. URSILLO;**
**ANDREW M. TEITZ;**
**SCOTT A. RITCH;**
**ADAM J. SHOLES;**
**TOWN OF SOUTH KINGSTOWN; and**
**JANE AND JOHN DOES 1–27,**

Defendants.

# PLAINTIFF'S NOTICE OF FILING PROPOSED FED. R. CIV. P. 26(f) CONFERENCE AGENDA

Plaintiff **Michael Eric Nelson**, proceeding pro se, hereby gives notice of the filing of his **Proposed Federal Rule of Civil Procedure 26(f) Conference Agenda**, attached hereto as **Exhibit A**.

The proposed agenda is submitted to memorialize, in an organized and transparent manner, the subjects Plaintiff proposes for good-faith discussion with Defendants pursuant to **Fed. R. Civ. P. 26(f)** and **D.R.I. LR Cv 26**, including initial disclosures, preservation of evidence, electronically stored information ("ESI"), discovery scope and sequencing, production formats, privilege procedures,

anticipated written discovery, Rule 30(b)(6) discovery, and related case-management matters.

The proposed agenda identifies particular preservation and ESI subjects that Plaintiff believes warrant discussion during the Rule 26(f) conference, including preservation and production, as appropriate under Rule 26(b)(1), of native electronic records, metadata, audit information, OpenGov records, document histories, communications, and other electronically maintained information relevant to the claims and defenses in this action.

Plaintiff expressly states that **Exhibit A is Plaintiff's proposed agenda only**. It is not represented to constitute a joint discovery plan, stipulation, agreement of the parties, or representation of Defendants' positions. The filing is intended to identify in advance the matters Plaintiff proposes to address during the parties' Rule 26(f) conference and to facilitate an orderly and meaningful good-faith conference.

Plaintiff further recognizes that the District of Rhode Island does not ordinarily require the parties to file a written Rule 26(f) discovery plan. Plaintiff files the proposed agenda for purposes of notice and to memorialize Plaintiff's proposed subjects of conference and preservation concerns.

**No substantive relief is requested from the Court through this Notice.** Plaintiff reserves all rights to seek appropriate discovery, preservation, protective,

or other relief by separate motion should a dispute subsequently arise that cannot be resolved through good-faith conferral.

WHEREFORE, Plaintiff respectfully gives notice of the filing of the attached **Plaintiff's Proposed Fed. R. Civ. P. 26(f) Conference Agenda**, attached as **Exhibit A**.

Respectfully submitted,

**/s/**

By: /s/ Michael Eric Nelson
**Michael Eric Nelson**
Plaintiff, Pro Se

Date: August 19, 2026

# CERTIFICATE OF SERVICE

I hereby certify that on **August 19, 2026**, the foregoing **Plaintiff's Notice of Filing Proposed Fed. R. Civ. P. 26(f) Conference Agenda**, together with **Exhibit A**, was filed through the Court's CM/ECF system and thereby served electronically upon all counsel of record who are registered CM/ECF users. To the extent any party or counsel entitled to service is not a registered CM/ECF user, I certify that a true and correct copy was served upon such person by a method permitted under Fed. R. Civ. P. 5.

By: /s/ Michael Eric Nelson
**Michael Eric Nelson**
Plaintiff, Pro Se