# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

**MICHAEL E. NELSON,**
Plaintiff,

v. Civil Action No. **1:26-cv-00352-MRD-AEM**

**URSILLO, TEITZ & RITCH, LTD.;**
**MICHAEL A. URSILLO;**
**ANDREW M. TEITZ;**
**SCOTT A. RITCH;**
**ADAM J. SHOLES;**
**TOWN OF SOUTH KINGSTOWN; and**
**JANE AND JOHN DOES 1–27,**

Defendants.

## PLAINTIFF'S NOTICE OF DELIVERY OF EARLY RULE 34 REQUESTS FOR PRODUCTION TO DEFENDANT THE TOWN OF SOUTH KINGSTOWN PURSUANT TO FED. R. CIV. P. 26(d)(2)

Plaintiff **Michael E. Nelson**, appearing pro se, respectfully files this Notice for the limited purpose of memorializing upon the docket the delivery of **Plaintiff's First Requests for Production of Documents to DEFENDANT Town of South Kingstown**, propounded pursuant to **Federal Rule of Civil Procedure 34** and delivered pursuant to the early-discovery procedure expressly authorized by **Federal Rule of Civil Procedure 26(d)(2)**.

Plaintiff hereby gives notice that, on **August 19, 2026**, Plaintiff transmitted and delivered **Plaintiff's First Requests for Production of Documents** to opposing counsel in advance of the parties' forthcoming conference pursuant to **Fed. R. Civ. P. 26(f)**.

Rule 26(d)(2) expressly establishes a procedural mechanism permitting a party, more than twenty-one (21) days after service of the summons and complaint upon the receiving party, to deliver requests for production under Rule 34 before the parties have conducted their Rule 26(f) conference. Pursuant to **Fed. R. Civ. P. 26(d)(2)(B)**, such requests are thereafter **considered served at the first Rule 26(f) conference**.

Accordingly, Plaintiff's delivery of these Requests is intended to invoke the procedure established by Rule 26(d)(2). The Requests are therefore delivered in advance of the Rule 26(f) conference and, to the extent the prerequisites of Rule 26(d)(2)(A) are satisfied as to the receiving party, shall be considered served at the parties' first Rule 26(f) conference, at which time the applicable response period prescribed by **Fed. R. Civ. P. 34(b)(2)(A)** shall commence unless otherwise stipulated by the parties or ordered by the Court.

This Notice is filed solely to establish a clear procedural record concerning the date and nature of Plaintiff's advance delivery of the Rule 34 Requests to DEFENDANT Town of South Kingstown and the operation of Rule 26(d)(2). Plaintiff does **not** seek through this Notice to accelerate the date upon which the Requests are deemed served beyond that prescribed by Rule 26(d)(2)(B), nor does Plaintiff seek through this Notice to alter any response period established by the Federal Rules of Civil Procedure, agreement of the parties, or subsequent order of the Court.

Consistent with **Fed. R. Civ. P. 5(d)(1)(A)**, Plaintiff is not filing the substantive Requests for Production themselves as discovery materials merely by virtue of their delivery. Rather, this Notice memorializes the occurrence of their advance delivery and Plaintiff's

invocation of the early Rule 34 procedure established by Rule 26(d)(2). The underlying Requests shall be maintained by the parties and may subsequently be presented to the Court only to the extent permitted or required by the Federal Rules, the Local Rules of this Court, or an order of the Court.

Plaintiff further anticipates that the parties' forthcoming Rule 26(f) conference will provide an appropriate opportunity to address the administration of these Requests, including the scope and sequencing of discovery; preservation of potentially discoverable information; electronically stored information and associated metadata; production formats; privilege and confidentiality issues; appropriate protective or clawback provisions; and such other discovery-management matters as contemplated by Rule 26(f).

WHEREFORE, Plaintiff respectfully submits this Notice so that the docket accurately reflects that **Plaintiff's First Requests for Production of Documents to Defendant the Town of South Kingstown have been delivered in advance of the parties' Rule 26(f) conference pursuant to Fed. R. Civ. P. 26(d)(2)** and, subject to satisfaction of the Rule's prerequisites, will be deemed served at the first Rule 26(f) conference in accordance with **Fed. R. Civ. P. 26(d)(2)(B)**.

Respectfully submitted,

**MICHAEL E. NELSON**
Plaintiff, Pro Se

Dated: **August 19, 2026**

/s/ Michael Eric Nelson
Michael Eric Nelson PRO SE

33 Hartford Avenue
South Kingstown, Rhode Island 02879
Tel.: 702-932-3434  nelsontelco@gmail.com

---

# CERTIFICATE OF SERVICE

I hereby certify that on **August 19, 2026**, a true and correct copy of the foregoing **Plaintiff's Notice of Delivery of Early Rule 34 Requests for Production Pursuant to Fed. R. Civ. P. 26(d)(2)** was served upon counsel of record by an authorized method of service pursuant to **Fed. R. Civ. P. 5**. By service to the Clerks Office and subsequent entry to the ECF system;I further certify that **Plaintiff's First Requests for Production of Documents** were separately transmitted and delivered to opposing counsel pursuant to **Fed. R. Civ. P. 26(d)(2)** and are intended to be considered served at the parties' first Rule 26(f) conference as prescribed by Rule 26(d)(2)(B).

**/s/**

**Michael E. Nelson**
Plaintiff, Pro Se
33 Hartford Avenue
South Kingstown, Rhode Island 02879
Tel.: 702-932-3434  nelsontelco@gmail.com

Dated: August 19, 2026