AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

Michael Eric Nelson

*Plaintiff(s)*

v.

Civil Action No. 1:26-cv-00352-MRD-AEM

Town of South Kingstown; Ursillo, Teitz & Ritch, Ltd.; Michael A. Ursillo; Andrew M. Teitz; Scott A. Ritch; Adam J. Sholes; John and Jane Does 1-27

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andrew Mark Teitz
18 Greylock Rd
Bristol, RI 02809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael E. Nelson
33 Hartford Avenue
Wakefield, RI 02879

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **June 30, 2026**

**/s/ Hanorah Tyer-Witek**
**Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00352-MRD-AEM

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Andrew Mark teitz
was received by me on *(date)* 7.27.26 .

❐ I personally served the summons on the individual at *(place)* ________ on *(date)* ________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* michelle Peterson , who is designated by law to accept service of process on behalf of *(name of organization)* Andrew Teitz at Ursillo, teitz, Ritch, ltd on *(date)* 7.27.26 ; or

❐ I returned the summons unexecuted because ________ ; or

❐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7.27.26

[signature]
*Server's signature*

Shirley Caires, constable 6095
*Printed name and title*

118 Abbotts Crossing Rd. Coventry, RI
*Server's address*

Additional information regarding attempted service, etc: