# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**MICHAEL E. NELSON,**
Plaintiff,

v.

Civil Action No. **1:26-cv-00352-MRD-AEM**

**URSILLO, TEITZ & RITCH, LTD.; MICHAEL A. URSILLO; ANDREW M. TEITZ; SCOTT A. RITCH; ADAM J. SHOLES; TOWN OF SOUTH KINGSTOWN; and JANE AND JOHN DOES 1–27,**

Defendants.

## PLAINTIFF'S NOTICE OF DELIVERY OF EARLY RULE 34 REQUESTS FOR PRODUCTION DIRECTED TO DEFENDANT SCOTT A. RITCH PURSUANT TO FED. R. CIV. P. 26(d)(2)

Plaintiff **Michael E. Nelson**, proceeding *pro se*, hereby gives Notice to the Court and all parties that Plaintiff has, pursuant to **Federal Rules of Civil Procedure 26(d)(2) and 34**, delivered to counsel for **Defendant Scott A. Ritch** Plaintiff's **Early Rule 34 Requests for Production of Documents Directed to Defendant Scott A. Ritch**.

Federal Rule of Civil Procedure 26(d)(2)(A) expressly authorizes the delivery of requests for production under Rule 34 more than twenty-one (21) days after service of the summons and complaint upon the party to whom the requests are

directed. The prerequisite period prescribed by Rule 26(d)(2)(A) has elapsed with respect to Defendant Scott A. Ritch.

Pursuant to **Fed. R. Civ. P. 26(d)(2)(B)**, Plaintiff acknowledges that the foregoing Requests, although delivered in advance of the parties' Rule 26(f) conference, **are considered served at the first Rule 26(f) conference**. Accordingly, the applicable period for Defendant Ritch's responses and objections shall commence as prescribed by Rules 26(d)(2)(B) and 34(b)(2)(A) upon the occurrence of the parties' first Rule 26(f) conference.

The Requests have been delivered in advance of the Rule 26(f) conference consistent with the procedural mechanism established by Rule 26(d)(2), thereby permitting the parties to identify, evaluate, and meaningfully confer concerning the scope, preservation, accessibility, proportionality, form of production, electronically stored information, and other discovery-related matters implicated by the Requests during the Rule 26(f) conference.

Defendant Scott A. Ritch was personally served with the summons and complaint on **July 11, 2026, at approximately 3:04 p.m.**, at **40 Boyden Road, Wrentham, Massachusetts 02093-1886**, by personal service accomplished by handing the documents to an individual identified as Scott A. Ritch.

Proof Colorado, LLC additionally mailed a copy of the documents by Certified Mail to **40 Boyden Road, Wrentham, Massachusetts 02093-1886**, on July 11, 2026, under tracking number **9214890260895000779121**.

Plaintiff files this Notice solely for the purpose of memorializing upon the docket the fact and procedural status of the early delivery of these Rule 34 Requests at least 21 days after the service of the summons and complaint to DEFENDANT Scott Ritch and to eliminate any potential ambiguity concerning the date, nature, or procedural posture of their delivery and prospective service.

Consistent with **D.R.I. LR Cv 5(d)**, which generally provides that requests for production and other enumerated discovery materials shall not themselves be filed with the Court unless otherwise ordered, Plaintiff is **not filing the substantive Requests for Production as an attachment to this Notice**. The Requests have instead been delivered directly to counsel for Defendant Scott A. Ritch and shall be preserved by Plaintiff in accordance with the applicable Federal Rules of Civil Procedure, Local Rules, and any subsequent order of this Court.

Nothing contained in this Notice seeks affirmative relief from the Court, accelerates Defendant Ritch's response deadline beyond that prescribed by the Federal Rules, or requests adjudication of any discovery dispute. Rather, this

Notice is submitted solely to memorialize Plaintiff's invocation of the early-delivery procedure expressly authorized by **Fed. R. Civ. P. 26(d)(2)**.

Respectfully submitted,

**/s/**

**MICHAEL ERIC NELSON**
Plaintiff, *Pro Se*
33 Hartford Avenue
South Kingstown, Rhode Island 02879
Telephone: 702-932-3434  nelsontelco at gmail.com

Dated: **August 20, 2026**

---

# CERTIFICATE OF SERVICE

I hereby certify that on **August 20, 2026**, a true and correct copy of the foregoing **Plaintiff's Notice of Delivery of Early Rule 34 Requests for Production Directed to Defendant Scott A. Ritch Pursuant to Fed. R. Civ. P. 26(d)(2)** was served upon all counsel of record by **providing a copy to the Clerk of the Court and for entry upon the docket and service through the ECF system to the purportedly licensed attorneys appearing on behalf of the defendants.**

I further certify that Plaintiff's **Early Rule 34 Requests for Production of Documents Directed to Defendant Scott A. Ritch** were separately delivered to counsel for Defendant Scott A. Ritch pursuant to **Fed. R. Civ. P. 26(d)(2)(A)** and are to be considered served at the parties' first Rule 26(f) conference pursuant to **Fed. R. Civ. P. 26(d)(2)(B)**.

**/s/ Michael E. Nelson**
Michael E. Nelson
Plaintiff, *Pro Se*

**MICHAEL ERIC NELSON**
Plaintiff, *Pro Se*
33 Hartford Avenue
South Kingstown, Rhode Island 02879
Telephone: 702-932-3434  *nelsontelco at gmail.com*